NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTINE M. RO (Cal. Bar No. 285401)
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496/3667
     Facsimile: (213) 894-0141
     E-mail:    Christine.Ro@usdoj.gov
                Ian.Yanniello@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-697-SJO |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date: October 16, 2018 |
| DANIEL FLINT, | Trial Time: 9:00 a.m.<br>Location:   Courtroom of the<br>            Hon. S. James Otero |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, Assistant United States Attorneys Christine M. Ro and Ian V. Yanniello, and defendant DANIEL FLINT, by and through his

///
///
///
///
///

counsels of record, Deputy Federal Public Defenders Craig Harbaugh and Georgina Wakefield, hereby submit a joint statement of the case.

Dated: October 10, 2018             Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    ─────────────────────────────────
                                    CHRISTINE M. RO
                                    IAN V. YANNIELLO
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA


Dated: October 10, 2018                /s/ *with e-mail authorization*
                                    ─────────────────────────────────
                                    CRAIG HARBAUGH
                                    GEORGINA WAKEFIELD
                                    Deputy Federal Public Defenders

                                    Attorneys for Defendant
                                    DANIEL FLINT

**JOINT STATEMENT OF THE CASE**

The government has charged defendant DANIEL FLINT with one count of entering an airport area in violation of security requirements. That charge is contained in an indictment. An indictment is simply the description of the charges against a defendant; it is not evidence against a defendant.

The government contends that defendant knowingly and willfully entered Los Angeles International Airport in violation of security prescribed by law. The government further contends that defendant intentionally evaded airport security screening procedures at the Los Angeles International Airport by entering a secured and sterile area of the airport while carrying a pouch containing approximately $148,145. The government contends that defendant falsely claimed that the pouch was a diplomatic courier pouch that was exempt from Transportation Security Administration ("TSA") screening, and presented documents to the TSA that purported to support defendant's false claim of diplomatic status.

Defendant has pleaded not guilty to the charges and is presumed innocent unless and until proven guilty beyond a reasonable doubt.