Georgina E. Wakefield, DFPD (Bar No 282094)
(E Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 17-697-SJO |
| v. | |
| DANIEL FLINT | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☑ Lodged:  (**List Documents**)

Ex Parte Application to File In Camera; Proposed Order to File In Camera; In Camera Document

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| October 15, 2018 | /s/ - Georgina E. Wakefield |
|---|---|
| Date | Attorney Name |
| | Defendant Daniel Flint |
| | Party Represented |

*Note:*  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)          **NOTICE OF MANUAL FILING OR LODGING**