

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  10/10/2018

The following investigation was conducted on October 4, 2018:

Agents of the FBI called international telephone number +92 300 5047899. This number was located on the back of Daniel FLINT's International Human Rights Commission (IHRC) Identification Card. The individual that answered the phone identified himself as Muhammad Shahid Amin KHAN.

Present for the interview were FBI Special Agents Michael T. Simon and Rebecca Marriott, FBI Supervisory Special Agent David Gates, and Assistant United States Attorneys Ian Yanniello and Christine Ro. After being advised of the identity of the interviewing Agents and the nature of the telephone interview, KHAN provided the following information:

KHAN stated that he was the World Chairman of the International Human Rights Commission (IHRC) and has been so since 1996.

KHAN confirmed the mailing address for the IHRC is P.O. Box 1997, Islamabad, Pakistan, Postal Code 4400. KHAN's email address is IHRC_chairman@hotmail.com. KHAN also stated that he was currently in Pakistan at his home. Agents note: There were children's voices in the background of the telephone call.

When questioned if there was an appointed Ambassador for the IHRC, KHAN stated there was not an IHRC Ambassador to the United States. The only person posted to the United States at this time is IHRC Secretary General Malik Nadeem Abid. ABID is located at 50 Clinton Street, Suite 99, Hempstead, NY. ABID's telephone number is (917) 513-0904.

Investigation on  10/04/2018  at  Los Angeles, California, United States (Phone)

File #                                              Date drafted  10/05/2018

by  SIMON MICHAEL T, GATES DAVID, MARRIOTT REBECCA H

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Khan stated multiple times that there is not an "IHRC Diplomatic Corps" or recognized diplomats in the United States. KHAN confirmed that members of the IHRC are not authorized and do not possess diplomatic passports or a diplomatic pouches.

KHAN stated that Diplomats or Ambassadors do not exist within the IHRC and added that the IHRC has only "Honorary Goodwill Ambassadors." The IHRC does not have Ambassadors appointed by a state with true diplomatic status. KHAN said, "Real ambassadors are appointed by states. Goodwill Ambassadors are not diplomats." KHAN further explained that a Goodwill Ambassador could be a political figure or a "driver."

KHAN added there is not an IHRC Diplomatic Corps. KHAN confirmed that members of the IHRC are not authorized and do not possess diplomatic passports or a diplomatic pouches.

To KHAN's knowledge, nobody representing the IHRC has ever applied for or received a diplomatic passport based on their work with IHRC. KHAN referred to himself as the IHRC World Chairman and added, "If the World Chairman is not authorized to have a diplomatic passport, no one else can have it either."

KHAN has never directed anyone to board an airplane with a diplomatic pouch.

KHAN provided that all positions within the IHRC are honorary positions and none of those positions include a salary or receive special benefits.

During the interview, KHAN was asked about the IHRC website. KHAN confirmed there is currently a dispute among differing factions of the IHRC, and this dispute led to multiple websites existing that claimed to represent the IHRC. KHAN stated the current, and "only" official website for the IHRC was www.ihrc-hq.org. KHAN added this was a new website. KHAN was asked about the website on FLINT's identification documents, www.

Continuation of FD-302 of (U) Interview of Muhammad Shahid Amin Khan, On 10/04/2018, Page 3 of 4

ihrchq.org, and if it is a valid website for the IHRC. KHAN said www.ihrchq.org used to be valid but it is now being used by a different and "unofficial" part of the IHRC.

KHAN knows Robert SHUMAKE and noted that SHUMAKE is the Deputy Chairman of the IHRC. The Deputy Chairman position is voted on by IHRC members around the world and the position rotates every four years. KHAN was aware SHUMAKE was having legal problems in the United States. According to KHAN, SHUMAKE does not receive special benefits for his position as the Deputy Chairman of the IHRC and does not receive a salary from the IHRC.

Khan stated the IHRC has "consultative status" to the United Nations Economic and Social Council (ECOSOC). Having "consultative status" allows a representative of the IHRC to be present as an observer at public meetings of the ECOSOC. SHUMAKE was an "additional representative" of the IHRC to the UN ECOSOC.

KHAN does not know Daniel FLINT. KHAN indicated IHRC Honorary Goodwill Ambassadors are authorized to ask whomever they want to assist them in their duties. However, KHAN stated this does not give either the Goodwill Ambassadors or their assistance special privileges like those of an Ambassador.

IHRC receives small donations in the domination's of $10, $50, $100, and $200 dollars. The bank account for these donations is located in Pakistan. KHAN said the IHRC discourages the transfer of money.

KHAN said it would be abnormal for someone in the United States claiming to work on behalf of the IHRC to be moving $100,000 to $200,000 at a time. KHAN added that individuals working for the IHRC in the United States had to follow rules and regulations of the United States. If they were not, KHAN did not want them to be working for the IHRC. KHAN would be angry if someone said they are working for the IHRC and posing as diplomats or Ambassadors.

Continuation of FD-302 of  (U) Interview of Muhammad Shahid Amin Khan ,On 10/04/2018 ,Page 4 of 4

KHAN knows ASRA KHAN. KHAN said ASRA KHAN is the Representative for Foreign Relations for the IHRC. KHAN was unaware of a request for the IHRC to provide business records and an accompanying affidavit.

KHAN was aware of a ninety-eight page document. KHAN explained that this "ninety-eight page document" establishes the IHRC and its relation to other entities and contains the IHRC's constitution. KHAN further stated that the ninety-eight page document did not give the IHRC any legal rights in the United States and do not impart diplomatic status to any individual.

KHAN reiterated that all IHRC Ambassadors are Honorary Goodwill Ambassadors and there were 42 IHRC Honorary Goodwill Ambassadors around the world.

KHAN stated he visits the United States approximately once a year. Generally, KHAN comes to the United States around the time of the United Nations General Assembly. The last time he was in the United States was in 201, however he did visit the United States in 2017.