1  DAVID M. MICHAEL, CSBN 74031
   EDWARD M. BURCH, CSBN 255470
2  LAW OFFICES OF MICHAEL & BURCH LLP
   One Sansome Street, Suite 3500
3  San Francisco, CA 94104
   Telephone:     (415) 946-8996
4  Facsimile:     (877) 538-6220
   E-mail:        david@michaelburchlaw.com
5

6  Attorneys for Potential Claimants
   INTERNATIONAL HUMAN RIGHTS COMMISSION (IHRC),
7  DANIEL FLINT, and ROBERT SHUMAKE

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,

11        Plaintiff,                      No. CV-18-670 SJO (GJSx)

12 v.                                     DECLARATION OF NICOLE
                                          BIRCH IN SUPPORT OF
13 $148,145.00 IN U.S. CURRENCY,          POTENTIAL CLAIMANTS'
                                          OPPOSITION TO MOTION FOR
14        Defendant.                      DEFAULT JUDGMENT
15 _____/

16 INTERNATIONAL HUMAN RIGHTS             Date:  June 11, 2018
   COMMISSION (IHRC), DANIEL FLINT,       Time:  10:00 a.m.
17 and ROBERT SHUMAKE,                    Court: C 10
                                          Hon. S. James Otero
18
          Potential Claimants.
19
20 _____/

21 I, Nicole Birch, declare as follows:

22    1.  I have personal knowledge of the following facts, and if, called as a witness, I could and
23        would competently testify thereto.

24    2.  I am an attorney licensed to practice law in the State of Georgia.

25    3.  On or around January 3, 2018, I was asked to participate in discussions to provide
26        information on behalf of the International Human Rights Commission (IHRC) to AUSA
          Kucera regarding the seizure of $148,145.00 in U.S. currency.
27

                                                                                        1

4.  On January 17, 2018, I sent the following 14 documents to AUSA Kucera:

    1.  IHRC incorporating documents for Trust Fund part 1
    2.  IHRC incorporating document for Trust Fund part 2
    3.  IHRC Relief Trust Fund Overview
    4.  IHRC Charter
    5.  Notification of Appointment for Daniel Flint
    6.  Notification of Appointment for Robert Shumake
    7.  Appointment Certificate for Robert Shumake
    8.  Diplomat Card for Robert Shumake
    9.  U.S. Department of State Consular ID for Robert Shumake
    10. Affidavits of Kenneth Caldwell (includes IHRC Donor Acknowledgment Letter)
    11. Affidavit of Brian Kennedy Seals
    12. IHRC Donor Acknowledgment Letter to Brian Kennedy
    13. Legal Opinion
    14. Memorandum in Support of Legal Opinion

5.  On January 22, 2018 AUSA Kucera requested a call to discuss the materials received. AUSA Kucera informed me that our call will be settlement negotiations subject to FRE 408 and 410 and asked me to confirm my understanding and agreement, which I did. We scheduled a call for the next day.

6.  On January 23, 2018, during the scheduled telephonic conversation between myself, attorney Solomon S. Abady, and AUSA Kucera, Mr. Kucera informed me that he had reviewed the materials and would be filing a forfeiture complaint and immediately thereafter move for a stay of those forfeiture proceedings pending the resolution of the criminal case, *U.S. vs. Daniel Flint*, Case No. 17-cr-00697 (CD Cal.), which stay would be granted automatically as the outcome of the criminal case could affect the subject matter of any forfeiture case, in that Mr. Flint was the person from whom the funds were seized. There was no settlement negotiation. AUSA Kucera did not put forth any offer of settlement to the IHRC. AUSA merely relayed his decision to the organization that he would file a forfeiture complaint and thereafter move for a stay of those proceedings.

7.  At no times since January 23,2018, did AUSA Kucera revoke, rescind, change or otherwise modify his representation and agreement to me or anyone else to my knowledge that he would immediately stay any further proceedings in the forfeiture litigation pending the resolution of the criminal case then pending against potential claimant Daniel Flint.

8.  In reliance on the representations of AUSA Kucera, neither my office or the office of attorney Solomon S. Abady took any further action in this now pending forfeiture case.

9. If my office or the office of attorney Solomon Abady had known that AUSA Kucera did not seek a stay of this forfeiture case, we would have been willing and able to file a claim on behalf of the International Human Rights Commission in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2018.

_____

NICOLE BIRCH, Esq.
Managing Attorney
HB Associates, P.C.
Roswell, GA 30075
Telephone: (678) 768-8937

3