From the desk of
*Ambassador Dr. Robert Shumake*
Deputy Chairman, United States

**INTERNATIONAL HUMAN RIGHTS COMMISSION**



June 15, 2017

Ko███ I█████████ l█
c/o K███ Ca█
███████

Dear Mr. C█████

# CONFIDENTIAL

Thank you so much for your very generous donation of $50,000.00 to the International Human Rights Commission received on Friday, June 12, 2017.

The International Human Rights Commission (IHRC) is an international intergovernmental organization founded in 1988 to promote the implementation, dissemination of norms, rules and guidelines in observance of international humanitarian law for peace, gender equality, health, social equality, and economic development. In recent years, the organization has expanded its operations to the U.S. with a specific focus on facilitating the growth and prosperity of vulnerable populations in the African and Caribbean nations where the indigenous people have traditionally been overlooked and/or exploited throughout history.

Your gift will facilitate the creation of cooperative networks and economic development programs that will support our mission.

We thank you for your support.

Respectfully,



Dr. Robert S. Shumake
Ambassador at Large, Deputy Chairman
International Human Rights Commission

**USA DONATION RECEIPT** - Keep for your records

Organization: International Human Rights Commission, USA
Date Received: June 12, 2017
Cash Contribution: $50,000.00
Reference Number: USA-20170█████

71 Stevenson Street, Suite 400, San Francisco, CA 94105 | Atlanta | Nairobi, Kenya
https://www.ihrc.us/home