

July 24, 2017

Law Offices of Daniel C. Flint, P.C.
Attn: Daniel C. Flint, Esq.
2000 Town Center, Suite 1900
Southfield, Mi. 48075

**RE: Confidential Attorney/Client Privilege
Diplomatic Transportation and Direction Letter**

Dear Mr. Flint:

Your law firm is being entrusted with a cash deposit, as Designated Diplomatic Courier Agent, pursuant to your appointment as General Counsel and Diplomatic Courier (Diplomatic Courier Identification # 432641749) to the Office of International Human Rights Commission.

The Diplomatic Pouch, IHRC Diplomatic Pouch Serial No. 1002A, is approximately 18 pounds and its content is of legal origin and is being transported from Chicago, IL, to our main offices in San Francisco, CA. and utilized for purposes of funding land and housing development, health care, water purification, youth causes and other philanthropic projects on behalf of the International Human Rights Commission in the United States and throughout Africa and the Caribbean markets. A portion of these deposits shall be utilized as a down payment on real estate transactions in northern California. As you are aware, cash deposits are not unusual when dealing with the various brokers, agents and land owners.

**Pursuant to Articles 27.3 through 27.6 of the Vienna Convention on Diplomatic Relations (VCDR), you shall not be detained or abated in any way and the contents of your bag may not be seized or forfeited. As Designated Courier Agent of this Office, you shall be allowed to freely carryout your assignment on behalf of the International Human Rights Commission.**

Although your assignment shall not be impeded in any way, please be courteous with all TSA officials and/or law enforcement without violating the confidentiality of your assignment. As you are aware, this is a confidential matter and our projects and contacts are of a proprietary nature. Your assignment may not be disclosed or disseminated to anyone without the expressed written consent of this office.

*5250 Lankershire Boulevard, Suite 500*
*North Hollywood, CA 91601*
*www.ihrc.us*

FLINT_000294




If you have any questions, please contact my office at (818) 210-5130.

Sincerely,

H.E. R.S. Shumake
Ambassador at Large
United Nations Representative
International Human Rights Commission
Americas, African Union, and United Nations Designee

5250 Lankershire Boulevard, Suite 500
North Hollywood, CA 91601
www.ihrc.us

FLINT_000295