```
                    UNITED STATES DISTRICT COURT

          CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

             HONORABLE S. JAMES OTERO, U.S. DISTRICT JUDGE



UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )         Case No.
     vs.                         )         CR 17-00697 SJO
                                 )
DANIEL FLINT,                    )         (Pages 1 - 13)
                                 )
                Defendant.       )
_____)
```

**PARTIAL TRANSCRIPT**

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
TRIAL DAY 1
TUESDAY, OCTOBER 16, 2018
LOS ANGELES, CALIFORNIA

_____

CAROL JEAN ZURBORG, CSR NO. 7921, CCRR, RMR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4311
LOS ANGELES, CALIFORNIA 90012-4565
(213) 894-3539

UNITED STATES DISTRICT COURT

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    NICOLA T. HANNA
    United States Attorney
    BY:  CHRISTINE M. RO
    BY:  IAN YANNIELLO
    BY:  MARK AVEIS
       Assistant United States Attorneys
    United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012

**FOR THE DEFENDANT:**

    HILARY LEE POTASHNER
    Federal Public Defender
    BY:  CRAIG A. HARBAUGH
    BY:  GEORGINA WAKEFIELD
       Deputy Federal Public Defenders
    Central District of California
    321 East Second Street
    Los Angeles, California 90012

1  **LOS ANGELES, CALIFORNIA; TUESDAY, OCTOBER 16, 2018**

2  **--oOo--**

3  MS. WAKEFIELD: This is a case about trust. Daniel
4  Flint trusted his boss, Ambassador Robert Shumake, and he
5  trusted the International Human Rights Commission. And this
6  case is also about mistakes, mistakes made by Mr. Flint and
7  mistakes made by TSA. Mr. Flint is an imperfect man who made
8  mistakes, but imperfection is not intent, and mistakes are not
9  a crime.
10  Now, Mr. Flint is from small-town Michigan, and he stayed
11  there first for college and then law school. And after law
12  school he didn't get a fancy job with a law firm. He didn't
13  clerk for a judge. Instead, he got a job with a part-time solo
14  practitioner. And at that small office was a big-time client,
15  Robert Shumake. And it was through that job that brand-new
16  attorney Mr. Flint met Mr. Shumake in 2010.
17  Mr. Flint believed that Mr. Shumake was an internationally
18  connected man with substantial experience, knowledge, and
19  sophistication regarding diplomatic laws. In 2012 Mr. Shumake
20  was appointed as honorary consul of the Republic of Botswana
21  and the Republic of Tanzania, and the U.S. Department of State
22  recognized him in that position.
23  And then in 2016 Mr. Shumake was appointed as the U.S.
24  ambassador for the International Human Rights Commission relief
25  fund trust, the IHRC. And that's a human rights organization

with special consultative status in the United Nations. To Mr. Flint, Ambassador Shumake was highly accomplished. He was knowledgeable about diplomatic laws and customs. After all, that was his job, and he was trustworthy.

Now, after Mr. Shumake began with the IHRC in his ambassador position, he offered Mr. Flint a position as legal counsel and diplomatic courier. Now, the title of legal counsel for an international human rights organization was alluring. It was an opportunity for Mr. Flint to be part of something bigger, part of something glamorous, an opportunity he couldn't refuse.

And a job as legal counsel with IHRC is not what you might think. He wasn't tasked with writing the bylaws of the organization or looking at contracts or anything like that. His job was to fly across the country with a diplomatic pouch at the direction of Ambassador Shumake. And it wasn't a full-time position, but something he did to make ends meet while he worked on his own -- setting up his own practice.

In October of 2016, Mr. Shumake gave Mr. Flint a sealed and signed notification officially appointing him as legal counsel and diplomatic courier for the IHRC. He gave him a corresponding IHRC diplomatic corps identification card, and he gave him a diplomatic pouch that had the organization's emblem sewn into it. And Mr. Shumake administered an oath to Mr. Flint and swore him into the position.

1    Then Mr. Flint began his work, which was to transport
2    diplomatic pouches on behalf of the organization to offices
3    across the U.S. when directed to do so by Ambassador Shumake.
4    Now, Mr. Flint's understanding was that the diplomatic pouch
5    was exempt from TSA screening and that all he needed was the
6    letter that Ambassador Shumake gave him and his IHRC diplomatic
7    corps ID card because that's what Mr. Shumake told him, and
8    that's what the IHRC gave him to do his job.
9    And Mr. Flint trusted Mr. Shumake.  He relied on his
10   expertise in diplomatic law, his experience.  And Mr. Shumake
11   was, of course, prestigious, and he was polished, and he had
12   given Mr. Flint this incredible opportunity.  And Mr. Flint
13   didn't think to question Mr. Shumake; that is, until July 25th,
14   2017, when Mr. Flint was surrounded by the FBI agents, pulled
15   off of an airplane, interrogated for two hours, and accused of
16   a federal crime.
17   Now, the Government has charged Mr. Flint with entering
18   LAX in violation of LAX's security procedures with the intent
19   to evade them.  And the date of the charge is July 25th, 2017.
20   He's not charged with entering Midway Airport in Chicago or
21   O'Hare Airport in Chicago.  He is not charged with breaking any
22   state department laws or anything related to this money, so at
23   its core, this case isn't about those things even though these
24   are part of the story, but they're only part of the story.
25   And so let's talk about July 25th, 2017.  And I want to go

1  over the flight path that Mr. Flint took that day.  Mr. Flint
2  boarded a plane at Chicago Midway International Airport, MDW,
3  and he flew from MDW to Minneapolis-St. Paul International
4  Airport, or MSP, and from MSP he finally landed at his
5  destination, LAX.
6       When he went to the airport at Midway, he submitted to TSA
7  screening.  He got his boarding pass.  He waited in line at
8  security.  And when he got to the front of the line, he gave
9  his boarding pass and his ID to the TSA officer.  He didn't
10 sneak on the plane.  He didn't try to hide.  He showed the IHRC
11 diplomatic pouch.  He showed the diplomatic letter with the
12 raised seal of the organization, signed by ambassador-at-large,
13 Mr. Shumake.  And this letter says exactly what's inside the
14 pouch, cash deposit, and he showed his IHRC diplomatic courier
15 ID card given to him by the organization.
16      He showed all of these first to a line screening officer,
17 then to a supervisor and even a TSA manager.  Now, TSA
18 Manager Raja Wondrasek, who you will hear from, concluded
19 Mr. Flint satisfied all of TSA's own operating procedures.  And
20 she decided that he met the rules, and so she let the pouch
21 into the airport at Midway without being screened.
22      And Mr. Flint's personal baggage was screened.  His
23 carry-on bag was screened.  He went through the metal detector.
24 He did everything else -- everything that everyone else in
25 precheck with him that day did.  He had his bag go through the

1 metal detector, he went through the metal detector, and there
2 were no issues, and TSA allowed him to proceed.  He boarded his
3 plane.  He flew to Minneapolis, and he boarded another plane
4 and flew to LAX.
5     Now, TSA is the gatekeeper, and they have exclusive
6 control and say-so over screening at the airport.  We rely on
7 TSA not only to screen us, but also to tell us when something
8 is or isn't allowed.  You're going to hear that TSA has an
9 internal guide for its employees.  It's called the Standard
10 Operating Procedures, or the SOP.  That guide tells TSA
11 employees that diplomatic couriers are supposed to have
12 diplomatic passports.
13     Now, by law, members of the public are not allowed to look
14 at the SOP.  They are not allowed to read it.  It's something
15 only TSA can see.  It's an internal document, and Mr. Flint was
16 not allowed to read it.  He wasn't allowed to read it to figure
17 out what he needed and what wasn't allowed.
18     And you're going to hear that the SOP is confusing.  And
19 you're going to hear that TSA Manager Wondrasek actually had in
20 her hand, on July 25th, 2017, an e-mail with the exact
21 instructions that TSA had given its employees on what was
22 required for a diplomatic pouch.
23     And as she read that e-mail in one hand, she looked at
24 Mr. Flint's documents laid out on the counter before her, and
25 she compared them, and she even concluded that Mr. Flint

1   satisfied the requirements, even though Mr. Flint did not have
2   a diplomatic passport.  He didn't claim he had a diplomatic
3   passport, and he didn't present any diplomatic passport that
4   day.  So not even someone trained on and responsible for
5   implementing these secret rules and reading it that day in
6   front of her face could make much sense out of it.
7       And it was only later that day, while Mr. Flint was
8   already on his flight on the way to LAX, that TSA in Midway
9   realized it had made a mistake, and they called the FBI at LAX.
10      Now, agents at LAX, they intercepted Mr. Flint.  They
11  seized the diplomatic pouch, and they escorted him inside LAX
12  to a screening checkpoint.  Mr. Flint then spoke with the FBI
13  for almost two hours about why he believed he had followed the
14  rules.  Agents even spoke with Ambassador Shumake after
15  Mr. Flint called him on his phone to clear up this whole mess.
16       Mr. Flint himself, he said, "You could search the pouch."
17  At Midway he presented himself to security.  He explained who
18  he was, who he worked for, and he showed them all the items
19  that IHRC had given him.  He didn't claim he had a diplomatic
20  passport or show any diplomatic passport.  And at LAX he spoke
21  to agents for two hours and called who he thought was the
22  ambassador, who had given his permission, and he agreed to let
23  the pouch be searched.  Those are not the actions of a criminal
24  trying to sneak or hide or evade security.
25       Now, you heard that the Government is going to focus on

1  things that didn't happen on July 25th.  They are going to
2  focus on an incident from July 20th, an interaction between
3  Mr. Flint and TSA at Chicago O'Hare.  And during the course of
4  this trial, the Government will also focus on a second incident
5  from September 2016, an interaction between Mr. Flint and a
6  traffic officer in Horton Township, Michigan.
7       So I want to talk about the traffic incident first.  That
8  was in September of 2016.  In that incident Mr. Flint told a
9  law enforcement officer that he had diplomatic immunity, and
10 that was incorrect.  And he realized later he shouldn't have
11 said that, but he wasn't sure at the time.  It was at the very
12 beginning of his involvement with the IHRC.  He hadn't even
13 received his ID card yet.  He knew Ambassador Shumake was the
14 ambassador for the organization, but he didn't yet know what
15 that meant for his own status.
16      And he only learned later that diplomatic couriers do not
17 have diplomatic immunity, and he admitted that because he
18 wasn't sure that day in September 2016.  He shouldn't have told
19 the officer that he had diplomatic immunity because he wasn't
20 sure, and he definitely shouldn't have said that to try to get
21 out of a traffic ticket.  That was wrong.  But on July 25th,
22 2017, Mr. Flint expressly told the FBI agents at LAX that he
23 did not have diplomatic immunity.  He corrected that mistake.
24      And Mr. Flint, he didn't need diplomatic immunity because
25 he wasn't doing anything wrong.  So even though he was mistaken

1  back in 2016, it doesn't show his intent almost a year later
2  because by then, he knew that diplomatic couriers, which he
3  believed he was, didn't have diplomatic immunity, so he didn't
4  claim to have it.  He said the opposite.
5       So the other incident that the Government is going to
6  focus on is what happened at Chicago O'Hare on July 20th.  On
7  July 20th Mr. Flint went to Chicago O'Hare for a flight on
8  behalf of the IHRC.  And at TSA he explained he was a
9  diplomatic courier and showed them all of the documents that
10 IHRC had given him.
11      The TSA officer there told him he needed a diplomatic
12 passport or the pouch had to be screened.  And there is a
13 conversation between the two, "Where is this rule?  Can I see a
14 copy of it?"  The officer wouldn't let him.  The officer said
15 it was secret.  It was in the SOP.  He wasn't allowed to show
16 Mr. Flint.
17      And TSA officers watched as Mr. Flint got out his phone to
18 try to call his boss, Ambassador Shumake, because after all,
19 Mr. Flint was just the courier; he wasn't the ambassador.  And
20 as ambassador, Mr. Shumake was the one that gave him the pouch,
21 the letter, the courier title, and told him to fly.
22      But Mr. Shumake didn't answer his phone.  And after about
23 20 minutes of staying at the security checkpoint, drawing
24 attention to himself, Mr. Flint ultimately gave up and left the
25 airport.  Again, he didn't try to sneak this pouch through in

1  any way, and he never said he had a diplomatic passport.
2  Instead, he went to Midway Airport in Chicago to try to get on
3  another flight to do his job, which was to make sure that the
4  pouch got delivered on time.
5      At Midway, the first thing he did when he got to security
6  was he asked to speak to a supervisor.  He didn't try to sneak
7  in through a low-level TSA screener who may not know the rules.
8  He asked for a supervisor, to go straight to the top to clear
9  up this confusion because he thought O'Hare was wrong.  And he
10 gave that supervisor at Midway all of the same information, all
11 of the same documents he had just shown at O'Hare.
12     And with that same exact information and the same exact
13 documents on the same day, applying the same secret rule, TSA
14 at Midway concluded that the pouch didn't have to be screened
15 and that Mr. Flint could proceed.  He was allowed to pass, and
16 he flew to his destination without any issues.
17     The evidence will show that it was reasonable for
18 Mr. Flint to believe that TSA was just wrong; they were wrong
19 about the requirements they wouldn't even show him because
20 Midway let him through using the same documents and information
21 and the same rule.
22     As you heard, TSA at Midway not only let him through once,
23 but twice, with the same exact documents.  This evidence isn't
24 proof that Mr. Flint intended to evade security, and it
25 certainly isn't proof beyond a reasonable doubt.  Mr. Flint

didn't have a diplomatic passport.  He didn't claim he had a diplomatic passport and he didn't present any diplomatic passport.

If he knew that's what he needed, why use what the Government is saying is a fake ID?  Why not use a fake passport?  Why show TSA a letter that says what's inside the pouch, cash?  Why not drive?  It's because Mr. Flint didn't know, and the evidence in this case will show only that Mr. Flint made mistakes.  He trusted people he shouldn't have trusted.  He made some choices maybe he shouldn't have made, but being naive or too trusting or even a dupe doesn't make him guilty of a crime.

At the end of this case, we are going to ask you to find Mr. Flint not guilty because he's not guilty.  Thank you.

(Partial proceedings concluded at 2:13 p.m.)

--oOo--

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES )
)
STATE OF CALIFORNIA )

I, CAROL JEAN ZURBORG, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: October 17, 2018

/s/ CAROL JEAN ZURBORG
_____
CAROL JEAN ZURBORG, CSR NO. 7921, CCRR, RMR
Federal Official Court Reporter