UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 17-00697 SJO |
| Date | October 19, 2018 |

Present: The Honorable  S. James Otero

Interpreter  Not Required

| Victor Paul Cruz | Carol Zurborg | Christine M. Ro / Ian Yanniello / Mark Aveis |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Daniel Flint | xx | xx | | Craig A. Harbaugh, DFPD / George Wakefield, DFPD | xx | xx | |

____ Day COURT TRIAL          4th Day JURY TRIAL

____ The Jury is impaneled and sworn.
____ Opening statements made by ____
____ Witnesses called, sworn and testified.
____ Exhibits identified        ____ Exhibits admitted
____ Government rests.    ____ Defendant(s) _____ rest.
____ Motion for mistrial by ____ is ____ granted ____ denied ____ submitted
____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted
____ Closing arguments made    ____ Court instructs jury    ____ Bailiff sworn
____ Alternates excused    ____ Jury retires to deliberate    x Jury resumes deliberations
____ Finding by Court as follows:    x Jury Verdict as follows:

Dft # __x__ Guilty on count(s) 1          Not Guilty on count(s) ____
x Jury polled          Polling waived
x Filed Witness & Exhibit lists    x Filed Jury notes    x Filed Jury Instructions    x Filed Jury Verdict
x Dft # all Referred to Probation Office for Investigation & Report and continued to 2/11/19 @ 9 a.m for sentencing.
____ Dft # ____ remanded to custody.    Remand/Release# ____ issd.    Dft # ____ released from custody.
____ Bond exonerated as to Dft # ____
____ Case continued to ____ for further trial/further jury deliberation.

Other: Jury Note #2. Defendant shall remain on bond under all conditions previously imposed. All trial exhibits shall be maintained in the custody of the AUSA's office pending any appeal.

____ : 0/12

Initials of Deputy Clerk  vpc