UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE S. JAMES OTERO, U.S. DISTRICT JUDGE

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )       Case No.
     vs.                       )       CR 17-00697 SJO
                               )
DANIEL FLINT,                  )       VOLUME 4
                               )       (Pages 498 - 508)
            Defendant.         )
_____)
```

REPORTER'S TRANSCRIPT OF TRIAL PROCEEDINGS
TRIAL DAY 4
FRIDAY, OCTOBER 19, 2018
10:43 A.M.
LOS ANGELES, CALIFORNIA

---

CAROL JEAN ZURBORG, CSR NO. 7921, CCRR, RMR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4311
LOS ANGELES, CALIFORNIA 90012-4565
(213) 894-3539

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | **APPEARANCES OF COUNSEL:** |
| 3 | **FOR THE PLAINTIFF:** |
| 4 | NICOLA T. HANNA |
| | United States Attorney |
| 5 | BY: CHRISTINE RO |
| | BY: IAN YANNIELLO |
| 6 | BY: MARK AVEIS |
| | Assistant United States Attorneys |
| 7 | United States Courthouse |
| | 312 North Spring Street |
| 8 | Los Angeles, California 90012 |
| 9 | **FOR THE DEFENDANT:** |
| 10 | HILARY LEE POTASHNER |
| | Federal Public Defender |
| 11 | BY: CRAIG A. HARBAUGH |
| | BY: GEORGINA WAKEFIELD |
| 12 | Deputy Federal Public Defenders |
| | Central District of California |
| 13 | 321 East Second Street |
| | Los Angeles, California 90012 |

```
1            LOS ANGELES, CALIFORNIA; FRIDAY, OCTOBER 19, 2018
2                              10:43 A.M.
3                               --oOo--
4              (Outside the presence of the jury.)
5              THE COURT:  Okay.  Our parties are here, counsel are
6    here, the defendant is here.  The jury has reached a verdict in
7    the case.  Please have a seat.  We will wait until the system
8    is activated.
9              THE COURTROOM DEPUTY:  It's activated.
10             THE COURT:  Okay.  Would you please stand for the
11   jury.
12        (In the presence of the jury.)
13             THE COURT:  Okay.  We have our jury reassembled with
14   our alternate and our foreperson, Mr. Hernandez, soon to be
15   Dr. Hernandez --
16             JUROR HERNANDEZ:  Yes, sir.
17             THE COURT:  -- has the verdict in his hand.
18        Would you make sure it's signed and dated, please, one
19   last check, and pass it to the bailiff, please.
20             JUROR HERNANDEZ:  Yes, sir.
21             THE COURT:  And may I have counsel seated.
22        Okay.  I've reviewed the verdict.  It's been signed and
23   dated, and I'll pass it to the clerk.
24        Would the clerk please read the verdict, please.
25             THE COURTROOM DEPUTY:  Yes, Your Honor.
```

```
 1        "United States District Court, Central District of
 2   California, the United States of America, plaintiff, versus
 3   Daniel Flint, defendant; case number CR 17-00697 SJO.  Jury
 4   Verdict.
 5        "We, the jury, in the above-entitled cause of action,
 6   hereby find the defendant, Daniel Flint, guilty as charged in
 7   Count One of the indictment," dated this 19th day of October
 8   2018, at Los Angeles, California, signed by the jury
 9   foreperson.
10              THE COURT:  Okay.  Would you poll the jury, please.
11              THE COURTROOM DEPUTY:  Yes, Your Honor.
12        Would you please pass the microphone to Juror No. 1,
13   Ms. Ribot.
14        Juror No. 1, Cynthia Ribot, is this your verdict as
15   presented and read?
16              JUROR RIBOT:  Yes.
17              THE COURTROOM DEPUTY:  Thank you.  Would you please
18   pass the microphone.
19        Juror No. 2, Frank-Joshua Hernandez, is this your verdict
20   as presented and read?
21              JUROR HERNANDEZ:  Yes, sir.
22              THE COURTROOM DEPUTY:  Thank you.  Please pass the
23   microphone.
24        Juror No. 3, Frances Romo, is this your verdict as
25   presented and read?
```

```
1                JUROR ROMO:  Yes.
2                THE COURTROOM DEPUTY:  Thank you.
3         Juror No. 4, Louie Kawamoto, is this your verdict as
4    presented and read?
5                JUROR KAWAMOTO:  Yes.
6                THE COURTROOM DEPUTY:  Juror No. 6, Jonathan
7    Palencia --
8                JUROR MIRANDA:  I'm Juror 5.
9                THE COURTROOM DEPUTY:  I'm sorry, excuse me.
10   Juror No. 5, Jason Miranda, is this your verdict as presented
11   and read?
12               JUROR MIRANDA:  Yes.
13               THE COURTROOM DEPUTY:  And Juror No. 6, Jonathan
14   Palencia, is this your verdict as presented and read?
15               JUROR PALENCIA:  Yes.
16               THE COURTROOM DEPUTY:  Thank you.
17        Juror No. 7, Juan Platero, is this your verdict as
18   presented and read?
19               JUROR PLATERO:  Yes.
20               THE COURTROOM DEPUTY:  Thank you.
21        Juror No. 8, Deanna Lara, is this your verdict as
22   presented and read?
23               JUROR LARA:  Yes.
24               THE COURTROOM DEPUTY:  Thank you.
25        Juror No. 9, Juan Escobar, is this your verdict as
```

```
 1  presented and read?
 2              JUROR ESCOBAR:  Yes.
 3              THE COURTROOM DEPUTY:  Thank you.  Would you please
 4  pass the microphone all way down to Juror No. 10.
 5       Thank you.
 6       And Juror No. 10, Stephanie Smith, is this your verdict as
 7  presented and read?
 8              JUROR SMITH:  Yes.
 9              THE COURTROOM DEPUTY:  Thank you.
10       Juror No. 11, Freeda Latimore, is this your verdict as
11  presented and read?
12              JUROR LATIMORE:  Yes.
13              THE COURTROOM DEPUTY:  And Juror No. 12, John
14  Stevens, is this your verdict as presented and read?
15              JUROR STEVENS:  Yes.
16              THE COURTROOM DEPUTY:  Thank you.
17       That concludes the polling.
18              THE COURT:  All the jurors have answered in the
19  affirmative confirming the verdict of guilty.
20       Are there any final issues to address with counsel before
21  the Court discharges the jury?
22              MS. RO:  Not from the Government, Your Honor.
23              MR. HARBAUGH:  No, Your Honor.
24              THE COURT:  Let me just take the opportunity to
25  thank the jury for their service here.  When we started the
```

1  case on Tuesday, I informed you and mentioned it would take
2  approximately four days to try the case.  I would assume that
3  maybe a couple of you were skeptical about the estimate, maybe
4  not.  In federal court cases move relatively quickly.  The
5  lawyers are extremely well prepared.  There is much work that
6  goes into a case prior to its preparation for trial or prior to
7  trial in preparation for trial, so there's been motions that
8  are heard, legal determinations that have been determined.
9       There was some delay here during the course of the
10 proceedings.  We brought you in a little bit later on occasion,
11 and that's because the lawyers on this case are very good
12 lawyers, very good for the defense and very good for the
13 prosecution, so there were several significant legal issues
14 that the Court had to address.
15      This type of criminal offense has not been brought forward
16 on many occasions.  At least it was my first experience with
17 this type of case.  And so there were certain nuances to the
18 legal issues that had to be resolved by the Court.  But I want
19 to thank the jury for your hard work.
20      Lunch has been ordered for you, so I'm not sure when it's
21 set to arrive.  We can probably try to expedite it, if
22 possible.  For those of you who want to remain for it, the food
23 has already been ordered.  If you feel that you need to leave,
24 feel free to do that.
25      I understand that the jury would like to speak to the

1  lawyers; is that true?  Would you like to do that?  Or certain
2  jurors, I should say.
3           JUROR HERNANDEZ:  We're open.
4           THE COURT:  Okay.  Well, then, for those of you who
5  want to remain and speak to counsel, feel free.  They'll meet
6  you in the jury room.  I would be careful about the discussions
7  there with the lawyers, but at the same time, you're free to
8  talk to them.  If those of you who do not want to remain, feel
9  free to leave.  And thank you again for your service.
10          THE COURTROOM DEPUTY:  All rise for the jury,
11 please.
12      (Outside the presence of the jury.)
13          THE COURT:  So please have a seat.  We have --
14 there's one issue that the Court needs to address, and I'm
15 going to hear from both sides, and that is whether the
16 defendant should be remanded to the custody of the United
17 States Marshal today.
18      The Court is concerned about the level of sophistication
19 exhibited by the defendant, whether the documents and
20 identification in place were manufactured or created by the
21 defendant, compromising the security systems of various
22 airports on more than one occasion based on the admission of
23 defendant during the course of his interview with the special
24 agents.
25      That being said, I recognize the defendant -- I'm assuming

1  he has no prior history.  He was a lawyer in good standing.  I
2  have some concerns about if he has the ability to manufacture
3  identification the way it was portrayed in this case, whether
4  he would be a flight risk.
5      So let me hear from counsel for the defendant first as to
6  the prior -- your prior relationship with your client and then
7  whether he would be a flight risk or not.
8           MR. HARBAUGH:  Yes, Your Honor.
9      Mr. Flint was initially issued a citation following the
10 July 25th, was ordered to appear, did appear at the CBB
11 proceedings on October 17th.  He was arrested at that time for
12 the indictment, but has -- has repeatedly made plans.  The
13 court hearing has been moved, but he had already purchased the
14 ticket for the last previous Court proceeding.  He came here
15 for this one.  He's not under any -- and we're fine with adding
16 conditions, including ankle monitor and other restrictions, but
17 he has been appearing for all court appearances.
18      And I understand the Court's concern regarding whether he
19 manufactured the IHRC identification, but it is clear from all
20 of the evidence and from what we know, that that wouldn't have
21 entitled him to get on the plane.  He had to present a valid
22 driver's license, which he did each time, as well as because of
23 the precheck.
24      So, Your Honor, based on that, we believe there's no
25 concern regarding a flight risk.  We're fine with additional

Case 2:17-cr-00697-SJO Document 120 Filed 10/29/18 Page 10 of 11 Page ID #:1989

507

```
 1  conditions being added, but we do not believe that the Court's
 2  concern -- the Court should be concerned about manufacturing ID
 3  that would entitle him to flee.
 4          THE COURT:  Has he surrendered his passport?
 5          MR. HARBAUGH:  Yes, Your Honor.
 6          MS. RO:  Yes, Your Honor.
 7          THE COURT:  He surrendered his passport.  Okay.
 8  Then we have a suggested sentencing date of February 11th,
 9  2019, at 9:00.  The pretrial conditions previously imposed
10  continue.  The Court will not require any other conditions
11  unless there is some suggestion that they should be by the
12  Government.  And additional pleadings will be due on or before
13  January 28th, 2019.
14      Anything further?
15      The exhibits to be retained pending any appeal.
16          MS. RO:  Yes, Your Honor.
17          THE COURT:  And I think for those -- the lawyers who
18  would like to go into the jury room to talk to the jurors, I
19  think certain of the jurors have expressed to Mr. Cruz they
20  would like an opportunity to talk to the lawyers.  Thank you.
21          MR. HARBAUGH:  Thank you, Your Honor.
22          MS. RO:  Thank you, Your Honor.
23      Thank you, everyone.
24          THE COURTROOM DEPUTY:  The court's in recess.
25              (Proceedings concluded at 10:55 a.m.)
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES )
)
STATE OF CALIFORNIA )

    I, CAROL JEAN ZURBORG, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: October 29, 2018

                                      /s/ CAROL JEAN ZURBORG
                            _____
                         CAROL JEAN ZURBORG, CSR NO. 7921, CCRR, RMR
                                Federal Official Court Reporter