UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE S. JAMES OTERO, U.S. DISTRICT JUDGE

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )           Case No.
     vs.                   )         CR 17-00697 SJO
                           )
DANIEL FLINT,              )
                           )
          Defendant.       )
_____)

REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE
THURSDAY, JUNE 21, 2018
10:01 A.M.
LOS ANGELES, CALIFORNIA

_____

CAROL JEAN ZURBORG, CSR NO. 7921, CCRR, RMR
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4311
LOS ANGELES, CALIFORNIA 90012-4565
(213) 894-3539

```
 1                       APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4       NICOLA T. HANNA
         United States Attorney
 5       BY:  CATHERINE AHN
              Assistant United States Attorney
 6       United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012

 8   FOR THE DEFENDANT:

 9       HILARY LEE POTASHNER
         Federal Public Defender
10       BY:  CRAIG A. HARBAUGH
              Deputy Federal Public Defender
11       Central District of California
         321 East Second Street
12       Los Angeles, California 90012

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**LOS ANGELES, CALIFORNIA; THURSDAY, JUNE 21, 2018**

**10:01 A.M.**

--oOo--

THE COURTROOM DEPUTY: Calling Item No. 1: Case number CR 17-00697 SJO; United States of America versus Daniel Flint.

Counsel, please state your appearances.

MS. AHN: Good morning, Your Honor. Catherine Ahn on behalf of the United States.

MR. HARBAUGH: Good morning, Your Honor. Craig Harbaugh on behalf of Daniel Flint. A waiver of his presence was previously filed. He is in North Carolina and will be available by phone if the Court would like to speak with him.

THE COURT: Yes. So the matter is here for a status conference. The Court placed it on today's calendar for purposes of making sure that the date selected by the parties for trial is a firm date and the parties are ready to proceed on that date.

The indictment was filed on 11/7/2017. The defendant first appeared in October of 2017. The Court set the first trial date for January 9th, 2018, second trial date for June 19th, 2018, and then there was, I think, a third trial date of July 10th, 2018, and the parties have requested an August date.

Is that correct?

MS. AHN: Yes, Your Honor.

```
 1                 MR. HARBAUGH:  Yes, Your Honor, and that is firm.
 2                 THE COURT:  So let me make sure that that date is --
 3     works with the Court's calendar.  The proposed date is the 28th
 4     of August.
 5                 MS. AHN:  Yes, Your Honor.
 6                 MR. HARBAUGH:  Yes, Your Honor.
 7                 THE COURTROOM DEPUTY:  Give me one second.
 8            (Discussion off the record.)
 9                 THE COURT:  It looks like I'm not available on that
10     date.
11                 MR. HARBAUGH:  Your Honor, I think we could do the
12     week prior.
13                 MS. AHN:  That would be fine with the Government,
14     Your Honor.
15                 THE COURT:  And how does that look?
16            (Discussion off the record.)
17                 THE COURTROOM DEPUTY:  We have two civil matters, so
18     it doesn't take priority.
19                 THE COURT:  How long will the trial take?
20                 MR. HARBAUGH:  Your Honor, much, I believe, depends
21     on the in limine motion.
22                 MS. AHN:  At this point the Government's estimating
23     about two to three days, Your Honor, probably closer to two.
24                 MR. HARBAUGH:  Your Honor --
25                 THE COURT:  Mr. Harbaugh?
```

```
 1              MR. HARBAUGH:  I think probably, yeah, the outer
 2   limit of three days.
 3              THE COURT:  I guess the concern I have, I'm going to
 4   be out that Monday and --
 5         Is it Monday and Tuesday?
 6              THE COURTROOM DEPUTY:  Yes, Your Honor.
 7              THE COURT:  That Monday and Tuesday.  If the jury is
 8   in deliberation for whatever reason, I will not be around.
 9              MR. HARBAUGH:  Understood, Your Honor.  We could --
10   let me just confer really briefly with the Government about
11   potential September dates.
12              THE COURT:  Yeah, we can go into the following -- I
13   think probably the following week.  Let me see if we have that
14   available.
15              THE COURTROOM DEPUTY:  I'm looking right now.  Give
16   me a moment, Your Honor.
17              MR. HARBAUGH:  Your Honor, if the Court is amenable,
18   conceivably we can start after the Court returns on the 29th or
19   30th.  We are fine with starting later, but I don't know if the
20   Court --
21              THE COURT:  What do we have?
22              THE COURTROOM DEPUTY:  So, actually, on the 28th you
23   have that Intrinsic -- I don't know if that's a big case or
24   not.  Maybe I'm thinking of Immunex.
25              MR. HARBAUGH:  Or September 11th would work, too,
```

```
 1  Your Honor.
 2              MS. AHN:  Yes, Your Honor.
 3              THE COURTROOM DEPUTY:  The one I was talking about
 4  is just a copyright case.
 5              THE COURT:  Okay.  Does September 11th work?
 6              THE COURTROOM DEPUTY:  September 11th, give me a
 7  sec.
 8        You have three civil trials scheduled.
 9              THE COURT:  As long as I don't have another
10  criminal.
11              THE COURTROOM DEPUTY:  You do not have another
12  criminal.
13              THE COURT:  Okay.  The matter will be tentatively
14  set for September 11th, 2018.
15        The Court is going to require the parties to file an
16  additional stipulation to continue with the appropriate waivers
17  included, and then executed and signed by the defendant.
18              MR. HARBAUGH:  Of course, Your Honor.
19              MS. AHN:  Of course, Your Honor.
20              THE COURT:  So just for the record, the trial date
21  of the -- let's see, of the 28th will be continued to September
22  11th.
23              MS. AHN:  Your Honor, I believe currently the trial
24  date is July 10th.
25              THE COURT:  I'm sorry, the trial date of July 10th
```

**UNITED STATES DISTRICT COURT**

```
 1  will be continued to September 11th.
 2              MS. AHN:  Thank you, Your Honor.
 3              THE COURT:  Assuming the defendant executes a proper
 4  waiver.
 5              MR. HARBAUGH:  Your Honor, we will do that
 6  immediately.
 7              THE COURT:  All right.  Thank you.
 8              MR. HARBAUGH:  Thank you, Your Honor.
 9              MS. AHN:  Thank you, Your Honor.
10                 (Proceedings concluded at 10:06 a.m.)
11                            ---oOo---
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

8

```
 1                  CERTIFICATE OF OFFICIAL REPORTER

 2

 3   COUNTY OF LOS ANGELES    )
                              )
 4   STATE OF CALIFORNIA      )

 5

 6            I, CAROL JEAN ZURBORG, Federal Official Realtime

 7   Court Reporter, in and for the United States District Court for

 8   the Central District of California, do hereby certify that

 9   pursuant to Section 753, Title 28, United States Code that the

10   foregoing is a true and correct transcript of the

11   stenographically reported proceedings held in the

12   above-entitled matter and that the transcript page format is in

13   conformance with the regulations of the judicial conference of

14   the United States.

15

16   Date:   October 29, 2018

17

18

19                           /s/ CAROL JEAN ZURBORG
                     _____
20                   CAROL JEAN ZURBORG, CSR NO. 7921, CCRR, RMR
                              Federal Official Court Reporter
21

22

23

24

25
```