1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  GEORGINA E. WAKEFIELD (Bar No. 282094)
   (E-Mail: Georgina_Wakefield@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   DANIEL FLINT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 17-697-SJO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE DEADLINE FOR FILING POST-TRIAL MOTIONS** |
| DANIEL FLINT, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Ian Yanniello, and defendant Daniel Flint, by and through his attorney of record, Deputy Federal Public Defender Georgina Wakefield, that:

1. On October 19, 2018, Mr. Flint was convicted by a jury of the sole count charged in the indictment–entry into an airport area in violation of 49 U.S.C. § 46314(a), (b)(2). The Court set a sentencing hearing for February 11, 2018 at 9:00 a.m.

/ /

/ /

2. Under Federal Rules of Criminal Procedure 29 and 33, Mr. Flint's post-trial motions for a judgment of acquittal and for a new trial are due on November 2, 2018.

3. The legal issues raised at trial are complicated and involve questions of statutory construction that have not been addressed by the Ninth Circuit. Counsel for Mr. Flint represents that additional time is needed in order to review the trial transcript and fully research and brief the legal issues for the Court. In addition, both attorneys for Mr. Flint have upcoming trials to prepare for, including in: *U.S. v. Catchings*, CR 17-692-SVW, set for trial on October 30, 2018; *U.S. v. Tia*, CR 18-610-SJO, set for trial on November 13, 2018; *U.S. v. Hanna*, CR 17-579-PSG, set for trial on December 11, 2018.

For all these reasons, the parties hereby stipulate that the Court should continue the deadline for filing post-trial motions and set the following schedule:

Motions: January 7, 2019

Oppositions: January 21, 2019

Replies, if any: January 28, 2019

Motions hearing date: February 11, 2019 at 9:00 a.m.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: October 29, 2018      By  /s/ GEORGINA E. WAKEFIELD
                              GEORGINA E. WAKEFIELD
                              Deputy Federal Public Defender


                              NICOLA T. HANNA
                              United States Attorney

DATED: October 29, 2018      By  /s/ IAN YANNIELLO
                              IAN YANNIELLO
                              Assistant United States Attorney

2