HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
GEORGINA E. WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

FILED
CLERK, U.S. DISTRICT COURT
October 31, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

Attorneys for Defendant
DANIEL FLINT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL FLINT, <br><br> Defendant. | Case No. CR 17-697-SJO <br><br> [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING POST-TRIAL MOTIONS AND SETTING A BRIEFING SCHEDULE |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the deadline for filing post-trial motions is continued. The Court sets the following briefing schedule: post-trial motions are to be filed on or before January 7, 2019; oppositions are to be filed on or before January 21, 2019; replies, if any, are to be filed on or before January 28, 2019. Defendant's post-trial motions will be heard on February 11, 2019 at 9:00 a.m.

DATED: 10/31/18    By _S. James Otero_
                      HON. S. JAMES OTERO
                      United States District Judge

Presented by:

*/S/ GEORGINA E. WAKEFIELD*
Deputy Federal Public Defender