FILED
CLERK, U.S. DISTRICT COURT

OCT 1 9 2018

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 17-00697 SJO           Date: 10/19/2018
                                    Time: 10:11 A.M.


JURY NOTE NUMBER  2

✓     THE JURY HAS REACHED A UNANIMOUS VERDICT

___   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED:  *Redacted Signature Fore person*