

UNITED STATES v. DANIEL FLINT

CR NO. 17-697-SJO

TRIAL ~~GOVERNMENT~~'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Defendant's International Human Rights Commission "Diplomatic Identity Card" (Physical Exhibit) | 10/16 | 10/16 |
| 2 | Photographs of "Diplomatic Identity Card" | 10/16 | 10/16 |
| 3 | Binder Seized From Defendant on July 25, 2017 (Physical Exhibit) | 10/17 | 10/17 |
| 4 | July 24, 2017 IHRC Courier Letter | 10/17 | 10/17 |
| 5 | May 25, 2015 IHRC Letter to U.S. Secretary of State | 10/17 | 10/17 |
| 6 | Copy of 1975 Vienna Convention on the Representation of States in their Relations with International Organizations of a Universal Character | 10/17 | 10/17 |
| 7 | Photographs of Flint's Attorney Bar Cards | 10/17 | 10/17 |
| 8 | Photocopy of Shumake IHRC Card | 10/17 | 10/17 |
| 9 | June 28, 2016 IHRC Letter to Republic of Kenya | 10/17 | 10/17 |
| 10 | Folio IHRC Document Daniel Flint (physical exhibit) | | |
| 11 | ORD photocopies of courier letter and Identification Cards (July 20, 2017) | 10/16 | 10/16 |
| 12 | July 20, 2017 Chicago O'Hare International Airport Video Clip 1 | 10/16 | 10/16 |

1

**UNITED STATES v. DANIEL FLINT**

CR NO. 17-697-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 13 | July 20, 2017 Chicago O'Hare International Airport Video Clip 2 | 10/16 | 10/16 |
| 14 | July 20, 2017 Chicago O'Hare International Airport Video Clip 3 | 10/16 | 10/16 |
| 15 | July 20, 2017 Chicago O'Hare International Airport Video Clip 4 | 10/16 | 10/16 |
| 16 | July 20, 2017 Chicago O'Hare International Airport Video Clip 5 | 10/16 | 10/16 |
| 17 | July 20, 2017 Chicago O'Hare International Airport Video Still Images | | |
| 18 | Daniel Flint Virgin American Airline Ticket Records for July 20, 2017 | | |
| 19 | Daniel Flint Delta Airlines Ticket Records for July 20, 2017 | | |
| 20 | Photographs of TSA Checkpoint and Signage at Midway | 10/16 | 10/16 |
| 21 | July 20, 2017 Chicago Midway International Airport Video Clip 1 | 10/16 | 10/16 |
| 22 | July 20, 2017 Chicago Midway International Airport Video Clip 2 | 10/16 | 10/16 |
| 23 | July 20, 2017 Chicago Midway International Airport Video Clip 3 | 10/16 | 10/16 |
| 24 | July 25, 2017 Chicago Midway International Airport Video Clip 1 | 10/17 | 10/17 |
| 25 | July 25, 2017 Chicago Midway International Airport Video Clip 2 | 10/17 | 10/17 |

# UNITED STATES v. DANIEL FLINT
## CR NO. 17-697-SJO
## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 26 | July 25, 2017 Chicago Midway International Airport Video Clip 3 | 10/17 | 10/17 |
| 27 | July 25, 2017 Chicago Midway International Airport Video Clip 4 | 10/17 | 10/17 |
| 28 | Still Images of July 25 MDW Video | 10/17 | 10/17 |
| 29 | "IHRC Diplomatic Pouch" (Physical Evidence) | 10/17 | 10/17 |
| 30 | Photographs of "IHRC Diplomatic Pouch" and U.S. Currency | 10/17 | 10/17 |
| 31 | MDW/TSA Training Bulletin: Screening of Diplomatic Pouches | 10/17 | 10/17 |
| 32 | Excerpt of TSA Standard Operating Procedure (Diplomatic Courier Bags) | | |
| 33 | U.S. Department of State Diplomatic Note 12-306 | 10/17 | 10/17 |
| 34 | Defendant's Certified Passport Records | | |
| 35 | Defendant Flint - LinkedIn Profile | | |
| 36 | Be On the Lookout Email | 10/17 | 10/17 |
| 37 | WWW.IHRC.US | | |
| 38 | Photograph of Flint's Full Page IHRC ID CARD | 10/17 | 10/17 |
| 39 | Photograph of Folio IHRC Document Daniel Flint | | |

3

**UNITED STATES v. DANIEL FLINT**

CR NO. 17-697-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 40 | U.S. Dept. of State Letter 10.9.18 | | |
| 41 | U.S. Dept. of State Letter Dated 10/8/18 (Daniel Flint/IHRC non-record) | | |
| 42 | U.S. Dept. of State Letter re: Shumake | | |
| 43 | Flint's September 2016 Certified Conviction Records | 10/17 | 10/17 |
| 44 | Flint Resume | | |
| 45 | Picture of Sterile Area of LAX Terminal 3 | 10/17 | |
| 46 | Picture of U.S. Passports | 10/17 | 10/17 |
| 47 | Daniel Flint Audio-Recorded Interview Clip 1 | 10/17 | 10/17 |
| 47A | Transcript | | |
| 48 | Daniel Flint Audio-Recorded Interview Clip 2 | 10/17 | 10/17 |
| 48A | Transcript | | |
| 49 | Daniel Flint Audio-Recorded Interview Clip 3 | 10/17 | 10/17 |
| 49A | Transcript | | |
| 50 | Daniel Flint Audio-Recorded Interview Clip 4 | 10/17 | 10/17 |
| 50A | Transcript | | |

4

**UNITED STATES v. DANIEL FLINT**

**CR NO. 17-697-SJO**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 51 | Daniel Flint Audio-Recorded Interview Clip 5 | 10/17 | 10/17 |
| 51A | Transcript | | |
| 52 | Daniel Flint Audio-Recorded Interview Clip 6 | 10/17 | 10/17 |
| 52A | Transcript | | |
| 53 | Daniel Flint Audio-Recorded Interview Clip 7 | 10/17 | 10/17 |
| 53A | Transcript | | |
| 54 | Daniel Flint Audio-Recorded Interview Clip 8 | 10/17 | 10/17 |
| 54A | Transcript | | |
| 55 | Daniel Flint Audio-Recorded Interview Clip 9 | 10/17 | 10/17 |
| 55A | Transcript | | |
| 56 | Daniel Flint Audio-Recorded Interview Clip 10 | | |
| 56A | Transcript | | |
| 57 | Daniel Flint Audio-Recorded Interview Clip 11 | | |
| 57A | Transcript | | |
| 58 | Daniel Flint Audio-Recorded Interview Clip 12 | 10/17 | 10/17 |
| 58A | Transcript | | |

UNITED STATES v. DANIEL FLINT

CR NO. 17-697-SJO

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 59 | Screen shot of Google search: "carrying cash in a diplomatic courier bag in the United States" | 10/17 | |
| 60 | Google Search results: "U.S. Department of State Diplomacy in Action - Diplomatic Pouches" | | |
| 61 | U.S. Department of State, Diplomatic Note 12-306 | | |
| 62 | Screen shot of Google search: "Robert Shumake" | | |
| 63 | Google Search results: "Businessman Robert Shumake comes to court - but not alone," dated March 29, 2017 | | |
| 64 | Google Search results: "Southfield mortgage auditor ordered to pay restitution" | | |
| 65 | Oakland County Court Search Results: "Robert Shumake" | | |
| 66 | pgs 1686, 1723 and 1725 of Defendants Exhibits | 10/17 | 10/17 |
| 218 | | 10/16 | 10/16 |
| 173 | | 10/16 | |
| 265 | | 10/16 | |
| 178 | | 10/17 | |
| 207 | | 10/17 | |
| 114 | | 10/17 | 10/17 |

6