UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

**UNDER SEAL MINUTES**

| | |
|---|---|
| Case No. | CR 17-00697 SJO |
| Date | March 5, 2019 |

Present: The Honorable  S. James Otero

Interpreter  Not Required

| Victor Cruz | Not Present | Catherine Sun Ahn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (# 1) Daniel Flint | not | | xx | Craig A. Harbaugh | not | | xx |

**Proceedings:**  IN CHAMBERS

The Court sets the following briefing schedule re Defendant's MOTION for Acquittal [ECF No. 140]. Opposition due: March 13 at 9 AM; Reply due: March 18 at 9 AM.

                                                                                     :
                                              Initials of Deputy Clerk   vpc