NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTINE M. RO (Cal. Bar No. 285401)
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4496/3667
     Facsimile: (213) 894-0141
     E-mail:    Christine.Ro@usdoj.gov
                Ian.Yanniello@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED
CLERK, U.S. DISTRICT COURT

March 8, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   | No. CR 17-697-SJO |
|---|---|
| Plaintiff, | <u>ORDER CONTINUING SENTENCING AND MOTION HEARING DATE AND BRIEFING SCHEDULE</u> |
| v. | |
| DANIEL FLINT, | **[PROPOSED] SENTENCING AND MOTION HEARING DATE: 4/29/19** |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Sentencing and Motion Hearing Date and (2) Continuance of the Briefing Schedule, filed by the parties in this matter on March 6, 2019.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing and motion hearing date.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The sentencing and motion hearing in this matter is continued from April 1, 2019, to April 29, 2019 at 10:00 a.m.

2. The government shall file its opposition to defendant's post-trial motions by March 25, 2019. Replies, if any, shall be filed by April 8, 2019.

3. Defendant shall appear in Courtroom 10C of the Federal Courthouse, 350 W. First Street, Los Angeles, California on April 29, 2019, at 10:00 a.m. for sentencing.

IT IS SO ORDERED.

March 8, 2019.

DATE

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

CC:   PROBATION OFFICE