HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
CRAIG A. HARBAUGH (Bar No. 194309)
(E-Mail: Craig_Harbaugh@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
DANIEL FLINT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DANIEL FLINT, Defendant. | Case No. CR 17-697-SJO **EX PARTE APPLICATION TO RELIEVE OFFICE OF THE FEDERAL PUBLIC DEFENDER AND APPOINT CJA COUNSEL; DECLARATION OF COUNSEL; [PROPOSED] ORDER** |

The Office of the Federal Public Defender, by and through his attorney of record, Deputy Federal Public Defender Craig A. Harbaugh, hereby applies *ex parte* to this Honorable Court for an order relieving the Office of the Federal Public Defender as counsel of record and appointing a member of the indigent defense panel to represent Daniel Flint for all further proceedings.

//

//

1 | This application is based on the attached declaration of counsel.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: March 28, 2019     By */S/ Craig A. Harbaugh*
CRAIG A. HARBAUGH
Deputy Federal Public Defender

## DECLARATION OF CRAIG A. HARBAUGH

I, Craig A. Harbaugh, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I have been appointed to represent Mr. Flint in *United States v. Flint*, CR 17-697-SJO.

2. On October 19, 2018, Mr. Flint was found guilty by jury trial to Count One of the single count indictment and is awaiting sentencing on April 29, 2019. The parties entered into two stipulations setting and continuing the briefing schedule. Currently, the defense must file a reply brief no later than April 8, 2019.

3. Chief Deputy Federal Public Defender Cuauhtemoc Ortega has determined that our office can no longer represent Mr. Flint due to a conflict of interest. Mr. Ortega instructed me to inform the Court that a conflict of interest exists, to apply for relief from representation, and to seek appointment of conflict-free counsel for Mr. Flint.

4. Assistant United States Attorney Ian Yanniello advised me on March 27, 2019, that the government takes no position on this application.

5. For these reasons, I respectfully request that the Court relief the Office of the Federal Public Defender from representation of Mr. Flint, and appoint him counsel from the Criminal Justice Act Panel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2019, at Los Angeles, California.

*/s/ Craig A. Harbaugh*
Craig A. Harbaugh