1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  CRAIG A. HARBAUGH (Bar No. 194309)
   (E-Mail: Craig_Harbaugh@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-4740
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   DANIEL FLINT

```
FILED
CLERK, U.S. DISTRICT COURT
April 8, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 17-697-SJO |
|---|---|
| Plaintiff, | **ORDER RELIEVING FEDERAL PUBLIC DEFENDER AND APPOINTING CJA COUNSEL** |
| v. | |
| DANIEL FLINT, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Office of the Federal Public Defender is relieved as counsel of record for defendant, Daniel Flint. IT IS FURTHER ORDERED THAT substitute counsel from the indigent defense panel (CJA), Gregory Nicolaysen, 27240 Turnberry Lane, Suite 200, Valencia, CA 91355, gregnicolaysen@aol.com, 818-970-7247, is appointed to represent Mr. Flint for all further proceedings.

DATED: April 8, 2019

_S. James Otero_
HONORABLE S. JAMES OTERO
United States District Judge

1