NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTINE M. RO (Cal. Bar No. 285401)
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496/3667
    Facsimile: (213) 894-0141
    E-mail:   Christine.Ro@usdoj.gov
               Ian.Yanniello@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-697-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF SENTENCING AND MOTION HEARING DATE AND (2) CONTINUANCE OF THE BRIEFING SCHEDULE |
| v. | |
| DANIEL FLINT, | |
| Defendant. | **CURRENT SENTENCING/MOTION HEARING DATE:** April 29, 2019 |
| | **PROPOSED SENTENCING/MOTION HEARING DATE:** July 1, 2019 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Christine M. Ro and Ian V. Yanniello, and defendant Daniel Flint ("defendant"), by and through his counsel of record, Gregory Nicolaysen, hereby stipulate as follows:

//

1. On October 19, 2018, defendant was convicted by a jury of entering a secure area of Los Angeles International Airport, in violation of 49 U.S.C. § 46314(a), (b)(2). (Dkt. No. 111.)

2. The Court originally set defendant's sentencing for February 11, 2019. As described below, the Court subsequently continued the sentencing hearing to its current date, April 29, 2019.

3. On October 29, 2018, defendant's prior counsel filed a request to continue the hearing date and deadlines related to defendant's post-trial motion for judgment of acquittal. The Court granted the request, ordering that defendant's post-trial motion would be heard on the date of defendant's sentencing (February 11, 2019). (Dkt. No. 124.)

4. The Court subsequently granted two requests to continue defendant's sentencing hearing and the hearing on defendant's post-trial motion for acquittal, which defendant's prior counsel filed on March 4, 2019. (Dkt. No. 135.) The government filed its opposition to defendant's post-trial motion on March 26, 2019. The Court has not yet ruled on the motion.

5. On March 28, 2019, defendant's prior counsel filed an ex parte application for an order relieving the Office of the Federal Public Defender from its representation of defendant due to a conflict of interest. (Dkt. 148.) On April 8, 2019, the Court granted the application and appointed current counsel, Gregory Nicolaysen, to represent defendant in this proceeding. (Dkt. 149.)

6. On April 15, 2019, the government contacted Mr. Nicolaysen about the current sentencing date (April 29, 2019), and Mr. Nicolaysen informed the government that he will need additional time to review the case file and meet with defendant.

2

7. Thus, the parties respectfully request that the Court continue the sentencing and motions hearing (to the extent the Court requires a hearing to decide the motion) from April 29, 2019 to July 1, 2019.

IT IS SO STIPULATED.

Dated:  March 6, 2019                     Respectfully submitted,

                                            NICOLA T. HANNA
                                            United States Attorney

                                            LAWRENCE S. MIDDLETON
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                                 /s/
                                            IAN V. YANNIELLO
                                            CHRISTINE M. RO
                                            Assistant United States Attorneys

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA


Dated: March 6, 2019                        /s/ with e-mail authorization
                                            GREGORY NICOLAYSEN
                                            Attorney for Defendant
                                            DANIEL FLINT