NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTINE M. RO (Cal. Bar No. 285401)
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496/3667
    Facsimile: (213) 894-0141
    E-mail:    Christine.Ro@usdoj.gov
               Ian.Yanniello@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-697-SJO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING AND MOTION HEARING DATE AND BRIEFING SCHEDULE |
| v. | |
| DANIEL FLINT, | [PROPOSED] SENTENCING/MOTION HEARING DATE: 07/01/19 at 10 a.m. |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Sentencing and Motion Hearing Date and (2) Continuance of the Briefing Schedule, filed by the parties in this matter on April 18, 2019.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing and motion hearing date.

//

//

//

```
     THEREFORE, FOR GOOD CAUSE SHOWN:
                              [ECF #140]
     1.   The sentencing and motion hearing in this matter is
continued from April 29, 2019, to July 1, 2019 at 10:00 a.m.


     IT IS SO ORDERED.
```

April 18, 2019

DATE

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

cc: PSA, USPO

Presented by:

/s/
IAN V. YANNIELLO
Assistant United States Attorney