NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CHRISTINE M. RO (Cal. Bar No. 285401)
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorneys
General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4496/3667
    Facsimile: (213) 894-0141
    E-mail:   Christine.Ro@usdoj.gov
              Ian.Yanniello@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-697-SJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING DATE |
| v. | **CURRENT SENTENCING DATE:** July 1, 2019 |
| DANIEL FLINT, | |
| Defendant. | **PROPOSED SENTENCING DATE:** September 16, 2019 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Christine M. Ro and Ian V. Yanniello, and defendant Daniel Flint ("defendant"), by and through his counsel of record, Gregory Nicolaysen, hereby stipulate as follows:

//

//

//

1. On October 19, 2018, defendant was convicted by a jury of entering a secure area of Los Angeles International Airport, in violation of 49 U.S.C. § 46314(a), (b)(2). (Dkt. 111.)

2. The Court originally set defendant's sentencing for February 11, 2019. As described below, the Court subsequently continued the sentencing hearing to its current date, July 1, 2019.

3. On October 29, 2018, defendant's prior counsel filed a request to continue the hearing date and deadlines related to defendant's post-trial motion for judgment of acquittal. The Court granted the request, ordering that defendant's post-trial motion would be heard on the date of defendant's sentencing (February 11, 2019). (Dkt. 124.)

4. The Court subsequently granted two requests to continue defendant's sentencing hearing and the hearing on defendant's post-trial motion for acquittal, which defendant's prior counsel filed on March 4, 2019. (Dkt. 135.) The government filed its opposition to defendant's post-trial motion on March 26, 2019. The Court denied defendant's motion on May 14, 2019. (Dkt. 152.)

5. On March 28, 2019, defendant's prior counsel filed an <u>ex parte</u> application for an order relieving the Office of the Federal Public Defender from its representation of defendant due to a conflict of interest. (Dkt. 148.) On April 8, 2019, the Court granted the application and appointed current counsel, Gregory Nicolaysen, to represent defendant in this proceeding. (Dkt. 149.)

6. On April 18, 2019, the Court granted the parties request to continue the sentencing to July 1, 2019 as Mr. Nicolaysen was appointed as new counsel on April 8, 2019 and needed additional time to review the case file and meet with defendant.

7. On June 19, 2018, the government contacted Mr. Nicolaysen about the present sentencing date (July 1, 2019). Mr. Nicolaysen informed the government that he will need additional time to complete the preparation of defendant's sentencing briefing.

8. Thus, the parties respectfully request that the Court continue the sentencing hearing from July 1, 2019 at 10:00 a.m. to September 16, 2019 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: June 20, 2019            Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney

                                BRANDON D. FOX
                                Assistant United States Attorney
                                Chief, Criminal Division


                                      /s/
                                IAN V. YANNIELLO
                                CHRISTINE M. RO
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA


Dated: June 20, 2019              /s/ with e-mail authorization
                                GREGORY NICOLAYSEN
                                Attorney for Defendant
                                DANIEL FLINT