1 | NICOLA T. HANNA
United States Attorney
2 | LAWRENCE S. MIDDLETON
Assistant United States Attorney
3 | Chief, Criminal Division
CHRISTINE M. RO (Cal. Bar No. 285401)
4 | IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorneys
5 | General Crimes Section
      1100 United States Courthouse
6 |      312 North Spring Street
      Los Angeles, California 90012
7 |      Telephone: (213) 894-4496/3667
      Facsimile: (213) 894-0141
8 |      E-mail:    Christine.Ro@usdoj.gov
                 Ian.Yanniello@usdoj.gov
9 |
Attorneys for Plaintiff
10 | UNITED STATES OF AMERICA

11 |                    UNITED STATES DISTRICT COURT

12 |               FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,          No. CR 17-697-SJO

14 |          Plaintiff,               ~~[PROPOSED]~~ ORDER CONTINUING
                                      SENTENCING DATE
15 |             v.
                                      **[PROPOSED] SENTENING DATE:**
16 | DANIEL FLINT,                      **September 16, 2019 at 10:00 a.m.**

17 |          Defendant.

18 |

19 |      The Court has read and considered the Stipulation Regarding

20 | Request for Continuance of Sentencing Date, filed by the parties in

21 | this matter on June 20, 2019.  The Court hereby finds that the

22 | Stipulation, which this Court incorporates by reference into this

23 | Order, demonstrates facts that support a continuance of the

24 | sentencing date.

25 | //

26 | //

27 | //

28 | //

1      THEREFORE, FOR GOOD CAUSE SHOWN:

2          The sentencing date in this matter is continued from July 1,

3   2019, to September 16, 2019 at 10:00 a.m.

4          IT IS SO ORDERED.

5      June 24, 2019                                    S. James Otero

6     DATE                              HONORABLE S. JAMES OTERO
                                        UNITED STATES DISTRICT JUDGE
7   cc:  USPO, PSA

8   Presented by:

9        /s/
    CHRISTINE M. RO
10   Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2