UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 17-00697 SJO-1 | Date | August 27, 2019 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | Not required |

| Victor Paul Cruz | Not Present | Christine M Ro / Ian Yanniello |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (#1) Daniel Flint | not | | xx | Gregory Nicolaysen | not | | xx |

**Proceedings:**    IN CHAMBERS

The Court is in receipt of a letter received 08/26/2019, sent directly to Judge Otero from the defendant. Because defendant is not represented by counsel, and only counsel may submit filings, this Court therefore declines to entertain said letter. Pursuant to the direction of the Court, said letter shall be forwarded to attorney Gregory Nicolaysen for determination of its filing.

|  | : |
|---|---|
| Initials of Deputy Clerk | vpc |