UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 17-00697 SJO | Date | September 16, 2019 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | Not required: |

| Victor Paul Cruz | Sherri Kleeger | Ian Yanniello |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (1) Daniel Flint | xx | | xx | Gregory Nicolaysen | xx | | xx |

**Proceedings:**   SENTENCING -

Hearing held.

In preparation for this proceeding the Court has reviewed the following documents: The Presentence Report (PSR) (ECF No. 133) disclosed on 12/27/2018, and the confidential letter recommendation.  The First Addendum to the PSR (ECF No. 155).  The Court has reviewed the Government's sentencing position (ECF No. 154) filed 06/21/2019.  The government indicates that the PSR calculated defendant's base offense level as 4 under USSG § 2B2.3.3.  The PSR applied a two-level increase under USSG § 2B2.3(b)(A)(iv) because the trespass occurred in a secure area of an airport and a two-level increase because defendant abused his specialized skill and status as an attorney that significantly facilitated the commission or concealment of the offense. Defendant did not accept responsibility, therefore a reduction for acceptance of responsibility does not apply. With a total offense level of 8 and criminal history category of I, defendant's Guidelines' range is zero to six months' imprisonment.  Additionally the government indicates that the PSR has identified certain aggravating factors that may warrant an upward variance because defendant's conduct raises national security concerns.  Government argues that a three-level upward variance is justified because a custody range of 8 to 14 months better reflects the seriousness of this offense.
The government recommends that the Court impose a sentence of 14 months' imprisonment.  Defendant's sentencing position [ECF # 181], filed 09/17/2018.  Defendant requests that the Court impose a sentence of time-served.  Defendant's sentencing position (ECF No. 43) filed 05/09/2019.  The defendant argues that the court should apply a 2-level reduction for the safety valve, and a 4-level downward adjustment for minimal role.  Defendant requests that the Court impose a sentence of 37 months' incarceration.

The defendant acknowledges that he has reviewed all of the sentencing documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Counsel present argument.

The Court grants defendant's request to remove the second sentence of paragraph eight of the revised presentence report removed.

Defendant exercises his right of allocution.

Having considered the sentencing factors enumerated at 18 U.S.C. § 3553(a) including the advisory guideline range of 8 to 14 months based upon an offense level of eleven and a criminal history category of I, the Probation Officer respectfully recommends the following sentence, which is a variance from the advisory range.

It is ordered that the defendant shall pay to the United States a special assessment of $100, which is due immediately. Any unpaid balance shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

Pursuant to Guideline § 5E1.2(a), all fines are waived as the Court finds that the defendant has established that he is unable to pay and is not likely to become able to pay any fine.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Daniel Flint, is hereby committed on Count 1 of the Indictment to the custody of the Bureau of Prisons for a term of 14 months.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years under the following terms and conditions:

1.    The defendant shall comply with the rules and regulations of the United States Probation & Pretrial Services Office and General Order 18-10.

2.    The defendant shall not commit any violation of local, state, or federal law or ordinance.

3.    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test, including a breathalyzer test, within 15 days of release from custody and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the Probation Officer.

4.    During the period of community supervision, the defendant shall pay the special assessment in accordance with this judgment's orders pertaining to such payment.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

5.  The defendant shall not be employed in any position that requires licensing and/or certification by any local, state, or federal agency without the prior written approval of the Probation Officer.

6.  The defendant shall cooperate in the collection of a DNA sample from the defendant.

The Court Orders the defendant remanded to the custody of the U. S. Marshal's office forthwith.  Clerk issued remand order D 9620.

The Court advises the defendant of his right to appeal.

The bond is ordered exonerated.

:       0/20

Initials of Deputy Clerk

cc:   PROBATION OFFICE