FILED

OCT 18 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellee,<br><br>v.<br><br>DANIEL FLINT,<br><br>  Defendant-Appellant. | No. 19-50300<br><br>D.C. No. 2:17-cr-00697-SJO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The motion of appellant's appointed counsel, Gregory Nicolaysen, Esq., to be relieved as counsel of record and for appointment of new counsel (Docket Entry No. 2) is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Central District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

New counsel shall designate the reporter's transcripts by December 2, 2019. The transcript is due January 2, 2020. Appellant's opening brief and excerpts of record are due February 11, 2020; appellee's answering brief is due March 12, 2020; and the optional reply brief is due within 21 days after service of the answering brief.

The Clerk shall serve this order on former counsel.

Within 21 days after the date of this order, Assistant United States Attorney L. Ashley Aull shall serve this order on appellant individually and provide this court with proof of such service showing appellant's registration number and current address.