COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant/Appellant
DANIEL FLINT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>DANIEL FLINT,<br><br>Defendant/Appellant. | Case No. 17 Cr. 697 SJO<br><br>USCA No. 19-50300<br><br>STIPULATION AUTHORIZING APPELLATE COUNSEL TO ACQUIRE SEALED MATERIALS; [PROPOSED] ORDER<br><br>Before the Hon. S. James Otero<br>United States District Judge |

1   IT IS HEREBY STIPULATED, by and between the United States and the
2   Defendant Daniel Flint, by and through their counsel, subject to the approval of
3   the Court, that the documents indicated below, which are currently under seal,
4   shall be unsealed for the limited purpose of providing them to Defendant/
5   Appellant Daniel Flint's counsel of record—*viz.*, Ethan A. Balogh—and be
6   provided to counsel by the Clerk of the Court.  This stipulation applies to the
7   following documents: ECF Nos. 68, 69, 86 & 87.
8   IT IS FURTHER STIPULATED that the Clerk of the Court provide access
9   to the nonpublic docket to defendant's appellate counsel.  This access will allow
10  counsel assess any need to inspect ECF Nos. 3, 70, 75, 76, 88, 145, 146, 155, 164,
11  and 172, none of which appear on the public docket;
12  IT IS FURTHER ORDERED that if defendant uses or relies on any of these
13  documents in his appeal, he must either (a) provide those documents to the
14  Government; or (b) if defendant believes there is a basis to not disclose the
15  materials to the Government, then he will engage in a meet and confer with the
16  Government to discuss his position so that the Government may then seek an
17  Order for their disclosure if the parties cannot reach an agreement.
18  IT IS FURTHER STIPULATED that the foregoing materials shall be
19  unsealed only for the limited purpose of providing them to Appellant's counsel, to
20  be reviewed on an Attorney's Eyes Only ("AEO") basis, and solely for counsel's
21  use in the above-captioned appeal, and that these materials shall remain sealed for
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////

all other purposes, including from the public, and that any submission of these materials to the Court of Appeals must be made under seal.

**IT IS SO STIPULATED**.

DATED: January 9, 2020

                               */s/*
                               ETHAN A. BALOGH
                               Attorney for Defendant
                               DANIEL FLINT

DATED: January 9, 2020

                               */s/*
                               CHRISTINE RO
                               Assistant United States Attorney

## **CERTIFICATION**

By presenting the signatures set forth above, the filing attorney hereby certifies that he has received authorization to present this stipulation on behalf of all parties.

# **PROOF OF SERVICE**

I, Ethan A. Balogh, certify that on January 9, 2020, I served all parties in this matter by causing the preceding pleading to be filed electronically through the Court's ECF System, as set forth by Local Rule 5-3.2.1.

Dated: January 9, 2020

*/s/ E A Balogh*
ETHAN A. BALOGH

1