COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant/Appellant
DANIEL FLINT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17 Cr. 697 SJO |
| Plaintiff/Appellee, | USCA No. 19-50300 |
| v. | [PROPOSED] ORDER RE: UNSEALING OF MATERIALS TO APPELLATE COUNSEL |
| DANIEL FLINT, | |
| Defendant/Appellant. | Before the Hon. S. James Otero United States District Judge |

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the documents set forth below, which are currently under seal, shall be unsealed for the limited purpose of providing them to Defendant/ Appellant Daniel Flint's counsel of record, Ethan A. Balogh:

- ECF Nos. 68, 69, 86 & 87.

IT IS FURTHER ORDERED that the Clerk of the Court provide access to the nonpublic docket to defendant's appellate counsel. This access will allow counsel assess any need to inspect ECF Nos. 3, 70, 75, 76, 88, 145, 146, 155, 164, and 172, none of which appear on the public docket.

IT IS FURTHER ORDERED that if defendant uses or relies on any of these documents in his appeal, he must either (a) provide those documents to the Government; or (b) if defendant believes there is a basis to not disclose the materials to the Government, then he will engage in a meet and confer with the Government to discuss his position so that the Government may then seek an Order for their disclosure if the parties cannot reach an agreement.

IT IS FURTHER STIPULATED that the foregoing materials shall be unsealed only for the limited purpose of providing them to Appellant's counsel, to be reviewed on an Attorney's Eyes Only ("AEO") basis, and solely for counsel's use in the above-captioned appeal, and that these materials shall remain sealed for all other purposes, including from the public, and that any submission of these materials to the Court of Appeals must be made under seal.

**IT IS SO ORDERED**

DATED: January 16, 2020

_____
THE HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE