```
 1                    UNITED STATES DISTRICT COURT

 2      CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

 3      HONORABLE S. JAMES OTERO, U.S. DISTRICT JUDGE

 4

 5    UNITED STATES OF AMERICA,        )
                                       )
 6                     Plaintiff,      )    CERTIFIED TRANSCRIPT
                                       )
 7            vs.                      )
                                       )
 8    DANIEL FLINT,                    )   Case No.
                                       )   CR 17-00697 SJO
 9                     Defendant.      )
      _____)

10

11

12

13            REPORTER'S TRANSCRIPT OF PROCEEDINGS

14                         SENTENCING

15              MONDAY; SEPTEMBER 16, 2019

16                        10:18 A.M.

17                 LOS ANGELES, CALIFORNIA

18

19

20

21

22
      _____
23            SHERI S. KLEEGER, CSR 10340,
           FEDERAL OFFICIAL COURT REPORTER
           350 WEST 1ST STREET, SUITE 4455
24            LOS ANGELES, CA 90012-4565
                  Mykuippo@aol.com
25
```

```
 1

 2

 3

 4                    APPEARANCES OF COUNSEL:

 5

 6    FOR THE PLAINTIFF:

 7            NICOLA T. HANNA
              United States Attorney
 8            BY:  IAN YANNIELLO,
              Assistant United States Attorney
 9            United States Courthouse
              312 North Spring Street
10            Los Angeles, California 90012
              (213) 894-2434
11
      FOR THE DEFENDANT:
12
              GREGORY NICOLAYSEN LAW OFFICES
13            BY:  GREGORY NICOLAYSEN, ESQUIRE
              27240 Turnberry Lane
14            Suite 200
              Valencia, California 91355
15            (818) 970-7247

16

17

18

19

20

21

22

23

24

25
```

|  |  |  |
|--|--|--|

**LOS ANGELES, CALIFORNIA; MONDAY, SEPTEMBER 16, 2019**

**10:18 A.M.**

- - -

10:18:22   5          THE CLERK:  Calling item No. 5, case No.

10:18:25   6   CR-17-00697 SJO:  United States of America versus Daniel

10:18:30   7   Flint.

10:18:31   8          Counsel, would you please come forward and

10:18:35   9   state your appearances.

10:18:35   10          MR. YANNIELLO:  Good morning, Your Honor.

10:18:36   11          Ian Yanniello on behalf of the United

10:18:39   12   States, and with me at counsel table is special agent

10:18:40   13   for the FBI Michael Simon.

10:18:43   14          MR. NICOLAYSEN:  And good morning, Your

10:18:44   15   Honor.  Greg Nicolaysen, counsel of record for

10:18:46   16   Mr. Flint, who is present on bond.

10:18:48   17          And if the Court please, I would like the

10:18:50   18   Court to note that Timothy Flint, my client's father is

10:18:54   19   here from Michigan.  He is one of the authors of the

10:18:56   20   letters submitted to this Court.

10:18:58   21          THE COURT:  Yes.

10:18:59   22          So the matter is here for purposes of

10:19:01   23   sentencing.  We also have the defendant's motion or

10:19:04   24   petition for writ of error coram nobis and, in the

10:19:10   25   alternative, a motion for a new trial.

| | | |
|---|---|---|
| 10:19:13 | 1 | Do you wish to be heard? |
| 10:19:13 | 2 | MR. NICOLAYSEN:  Yes, Your Honor. |
| 10:19:14 | 3 | In regard to the petition, our request would |
| 10:19:16 | 4 | be that the Court grant an evidentiary hearing, |
| 10:19:19 | 5 | recognizing that we have submitted an expert report in |
| 10:19:22 | 6 | support of the petition.  So that would warrant |
| 10:19:25 | 7 | testimony by the expert and cross-examination of the |
| 10:19:28 | 8 | expert.  I believe we have submitted sufficient evidence |
| 10:19:30 | 9 | to lay a prima facie showing of some degree of |
| 10:19:35 | 10 | manipulation of the audio tape. |
| 10:19:38 | 11 | If the Court grants the evidentiary hearing, |
| 10:19:41 | 12 | as we are now requesting, we also ask that the Court |
| 10:19:42 | 13 | vacate today the sentencing hearing and defer that until |
| 10:19:45 | 14 | the outcome of the motion proceeding. |
| 10:19:48 | 15 | THE COURT:  Anything else to be said? |
| 10:19:51 | 16 | MR. NICOLAYSEN:  No, Your Honor.  Our |
| 10:19:52 | 17 | arguments are set forth in detail in the papers. |
| 10:19:55 | 18 | THE COURT:  Okay.  The Government wish to be |
| 10:19:56 | 19 | heard further? |
| 10:19:56 | 20 | MR. YANNIELLO:  Yes.  Just briefly, Your |
| 10:19:59 | 21 | Honor.  The Government, for the reasons articulated in |
| 10:20:02 | 22 | the opposition does not believe that an evidentiary |
| 10:20:05 | 23 | hearing is required procedurally.  The motion for |
| 10:20:09 | 24 | coram -- the petition for coram nobis is improper. |
| 10:20:11 | 25 | There are numerous different ways why the alternative |

10:20:14   1   relief the defendant is seeking is improper and should

10:20:15   2   be denied.

10:20:16   3           And the Government just notes that there are

10:20:19   4   also two reports that the defendant submitted.  I

10:20:23   5   believe the first one is Exhibit A, and the opinion in

10:20:26   6   that report states that the audio, the 9-millisecond

10:20:32   7   recording that's been identified, was consistent with

10:20:35   8   editing or otherwise noncontinuous recording.

10:20:38   9           Nothing about that suggests that there's any

10:20:40   10   kind of malfeasance or improper editing.  It simply

10:20:46   11   means that the recording could have been paused for a

10:20:49   12   call came in from the agent's phone.  This was a

10:20:52   13   reactive case, and the FBI had to figure out what was

10:20:55   14   inside the pouch, so they didn't take the defendant back

10:20:59   15   to FBI headquarters.  They took him to the closest safe

10:21:04   16   room that they had, and the agent had to use his phone

10:21:07   17   to record.  With that, the Government would submit, Your

10:21:09   18   Honor.

10:21:09   19           MR. NICOLAYSEN:  There is a second report

10:21:12   20   submitted in support of the petition by the expert,

10:21:14   21   which is more specific to his opinion that there is a

10:21:16   22   reasonable basis for concluding that a manipulation did

10:21:20   23   occur.

10:21:20   24           THE COURT:  Okay.  The Court finds little

10:21:22   25   merit to the petition and the motion.  Both are denied,

10:21:25  1   and the Court will issue a more thorough order to follow

10:21:31  2   for purposes of the appellate record.

10:21:33  3              We go to the issue of sentencing.

10:21:35  4              The Court has reviewed various documents and

10:21:46  5   the pleading in preparation for today's proceeding.  And

10:21:49  6   again, we start with the presentence investigation

10:21:54  7   report, which reflects a December 27, 2018, preparation

10:22:04  8   date.

10:22:05  9              There is an addendum to the presentence

10:22:10  10  investigation report, and that was disclosed the --

10:22:17  11  June 24, 2019.  And then we have a second addendum to

10:22:20  12  the report disclosed -- let's see.

10:22:29  13             MR. NICOLAYSEN:  The second addendum was

10:22:30  14  filed on Pacer Document 164 on September 9th.

10:22:34  15             THE COURT:  Thank you.  On September 9th.

10:22:37  16             The Court has reviewed the --

10:22:43  17  Mr. Nicolaysen's pleading on behalf of his client.

10:22:53  18  Mr. Nicolaysen, on behalf of Mr. Flint, objects to

10:23:00  19  certain factual allegations in the PSR.  The -- that

10:23:04  20  issue was covered by the probation officer in the

10:23:08  21  addendum.  The Court would simply comment that the --

10:23:13  22  the factual objections or disputes are as -- are -- are

10:23:20  23  quibbles at best.  The Court would deny any request to

10:23:29  24  redo or redraft the PSR consistent with certain of the

10:23:34  25  objections that are being made.  The Court will overrule

10:23:37  1   those objections.

10:23:38  2              The defendant has a substantive objection to

10:23:40  3   the guideline calculations.  The defendant objects to

10:23:45  4   the two level enhancement under the abuse of trust

10:23:50  5   guideline.

10:23:54  6              There was -- as I understand it, there's no

10:23:56  7   objection to the two level adjustment, because the --

10:24:02  8   because the incident took place in a secured area at the

10:24:05  9   airport.  The --

10:24:08  10             MR. NICOLAYSEN:  That's correct, Your Honor.

10:24:09  11  That's -- that one we do acknowledge.

10:24:14  12             THE COURT:  And the -- counsel, on behalf of

10:24:25  13  his client, argues for a sentence of probation with home

10:24:28  14  detention.

10:24:29  15             The Court has received a letter from

10:24:37  16  Mr. Flint, just recently filed, and that was filed on

10:24:41  17  the 12th of September, which I have thoroughly read and

10:24:46  18  considered.

10:24:47  19             Separate and apart from Mr. Flint's letters,

10:24:52  20  Mr. Flint has, through counsel, has offered the Court

10:24:56  21  various numerous letters from family members and

10:25:02  22  friends, friends of the family and other persons offered

10:25:09  23  in support of the defendant.

10:25:10  24             The Government has -- has filed its

10:25:19  25  pleading.  The Government points out in its pleading,

10:25:22  1   just to summarize quickly, that the PSR calculated the

10:25:28  2   base level at two, and then a total offense level,

10:25:33  3   because of the adjustments, is eight.

10:25:36  4              And then the Government points out that the

10:25:43  5   probation officer did note that an upward variance may

10:25:47  6   be warranted, given certain issues presented in this

10:25:54  7   case, including issues of -- of -- of sophistication and

10:26:03  8   also compromising security at the airport.  So the

10:26:11  9   Government has moved the Court for a three level

10:26:15  10  variance that would place the defendant in a total

10:26:22  11  offense level of 11, and a criminal history -- and a

10:26:27  12  guideline range of 8 to 14, and the Government has

10:26:34  13  recommended a high end of that guideline range of

10:26:38  14  14 months.

10:26:39  15             So I'll just go back to the presentence

10:26:43  16  investigation report.  Mr. Flint, have you had an

10:26:47  17  opportunity to review the PSR?

10:26:52  18             THE DEFENDANT:  Yes, Your Honor.

10:26:53  19             THE COURT:  And did you review it with your

10:26:54  20  attorney?

10:26:55  21             THE DEFENDANT:  Yes, I did.

10:26:58  22             THE COURT:  Did you also read your counsel's

10:27:00  23  pleading?

10:27:01  24             THE DEFENDANT:  Yes, Your Honor.

10:27:01  25             THE COURT:  And the Government's pleading?

10:27:03  1          THE DEFENDANT:  Yes.

10:27:04  2          THE COURT:  The -- so just in reference to

10:27:08  3  the -- to the defendant's pretrial release, he has been

10:27:13  4  under the supervision of the pretrial service office in

10:27:20  5  the western district of North Carolina.

10:27:25  6          Is that correct?

10:27:28  7          THE DEFENDANT:  Yes, Your Honor.

10:27:30  8          THE COURT:  And he's been in compliance with

10:27:33  9  all of those terms and conditions.

10:27:33  10         So in reference to the -- the facts of this

10:27:34  11  case and the issues presented in this case are -- are a

10:27:39  12  bit of a mystery.

10:27:43  13         The -- and back in July of -- July 20 of

10:27:46  14  2017, the defendant attempted to pass through a TSA

10:27:51  15  security checkpoint at O'Hare International Airport,

10:28:00  16  purportedly having a diplomatic pouch.  Mr. Flint

10:28:05  17  identified himself as a lawyer and a diplomatic

10:28:09  18  courier -- and the Court has presided over the trial, so

10:28:11  19  I'm intimately familiar with all of the facts here,

10:28:14  20  separate and apart from the pleading -- and that he

10:28:17  21  claimed to be carrying a diplomatic pouch that was

10:28:25  22  exempt from TSA screening.

10:28:29  23         It's clear that Mr. Flint was not a

10:28:31  24  diplomatic courier nor the organization that he

10:28:34  25  purported to be associated with, which is the

| | | |
|---|---|---|
| 10:28:36 | 1 | International Human Rights Commission.  That is not an |
| 10:28:41 | 2 | organization that's recognized by the State Department |
| 10:28:45 | 3 | to allow a courier to have diplomatic immunity. |
| 10:28:52 | 4 | Anyway, in any event, Mr. Flint presented to |
| 10:28:58 | 5 | TSA officials at O'Hare with a self-laminated |
| 10:29:05 | 6 | International Human Rights Commission diplomat card and |
| 10:29:10 | 7 | a purported diplomatic transportation and direction |
| 10:29:15 | 8 | letter on IHRC letterhead.  And the diplomatic courier |
| 10:29:23 | 9 | letter stated that Mr. Flint is a designated diplomatic |
| 10:29:27 | 10 | courier agency and general counsel and diplomatic |
| 10:29:31 | 11 | courier for the IHRC, and that he was transporting cash |
| 10:29:37 | 12 | donations to fund land and housing development, |
| 10:29:40 | 13 | healthcare, water purification, youth causes, and other |
| 10:29:45 | 14 | projects in the United States and Asia -- or I'm |
| 10:29:49 | 15 | sorry -- in Africa and the Caribbean.  And he identified |
| 10:29:53 | 16 | himself as an attorney by presenting his Michigan |
| 10:29:56 | 17 | driver's license and his legitimate attorney Bar card |
| 10:30:00 | 18 | issued by the state of Michigan. |
| 10:30:04 | 19 | So the officials refused to let Mr. Flint |
| 10:30:09 | 20 | enter with an unscreened bag because Mr. Flint did not |
| 10:30:13 | 21 | have a diplomatic passport, which is required.  And |
| 10:30:18 | 22 | after being rejected at O'Hare, Mr. Flint immediately |
| 10:30:23 | 23 | booked a new flight out of Chicago Midway, and he was at |
| 10:30:29 | 24 | Midway TSA checkpoint within a few hours and he --  he |
| 10:30:36 | 25 | identified himself again at Midway -- after being |

10:30:42  1    rejected at O'Hare -- as a lawyer and a diplomatic

10:30:47  2    courier for the same organization.  And he claimed also

10:30:49  3    that he was carrying a diplomatic pouch that was exempt

10:30:54  4    from screening.

10:30:55  5           So -- and apparently he -- Mr. Flint found a

10:30:59  6    soft point in the TSA security protocol and the --

10:31:09  7    Mr. Flint was permitted to enter the security area with

10:31:15  8    the unscreened pouch at Midway.

10:31:18  9           When he was at Midway, he did not disclose

10:31:21  10   to TSA officials that he had been previously denied

10:31:29  11   entry into the TSA screening area without being screened

10:31:35  12   because they denied his credentials, and so Mr. Flint

10:31:42  13   was able to secure entry at Midway.

10:31:51  14          The officials later determined that they had

10:31:56  15   made an error.  They were not experienced at Midway in

10:32:00  16   terms of screening for diplomatic credentials.

10:32:02  17          He was then later -- FBI was notified.  He

10:32:09  18   was later intercepted at LAX, and he was questioned by

10:32:24  19   FBI agents.

10:32:26  20          In the pouch it was determined that he was

10:32:28  21   carrying $148,145 in U.S. currency.  And that was inside

10:32:36  22   a plastic shopping bag.  And everything else is history.

10:32:45  23          When questioned by the FBI, he again claimed

10:32:48  24   to be a diplomatic courier authorized to -- to carry a

10:32:55  25   diplomatic pouch, not subject to search.  And he again,

10:33:05   1   when interviewed by the FBI, identified himself as a

10:33:08   2   lawyer and he referenced that he worked for a

10:33:13   3   Mr. Douglas Hampton, who Mr. Flint identified as a

10:33:20   4   diplomat.

10:33:22   5           The -- so that is a brief summary of the

10:33:29   6   history of the case.  Mr. -- it was a bit of a mystery

10:33:43   7   to the Court why the case went to trial in the first

10:33:45   8   instance.  I had concerns as to whether Mr. Flint

10:33:48   9   actually believed he was a -- a diplomatic courier, even

10:33:55   10   after the prior events took place where he was informed

10:33:58   11   that his credentials were not recognized by the United

10:34:02   12   States State department, whether he could continued to

10:34:04   13   believe that or whether he was involved in some type of

10:34:11   14   more serious conduct.

10:34:14   15           Mr. Flint has never accepted responsibility

10:34:26   16   except for the letter that he -- that he filed with the

10:34:28   17   Court, through counsel, recently on the 12th of

10:34:35   18   September which, in the letter, Mr. Flint basically

10:34:44   19   claims that he's very sorry for what he did.  He accepts

10:34:51   20   responsibility now.  He was duped by a mentor law

10:34:55   21   professor, Mr. Hampton, and he believed that he was

10:35:00   22   allowed to do all of this.

10:35:01   23           And -- and I guess his defense is that he

10:35:09   24   had a good faith belief that he was not violating any

10:35:13   25   type of security regulation, security law or violation

10:35:20  1   of any other United States regulation concerning

10:35:24  2   diplomatic pouchs or diplomatic couriers.  He in good

10:35:29  3   faith believed that he was authorized to do all of this.

10:35:32  4          So I'll start with Mr. Nicolaysen.  Your --

10:35:42  5   there's an objection that you've raised in reference to

10:35:54  6   the two level increase for --

10:35:57  7          MR. NICOLAYSEN:  Abuse of a position of

10:35:59  8   trust, Your Honor, based on --

          9          THE COURT:  Yes.

10:36:01  10          MR. NICOLAYSEN:  -- status as a lawyer.

10:36:03  11          THE COURT:  Yes.  Go ahead.

10:36:05  12          MR. NICOLAYSEN:  Thank you.

10:36:05  13          Your Honor, the PSR does recommend the two

10:36:07  14   level enhancement.  We addressed this at length in our

10:36:11  15   brief and we cite to relevant portions of the trial

10:36:15  16   transcript in this regard.

10:36:16  17          I referenced the testimony of a

10:36:19  18   Mr. Christopher Kotula, K-o-t-u-l-a, a TSA security

10:36:25  19   officer at O'Hare, whose testimony made clear that the

10:36:28  20   reason Mr. Flint was denied access at O'Hare was their

10:36:33  21   judgment that his documentation was inadequate.  There

10:36:37  22   was nothing in that assessment by O'Hare that related to

10:36:41  23   Mr. Flint's status as an attorney.

10:36:44  24          The same applies to the testimony of Clay,

10:36:51  25   C-l-a-y, Yoksas, Y-o-k-s-a-s, a TSA supervisor at Midway

10:36:55  1    airport, who interacted with Mr. Flint in July 2017 as

10:36:59  2    well.  And once again, in making the assessment on

10:37:02  3    whether or not to let Mr. Flint fly, TSA relied entirely

10:37:08  4    on the documentation that Mr. Flint presented, and there

10:37:12  5    was a fair amount of testimony in that regard.

10:37:14  6            The Government also called -- these are

10:37:16  7    pages 6 and 7 of our papers -- an individual named Raja,

10:37:25  8    R-a-j-a, Wondrasek, W-o-n-d-r-a-s-e-k, a TSA security

10:37:27  9    manager at Midway, who testified about her consultation

10:37:31  10   with her supervisor, Mr. Joe Stone, where they jointly

10:37:35  11   reviewed the documentation that Mr. Flint provided

10:37:39  12   regarding the pouch to determine if Flint met the

10:37:43  13   requirements for diplomatic transport.  And her

10:37:45  14   testimony at length -- and I do quote excerpts of it

10:37:48  15   going on pages 7 and 8 -- make it clear that the thrust

10:37:51  16   of the assessment that TSA was making -- and again, I

10:37:55  17   emphasize the supervisor Mr. Stone weighing in on

10:37:59  18   this -- was whether the documentation presented was or

10:38:02  19   was not adequate.

10:38:03  20           The bottom line is that when we look

10:38:06  21   collectively at the testimony of these three government

10:38:08  22   witnesses, all of them TSA officials, the conclusion is

10:38:13  23   that what drove the decision by TSA to either deny

10:38:17  24   Mr. Flint access at O'Hare or to allow Mr. Flint to

10:38:22  25   bypass screening at Midway was the documentation at

10:38:25  1    issue.

10:38:26  2             Yes, it's true that he did identify himself

10:38:29  3    as a lawyer, but that was incidental and not pivotal to

10:38:34  4    the decisions that TSA made.  They -- they being the TSA

10:38:38  5    officials did not cut Mr. Flint any slack or take any

10:38:41  6    shortcuts in the document assessment process by virtue

10:38:44  7    of his status as an attorney.  And I think that's very

10:38:48  8    important here.

10:38:50  9             In our papers we distinguish the Christensen

10:38:53 10    case.  We do that on pages 9 and 10.  That's an

10:38:56 11    important distinction.  Christensen is a trial that was

10:38:58 12    conducted --

10:38:58 13             THE COURT:  I'm well aware of Christensen.

10:39:01 14    I almost had the case.

10:39:03 15             MR. NICOLAYSEN:  Okay.  Very good.  And I

10:39:04 16    thank the Court for that.

10:39:06 17             So Christensen being a very prominent lawyer

10:39:08 18    in I think Century City, he engaged services of another

10:39:12 19    defendant to illegally wiretap, and the engagement of

10:39:14 20    the illegal services was integral to Christensen's

10:39:17 21    service as a lawyer to his client.  So in the

10:39:21 22    Christensen case the lawyer committed the crime as a

10:39:23 23    fundamental part of his -- of discharging his

10:39:26 24    attorney-client services.

10:39:28 25             That's not the case here.

10:39:29   1          Here, being an attorney was a fact that was

10:39:33   2   incidental and peripheral to the process of presenting

10:39:38   3   documents which TSA determined inadequate, or in one

10:39:42   4   instance TSA accepted.  But in all instances, TSA looked

10:39:47   5   at the document.

10:39:48   6          So there was no abuse of the position of

10:39:49   7   public or private trust in this case, and I would ask

10:39:52   8   that the Court reject that recommended two-level

10:39:55   9   enhancement.

10:39:58   10          The adequacy of the documentation was the

10:39:59   11   sole driving force.  Where that puts us on the guideline

10:40:03   12   table is a base offense level four, a plus two for the

10:40:06   13   enhancement that it's a secure area of the airport.

10:40:09   14          Your Honor, it's not briefed really in our

10:40:13   15   papers, because our papers were filed before Mr. Flint's

10:40:16   16   letter was submitted.  And I realize that going to trial

10:40:19   17   is one of those things that typically does not entitle

10:40:24   18   you to acceptance.  However, as the Court knows, the

10:40:28   19   guidelines do have some flexibility on acceptance in

10:40:30   20   those cases where there is perhaps a unique issue that

10:40:31   21   requires a trial, and so it's a case where going to

10:40:35   22   trial can preserve an issue for appeal or otherwise

10:40:38   23   address a gray area in the law.

10:40:40   24          And that's exactly what we have here.  This

10:40:42   25   statute, in my 35 years, I've never seen it before.

10:40:46   1   Maybe Your Honor hasn't seen it either.  It's an arcane

10:40:51   2   area of the law.

10:40:52   3          My papers note that all of this started on

10:40:55   4   July 25, 2017, when FBI Agent Rebecca Marriott

10:40:59   5   questioned Mr. Flint at LAX.  It started with a CVB, you

10:41:06   6   know, the violations bureau ticket, which is a

10:41:07   7   misdemeanor.  They issued him a misdemeanor ticket to

10:41:11   8   show up before a magistrate in CVB court.  It shows that

10:41:13   9   even the U.S. attorney's office had to revisit this and

10:41:17   10  make an internal decision:  What type of violation or

10:41:21   11  crime do we, the U.S. attorney's office, really feel

10:41:24   12  occurred here?

10:41:24   13         Because unlike obvious crimes like

10:41:26   14  transporting drugs, which is a no-brainer, this is not a

10:41:29   15  no-brainer.  This is an arcane gray area in the law

10:41:32   16  which started as a misdemeanor ticket given to Mr. Flint

10:41:35   17  at LAX after that recorded interview and he just left.

10:41:39   18  He was not arrested at the airport.

10:41:41   19         And when we look at this type of ambiguity

10:41:46   20  and the unique circumstances, Your Honor began the

10:41:49   21  hearing today by very appropriately saying this case is

10:41:52   22  something of a mystery.  Well, much of what makes it a

10:41:55   23  mystery is the uniqueness of the legal standard itself,

10:42:02   24  something we don't routinely visit.  And so --

10:42:03   25         THE COURT:  Mr. Nicolaysen, what's a mystery

| | | |
|---|---|---|
| 10:42:05 | 1 | is your client's conduct. |
| 10:42:07 | 2 | MR. NICOLAYSEN:  Your Honor, I think that in |
| 10:42:08 | 3 | his letter he very properly puts forth in a very |
| 10:42:16 | 4 | vulnerable and very sobering manner his recognition that |
| 10:42:18 | 5 | as an attorney he completely failed.  He had a |
| 10:42:21 | 6 | responsibility to exercise due diligence to do the |
| 10:42:24 | 7 | research to ascertain whether the IHRC -- which is an |
| 10:42:31 | 8 | actual international organization.  It's not a bogus |
| 10:42:35 | 9 | organization -- whether it is or is not recognized by |
| 10:42:38 | 10 | the State Department.  That is a failure on his part. |
| 10:42:42 | 11 | He should have done that due diligence, because not |
| 10:42:44 | 12 | being recognized by the State Department nixes the |
| 10:42:48 | 13 | eligibility for diplomatic status at airports.  So that |
| 10:42:51 | 14 | was a breakdown -- |
| 10:42:52 | 15 | THE COURT:  Mr. Nicolaysen, he was informed |
| 10:42:53 | 16 | when he attempted to enter O'Hare with his fake ID, fake |
| 10:43:05 | 17 | credentials, he was informed that he could not do that |
| 10:43:10 | 18 | because he did not have a diplomatic passport. |
| 10:43:13 | 19 | MR. NICOLAYSEN:  That's right.  They didn't |
| 10:43:15 | 20 | tell him -- |
| 10:43:15 | 21 | THE COURT:  Yeah.  And then -- and then that |
| 10:43:16 | 22 | same day he goes and attempts to acquire entry by going |
| 10:43:23 | 23 | to an airport where he knows -- he knows that the |
| 10:43:27 | 24 | persons the TSA persons there are less sophisticated. |
| 10:43:32 | 25 | MR. NICOLAYSEN:  I'm not sure that's true. |

10:43:34   1          THE COURT:  That's an inference I draw.

10:43:35   2          MR. NICOLAYSEN:  Yeah, I'm not inclined to

10:43:38   3   draw the same --

10:43:39   4          THE COURT:  Well, I draw that.  I'm the

10:43:39   5   judge.  I draw that inference.

10:43:42   6          MR. NICOLAYSEN:  The way I would offer Your

10:43:44   7   Honor the view is TSA should be equally qualified

10:43:48   8   whether they operate at a --

10:43:48   9          THE COURT:  We don't live in a perfect

10:43:50  10   world, sir.

10:43:51  11          MR. NICOLAYSEN:  I mean, if you go to

10:43:53  12   Ontario versus LAX, we should expect the same level of

10:43:57  13   competence between both airports.  I think that's a

10:43:57  14   reasonable expectation.

10:43:58  15          There was no testimony, as I was going

10:44:00  16   through the trial transcripts, by the TSA officials that

10:44:03  17   at O'Hare Mr. Flint was told you're purporting to

10:44:08  18   represent an organization that the State Department

10:44:09  19   doesn't recognize.  That came later during the interview

10:44:12  20   with the FBI, I believe.  But not at O'Hare.  Or that

10:44:14  21   your documents are fake.

10:44:16  22          Your Honor's right.  Mr. Flint was told,

10:44:18  23   "You don't have the required diplomatic passport."

10:44:21  24   That's what they told him.

10:44:23  25          But, now, should he have gone and researched

10:44:25   1   that issue?  I say he should have done it.  That's the

10:44:29   2   failure on his part to do due diligence.

10:44:32   3          But he's not talking to someone who's an

10:44:34   4   expert in the field.  He's simply failing to stop and do

10:44:39   5   the research.  So he goes to another airport to see if

10:44:43   6   the TSA officials there have the same view.  And they

10:44:45   7   did not.  And they looked at the documents and felt that

10:44:48   8   it was adequate and they let him go.

10:44:49   9          I don't think he was looking for a lower

10:44:52   10  caliber of TSA.  I think he was simply presenting it to

10:44:55   11  get to another airport to see if they had the same

10:44:59   12  opinion.  But at same time -- and what he's expressing

10:45:03   13  so clearly, and in a way that's very I think really

10:45:06   14  reflects very well on him, after the trial has been

10:45:09   15  done, is that he had responsibilities as an attorney.

10:45:13   16  You can't lack this level of inquiry as an attorney and

10:45:17   17  expect that you will be excused when you simply make

10:45:22   18  this kind of mistake.

10:45:23   19          You have research duties.  You have duties

10:45:26   20  of inquiry.  That's why we are licensed professionals.

10:45:29   21  And there are, Your Honor, collateral consequences that

10:45:32   22  he faces as the result of this experience, which I do

10:45:35   23  ask Your Honor to weigh.

10:45:37   24          He's licensed in Michigan, in North

10:45:39   25  Carolina.  He has active law practices.  He's respected.

10:45:44   1   And when Mr. Flint addresses Your Honor momentarily, he

10:45:47   2   will tell you that in his law practice, as he represents

10:45:50   3   clients, he's very scrupulous and very analytical in the

10:45:54   4   way he does his work, but he failed to do that here.

10:45:57   5         One of the other things I would like to

10:46:01   6   emphasize though about Mr. Flint's engagement with TSA

10:46:04   7   and the FBI, he was very clear that this was cash.  This

10:46:07   8   is not a case where there was ever any risk that

10:46:10   9   passenger or crew were ever placed in jeopardy.  He knew

10:46:14  10   exactly what was in the pouch.  It was in the letter

10:46:16  11   presented to TSA.  He told the FBI during the interview

10:46:20  12   it's cash.  And so we're talking about a situation here

10:46:23  13   where there's no threat of safety to anybody, and there

10:46:27  14   is a question as to what the cash is ultimately to be

10:46:31  15   used for.

10:46:32  16         Could Mr. Flint have done further inquiry in

10:46:35  17   that regard?  Probably.  But there was nothing on his

10:46:38  18   face that would suggest that any other federal crime was

10:46:40  19   being committed.

10:46:41  20         And one of the points I emphasize in my

10:46:44  21   papers is that the guideline here, 2B2.3, contains a

10:46:51  22   cross referencing section in it that says, in essence,

10:46:56  23   if this offense was committed to further the commission

10:47:00  24   of another felony offense then go to that guideline.

10:47:04  25         The Government has never argued it.  And

10:47:07  1   they shouldn't argue it because -- and the probation

10:47:10  2   office has never suggested that the cross referencing

10:47:12  3   guideline should be used because there's no basis to use

10:47:16  4   it.

10:47:16  5          So what that tells us is this is a

10:47:18  6   conviction for an arcane and almost never seen statute

10:47:24  7   that raises questions as to what really did happen here:

10:47:30  8   A clear failure by a licensed attorney to do his

10:47:33  9   homework.  No doubt about that.

10:47:35  10         He sustains a conviction for which there

10:47:39  11  will be collateral consequences that will significantly

10:47:42  12  impact the rest of his professional life.  Hopefully, he

10:47:45  13  won't have his licenses revoked.  But after the

10:47:48  14  completion of this federal criminal proceeding, he faces

10:47:54  15  disciplinary hearings.  And I think that that's

10:47:56  16  something that clearly should be weighed in the mix.

10:47:59  17  But he should be sentenced only for the crime for which

10:48:01  18  he was convicted, not for any other suggested offense

10:48:04  19  that someone might think was being done, because there

10:48:08  20  was no evidence of such and because the Government has

10:48:12  21  never asked that the cross referencing guideline be

10:48:16  22  used.  And I think that weighs very favorably to

10:48:19  23  Mr. Flint.  When we see the range of 0 to 6, this is not

10:48:22  24  a case that warrants a variance.

10:48:26  25         There is no other felony offense that is

10:48:28   1   being cross referenced.  There was never ever any danger

10:48:31   2   to passengers and crew.  This is not an abuse of trust

10:48:36   3   where a licensed attorney is manipulating TSA to give

10:48:40   4   him a break, because they didn't give him a break based

10:48:44   5   on his status.  They looked at the documents.  One

10:48:46   6   airport said yes, the other airport said no.

10:48:50   7           Now, in this case, Your Honor, as it began

10:48:52   8   with a CBB misdemeanor and ultimately was internally

10:48:57   9   reviewed by the U.S. attorney and they decided to file

10:48:59   10  this case, we see in the bigger picture an individual,

10:49:03   11  who in all other respects, has enormous support and

10:49:11   12  affection and respect from a wide range of family and

10:49:13   13  friends.  And we've seen that in the many letters that

10:49:15   14  were submitted.  His father is here from Michigan.

10:49:18   15          We see in his full compliance with bond for

10:49:21   16  the past two years.  Excellent conduct.  Long distance

10:49:26   17  too.  I mean, this is someone who is in North Carolina

10:49:27   18  but is fully aware he has accountability to the Court in

10:49:31   19  Los Angeles, and has complied to the letter with every

10:49:34   20  condition of pretrial release.  And what that tells us

10:49:38   21  is that this incident, regrettable as it is, is an

10:49:44   22  aberration.  It is not indicative of his fundamental

10:49:48   23  character.  In fact, quite to the contrary.

10:49:51   24          The letters speak to his character as a good

10:49:54   25  human being, a generous human being, and someone who

| | | |
|---|---|---|
| 10:49:56 | 1 | even went to the lengths, in our papers, to tell his |
| 10:50:00 | 2 | family and family friends that he had received this |
| 10:50:02 | 3 | quote-unquote diplomatic appointment. |
| 10:50:07 | 4 | Now that's -- it's an interesting part of |
| 10:50:08 | 5 | the story in this case.  And we see on pages 27 through |
| 10:50:13 | 6 | 30 that the letters submitted by Mr. Creagh, |
| 10:50:19 | 7 | C-r-e-a-g-h, and by my client's mother, Gayle Flint, |
| 10:50:26 | 8 | G-a-y-l-e, show that -- and by another gentleman. |
| 10:50:30 | 9 | MR. YANNIELLO:  I apologize for |
| 10:50:31 | 10 | interrupting.  But I believe your specific question to |
| 10:50:33 | 11 | Counsel was with respect to the two-level enhancement |
| 10:50:36 | 12 | for -- |
| 10:50:37 | 13 | MR. NICOLAYSEN:  May I go into 3553 -- |
| 10:50:40 | 14 | THE COURT:  Yeah, I think -- I think you, |
| 10:50:41 | 15 | Mr. Nicolaysen, you need to -- you need to conclude. |
| 10:50:45 | 16 | So feel free.  But let's -- |
| 10:50:47 | 17 | MR. NICOLAYSEN:  I thought it might just |
| 10:50:48 | 18 | save time if I do the 3553 together.  Shall we do it one |
| 10:50:52 | 19 | step at a time, Your Honor, or may I complete |
| 10:50:56 | 20 | discussion? |
| 10:50:57 | 21 | THE COURT:  No.  I think you need to cover |
| 10:51:00 | 22 | all issues, but you need to conclude shortly. |
| 10:51:03 | 23 | MR. NICOLAYSEN:  Thank you. |
| 10:51:03 | 24 | So we see in the brief the letters point out |
| 10:51:05 | 25 | that my client openly disclosed -- |

10:51:07   1          THE COURT:  I have read all of your
10:51:10   2   pleadings.
10:51:10   3          MR. NICOLAYSEN:  And it raises -- I think
10:51:13   4   just that fact alone raises important questions as to
10:51:16   5   what my client generally believed at the time he
10:51:19   6   undertook the activities in this case, because generally
10:51:22   7   one does not enthusiastically tell family and close
10:51:27   8   friends about a new venture if they believe in their
10:51:29   9   heart of hearts that what they're doing is a crime.  And
10:51:33  10   I think it just once again reflects the ambiguity of the
10:51:36  11   situation and brings us back to the unfortunate fact
10:51:41  12   that he failed to do due diligence but in many other
10:51:47  13   ways, as the letters show, this is an individual
10:51:49  14   anchored in moral values with a very, very good
10:51:52  15   upbringing and someone who will succeed on probation.
10:51:55  16   And I do ask Your Honor that that be the sentence.
10:51:58  17          THE COURT:  There's certain conduct here
10:52:01  18   that's a bit mysterious.  We have him carrying --
10:52:07  19   claiming to be a diplomatic courier authorized to carry
10:52:13  20   a diplomatic pouch, and in the diplomatic pouch there's
10:52:18  21   $148,000 and change in paper bags of some sort, which I
10:52:27  22   would think would be inconsistent from a lay person's
10:52:33  23   perspective as to how an official diplomatic courier
10:52:36  24   would be carrying cash.
10:52:38  25          Separate and apart from that, when he's --

10:52:40  1    back in 2016, he's stopped by the sheriff's department

10:52:44  2    and claims at that time to be a diplomatic -- have

10:52:49  3    diplomatic immunity and not subject to arrest when he's

10:52:53  4    stopped by the sheriff's department.  And in his

10:52:57  5    backpack he's found with $8,000 in currency located in

10:53:01  6    the vehicle.  So there's something amiss here.

10:53:04  7            I would suggest that the Court cannot place

10:53:06  8    any weight on that because that's not sufficient

10:53:10  9    evidence before the Court.  But there's something going

10:53:12  10   on with your client and I'm -- I have some significant

10:53:20  11   concerns here regarding Mr. Flint.

10:53:22  12           But let me hear from the Government.

10:53:24  13           MR. YANNIELLO:  Yes, Your Honor.

10:53:25  14           So the two points, I'm going to address the

10:53:27  15   Court's first point whether or not the two-level

10:53:30  16   enhancement for breach of specialized -- use of

10:53:34  17   specialized skills applies.  That enhancement applies

10:53:35  18   when the defendant uses specialized skills in a manner

10:53:38  19   that significantly facilitated the commission or

10:53:43  20   concealment of the offense.  Here, that standard is

10:53:45  21   clearly met.

10:53:46  22           When Mr. Flint approached TSA, he handed him

10:53:53  23   his Bar card.  What purpose is there?  They're not

10:53:54  24   required to see a Bar card.  He handed them that Bar

10:53:57  25   card because on his fake, phoney diplomatic credentials

| | | |
|---|---|---|
| 10:54:01 | 1 | he represented that he was legal counsel and diplomatic |
| 10:54:04 | 2 | courier.  So his status as an attorney was fundamental |
| 10:54:10 | 3 | to the execution of this fraud.  By merely representing |
| 10:54:12 | 4 | and showing his Bar card, which was a bona fide |
| 10:54:14 | 5 | credential, he kind of gave -- he gave himself an air of |
| 10:54:18 | 6 | credibility. |
| 10:54:18 | 7 | And the Government submitted a response last |
| 10:54:20 | 8 | week, and I believe the Court may have mentioned it. |
| 10:54:24 | 9 | But that was contained in Docket 165, and the Government |
| 10:54:27 | 10 | cited other cases in addition to the Christensen case. |
| 10:54:33 | 11 | And one of those is an 8th Circuit case, United States |
| 10:54:38 | 12 | versus Fitzhugh, and the Court reasoned there that the |
| 10:54:41 | 13 | status as an attorney gave a presumption of regularity |
| 10:54:46 | 14 | to the conduct.  And that is exactly what happened here. |
| 10:54:49 | 15 | He was able to dupe these TSA officers to |
| 10:54:52 | 16 | trick them into believing that he was a real diplomat |
| 10:54:55 | 17 | and to carry in an unscreened bag through airport |
| 10:54:58 | 18 | security because he shrouded his -- he shrouded the |
| 10:55:01 | 19 | fraud in legitimacy. |
| 10:55:03 | 20 | I would also note that he also was able to |
| 10:55:04 | 21 | conceal the fraud.  When the FBI was asking him |
| 10:55:08 | 22 | questions during the interview, he repeatedly said:  I |
| 10:55:11 | 23 | can't disclose that.  I can't disclose what I was doing. |
| 10:55:14 | 24 | That's attorney-client privilege. |
| 10:55:15 | 25 | So for the other reasons the Government |

| | | |
|---|---|---|
| 10:55:17 | 1 | would submit that the two-level enhancement should |
| 10:55:20 | 2 | apply. |
| 10:55:21 | 3 | And just briefly, Your Honor, with respect |
| 10:55:24 | 4 | to the 3553(a) factors the Government's two pleadings I |
| 10:55:29 | 5 | think sufficiently outline the -- the conduct that |
| 10:55:32 | 6 | really raises the level of this and shows why the |
| 10:55:35 | 7 | defendant should be sentenced to a 14-month sentence. |
| 10:55:39 | 8 | He repeatedly used his skills as an attorney.  Although |
| 10:55:44 | 9 | he, in the letter provided to the Court, he claims that |
| 10:55:47 | 10 | he acted in good faith on research he received, that's |
| 10:55:51 | 11 | contradicted by the facts in the record.  He told the |
| 10:55:54 | 12 | FBI during the interview, "I researched based on my |
| 10:55:57 | 13 | research."  He said he had researched it. |
| 10:56:02 | 14 | He also -- as the Court noted, he had |
| 10:56:05 | 15 | previously claimed to a sheriff's deputy in September of |
| 10:56:08 | 16 | 2016 that he had diplomatic privileges, and he ended up |
| 10:56:12 | 17 | being convicted of one of those misdemeanor counts.  The |
| 10:56:16 | 18 | defendant knew he wasn't a diplomatic. |
| 10:56:18 | 19 | I would also just note one last thing, Your |
| 10:56:20 | 20 | Honor, that in August of 2016 -- and there was |
| 10:56:23 | 21 | substantial litigation about this, whether or not a |
| 10:56:26 | 22 | seizure from Mr. Hampton of $170,000 at Atlanta airport |
| 10:56:33 | 23 | would come into evidence at trial.  The Court reasoned |
| 10:56:36 | 24 | that it should shouldn't.  It did not grant the |
| 10:56:38 | 25 | Government's motion on that point. |

10:56:39  1          But I would note that defendant was listed

10:56:43  2     on those -- on the courier letter that Mr. Hampton was

10:56:47  3     carrying, defendant was listed as the general counsel.

10:56:50  4     If there is any inquiry, please contact Daniel Flint,

10:56:54  5     the general counsel.  And so the Government submits the

10:56:57  6     defendant was well aware he was not a diplomat,

10:56:59  7     Mr. Hampton was not a diplomat, and they intentionally

10:57:03  8     found a weakness and exploited it in airport security.

10:57:07  9          MR. NICOLAYSEN:  Your Honor, if I may

10:57:08  10    respond.  With regard to the Hampton matter, which is

10:57:10  11    referenced in a footnote in the PSR, and Government

10:57:11  12    counsel just alluded to it, the Hampton matter resulted

10:57:15  13    in the U.S. Government, specifically Customs and Border

10:57:20  14    Control, sending a letter -- and I have it here.  I just

10:57:22  15    got it -- May 29, 2019, just a few months ago, to an

10:57:28  16    attorney I believe for Hampton, stating that the

10:57:29  17    Government has assessed the claim.  And that was the

10:57:31  18    incident in which Hampton was intercepted and money was

10:57:34  19    seized.  And the Government, quote, has decided not to

10:57:37  20    initiate a judicial -- civil judicial forfeiture period,

10:57:42  21    therefore, the property will be remitted to your client,

10:57:45  22    period, unquote.

10:57:45  23          And so that is a case where the proceedings

10:57:48  24    were contradictory to the events of this case in terms

10:57:52  25    of their outcome where the U.S. Government made a

| | | |
|---|---|---|
| 10:57:54 | 1 | decision based on the same circumstances: Interception. |
| 10:57:59 | 2 | Diplomatic documents shown, presumably.  Money seized |
| 10:58:02 | 3 | and then later returned without any civil forfeiture |
| 10:58:07 | 4 | action happening. |
| 10:58:08 | 5 | And what that reminds us of is that there is |
| 10:58:12 | 6 | a lack of consistency in the treatment of these types of |
| 10:58:17 | 7 | these cases that does not in any way undermine the |
| 10:58:21 | 8 | validity of the conviction, but does weigh under 3553 as |
| 10:58:26 | 9 | a mitigating factor. |
| 10:58:27 | 10 | When it comes to the research issue, |
| 10:58:30 | 11 | Government counsel noted that in the interview with the |
| 10:58:34 | 12 | FBI, Mr. Flint said "I did research."  And that's right. |
| 10:58:37 | 13 | He did say that.  He found the Vienna Convention, just |
| 10:58:42 | 14 | to give an example -- |
| 10:58:43 | 15 | THE COURT:  Is it -- are you claiming that |
| 10:58:44 | 16 | he had a good faith belief that he was a diplomatic |
| 10:58:47 | 17 | courier, is that your argument? |
| 10:58:49 | 18 | MR. NICOLAYSEN:  Good faith belief is a term |
| 10:58:50 | 19 | of art that -- |
| 10:58:51 | 20 | THE COURT:  Mr. Nicolaysen -- |
| 10:58:52 | 21 | MR. NICOLAYSEN:  It is not. |
| 10:58:53 | 22 | THE COURT:  -- just answer the question, |
| 10:58:54 | 23 | please. |
| | 24 | MR. NICOLAYSEN:  He -- |
| 10:58:55 | 25 | THE COURT:  Is that your claim? |

10:58:56  1          MR. NICOLAYSEN:  He believed.  Good faith
10:58:58  2  would be whether it's a -- it's not a legal defense.
10:59:01  3  It's not a legal defense to liability as it would be to
10:59:04  4  certain frauds and to tax cases.  So it's not good faith
10:59:08  5  belief in the defense to liability --
10:59:08  6          THE COURT:  But he's arrested in 2016,
10:59:10  7  claims to be immune from prosecution, is prosecuted.
10:59:17  8          MR. NICOLAYSEN:  2017, Your Honor?
10:59:19  9          THE COURT:  So what -- how do you say --
10:59:22  10          MR. YANNIELLO:  You're right, Your Honor.
10:59:23  11  You're referencing the Michigan --
          12          THE COURT:  Yes.
10:59:24  13          MR. YANNIELLO:  -- misdemeanor.
10:59:25  14          That would be September 2016.
10:59:27  15          MR. NICOLAYSEN:  We're talking about the
10:59:28  16  traffic situation?
10:59:29  17          THE COURT:  Yes.
10:59:30  18          MR. NICOLAYSEN:  But that --
10:59:31  19          THE COURT:  It appears that he's been
10:59:32  20  perpetrating a fraud for a number of years.
10:59:34  21          MR. NICOLAYSEN:  I don't think so.  He was
10:59:36  22  not arrested at the traffic stop for anything related to
10:59:38  23  the diplomatic status.  He did make a representation to
10:59:41  24  the traffic officer, but he was arrested for expired
10:59:45  25  registration tags, which were resolved by the payment of

10:59:48   1   a fine.  And there was no assessment on the merits as to

10:59:51   2   whether or not his assertion of diplomatic status had

10:59:55   3   any validity.

10:59:57   4           THE COURT:  Final comments, Mr. Nicolaysen.

10:59:59   5           MR. NICOLAYSEN:  Right.  So what we have,

11:00:00   6   for example, when my client stated to the agent at the

11:00:02   7   airport that he did research, he researched to the

11:00:06   8   extent of the Vienna Convention.  But again, he failed

11:00:07   9   to do research level adequacy that the Vienna Convention

11:00:13   10  was not adopted by the United States.  It was not a

11:00:15   11  proper reference or citation by Mr. Flint.

11:00:18   12          This is an example of failure as a lawyer he

11:00:21   13  did not do the due diligence that he should have done.

11:00:24   14  And I close by asking the Court to stay within the

11:00:27   15  parameters of the offense for which he was convicted.

11:00:30   16  He was not convicted for a fraud per se or for any type

11:00:33   17  of trafficking or anything that might be suggested.

11:00:37   18  There is no evidence of any of that.  He is charged with

11:00:40   19  an offense for which the range is 0 to 6, whether the

11:00:43   20  two levels for special abuse of position is or isn't

11:00:48   21  imposed, it is the same range.

11:00:50   22          Your Honor, my client is an active attorney.

11:00:53   23  He has an active practice.  He's going to lose his

11:00:56   24  license, in all expectations.  And I do ask that the

11:01:00   25  Court factor the collateral consequences.

| | |
|---|---|
| 11:01:02 | 1 |
| 11:01:06 | 2 |
| 11:01:09 | 3 |
| 11:01:12 | 4 |
| 11:01:15 | 5 |
| 11:01:18 | 6 |
| 11:01:23 | 7 |
| 11:01:26 | 8 |
| 11:01:31 | 9 |
| 11:01:34 | 10 |
| 11:01:37 | 11 |
| 11:01:40 | 12 |
| 11:01:43 | 13 |
| 11:01:46 | 14 |
| 11:01:49 | 15 |
| 11:01:52 | 16 |
| 11:01:55 | 17 |
| 11:01:57 | 18 |
| 11:02:04 | 19 |
| 11:02:10 | 20 |
| 11:02:12 | 21 |
| 11:02:14 | 22 |
| 11:02:19 | 23 |
| 11:02:26 | 24 |
| 11:02:27 | 25 |

THE COURT:  Mr. Flint.

THE DEFENDANT:  I mean, this has by far been the hardest thing that has ever happened to me in my entire life.  Listening to Your Honor tell me that, it's clear that you don't believe I had a good faith belief. But I did.  And I know now, looking back at it, that it doesn't look that way.  But it was.  I trusted Doug Hampton literally with every being in my soul.  And Doug Hampton and Robert Shumake told me that this was legitimate and that I was legitimate.

When I told the police officer and when I got pulled over for no insurance that I had diplomatic immunity, it's because I thought I did.  That's when I found out that you don't have diplomatic immunity for laws in your own country.  And that's why I didn't claim to have diplomatic immunity the next time I got stopped by the FBI.  And that's very clear in the record.

I did believe that it was legitimate. Doug -- I don't know why I believed it, but I did. Even -- I mean, I don't even -- I don't -- I can't explain it.

I mean, I do recognize my failures.  I should have researched what Doug Hampton gave to me and what he told me, and I didn't.  I didn't research it on my own.  I, for whatever reason, felt that that was good

11:02:31  1   enough research.  But I -- I recognize that.  And I am

11:02:35  2   sorry that I didn't see all this before.  And I do feel

11:02:42  3   like I failed everybody.

11:02:44  4           I feel like I failed my father, who is a man

11:02:47  5   of integrity.  And I feel like -- I wish the Court knew

11:02:54  6   that I'm telling the truth.  And I'm sorry that you

11:02:59  7   don't.  But that is the truth.

11:03:07  8           I'm sorry.  I don't have anything further.

11:03:13  9           THE COURT:  In reference to the objection to

11:03:15  10  the two-level enhancement for abuse of trust, I think

11:03:19  11  the -- the Court presided over the case, and the

11:03:24  12  evidence was clear that the defendant facilitated his

11:03:28  13  fraud by not only presenting TSA with several fraudulent

11:03:35  14  diplomatic documents, one that he self-laminated

11:03:40  15  himself.  But separate and apart from that, the

11:03:43  16  defendant attempted to further bolster his false claim

11:03:48  17  by identifying himself both as a diplomat and as an

11:03:51  18  attorney and presenting his Bar card, which again

11:03:55  19  facilitated the fraud on to TSA.  So the Court would

11:03:58  20  conclude that the two-level enhancement applies.

11:04:02  21          The -- I agree.  This -- sir, you are

11:04:09  22  engaging in some serious, serious conduct: attempting to

11:04:16  23  poke holes or find weaknesses in TSA security fence, a

11:04:23  24  security that protects all of us.  These are important

11:04:25  25  issues and important matters, and I don't believe your

| | | |
|---|---|---|
| 11:04:32 | 1 | claim that you didn't know.  You knew. |
| 11:04:34 | 2 | For whatever reason, you chose to -- you |
| 11:04:40 | 3 | chose to continue in your conduct probably because of |
| 11:04:43 | 4 | financial gain.  It's pretty obvious to the Court that |
| 11:04:48 | 5 | this is not the way most people would expect diplomatic |
| 11:04:52 | 6 | couriers to operate.  Carrying loose cash in plastic |
| 11:04:59 | 7 | bags doesn't make sense. |
| 11:05:04 | 8 | And so the Court is also going to apply the |
| 11:05:07 | 9 | three-level variance, for the reasons articulated by the |
| 11:05:12 | 10 | probation officer and the Government in their pleadings. |
| 11:05:15 | 11 | The -- and then the question becomes the |
| 11:05:27 | 12 | appropriate sentence in the case and whether custody is |
| 11:05:40 | 13 | in order here.  I -- I -- I at times thought that there |
| 11:05:45 | 14 | was some mental health issues involving yourself.  But |
| 11:05:50 | 15 | apparently not.  Apparently, your claim is simply that |
| 11:05:55 | 16 | you relied on the testimony, the information provided by |
| 11:06:04 | 17 | a mentor of yours, a law professor, who shouldn't be -- |
| 11:06:08 | 18 | hopefully that person is no longer associated with a law |
| 11:06:11 | 19 | school on it. |
| 11:06:12 | 20 | The Court is going to apply a three-level |
| 11:06:20 | 21 | variance in that changes the total offense level to 11. |
| 11:06:24 | 22 | The criminal history is I.  The guideline range is 8 to |
| 11:06:30 | 23 | 14 months. |
| 11:06:31 | 24 | I have some serious concerns about you, sir, |
| 11:06:37 | 25 | and so the Court is going to sentence you as follows: |

| | | |
|---|---|---|
| 11:06:40 | 1 | It is ordered that you shall pay a special |
| 11:06:42 | 2 | assessment of $100 due immediately.  Unpaid balance |
| 11:06:45 | 3 | shall be paid during the period of imprisonment at the |
| 11:06:47 | 4 | rate of no less than $25 per quarter.  Fines are waived. |
| 11:06:51 | 5 | You do not have the ability to pay a fine. |
| 11:06:53 | 6 | Apparently you have a significant amount of |
| 11:06:56 | 7 | student loan debt that remains. |
| 11:06:58 | 8 | Pursuant to the Sentencing Reform Act of |
| 11:07:00 | 9 | 1984, it's the judgment of the Court that the defendant, |
| 11:07:02 | 10 | Mr. Flint, is hereby committed on Count I of the |
| 11:07:04 | 11 | Indictment to the custody of Bureau of Prisons to be |
| 11:07:06 | 12 | imprisoned for a term of 14 months. |
| 11:07:08 | 13 | Upon release from imprisonment, the |
| 11:07:10 | 14 | defendant shall be placed on supervised release for a |
| 11:07:12 | 15 | term of three years under the following terms and |
| 11:07:15 | 16 | conditions: |
| 11:07:16 | 17 | He shall comply with rules and regulations |
| 11:07:19 | 18 | of the U.S. Probation Office and Pretrial Services and |
| 11:07:22 | 19 | General Order 18-10. |
| 11:07:22 | 20 | He shall not commit any violation of local, |
| 11:07:25 | 21 | state, federal law ordinance.  Refrain from unlawful use |
| 11:07:29 | 22 | of a controlled substance. |
| 11:07:30 | 23 | This is being imposed because of the |
| 11:07:32 | 24 | defendant's prior history involving alcohol abuse. |
| 11:07:38 | 25 | The -- he shall submit to one test, |

| | | |
|---|---|---|
| 11:07:43 | 1 | including a breathalyzer test within 15 days of release |
| 11:07:47 | 2 | and at least two periodic drug tests, not to exceed |
| 11:07:49 | 3 | eight tests per month. |
| 11:07:50 | 4 | The defendant shall pay the special |
| 11:07:53 | 5 | assessment in accordance with the judgment and orders of |
| 11:07:53 | 6 | the Court. |
| 11:07:54 | 7 | When not employed in any position that |
| 11:07:56 | 8 | requires -- he shall not be employed in any position |
| 11:07:59 | 9 | that requires licensing and/or certification by any |
| 11:08:02 | 10 | local, state or federal agency without prior written |
| 11:08:04 | 11 | approval of the probation officer. |
| 11:08:06 | 12 | He shall cooperate in the collection of a |
| 11:08:09 | 13 | DNA sample. |
| 11:08:11 | 14 | The -- in sentencing the defendant, the |
| 11:08:14 | 15 | Court has taken into consideration the 3553 factors.  He |
| 11:08:21 | 16 | is a lawyer, licensed to practice in two states.  He, |
| 11:08:28 | 17 | from the Court's perspective, knew exactly what he was |
| 11:08:32 | 18 | doing:  Attempting to use his level of understanding and |
| 11:08:35 | 19 | expertise as a lawyer to circumvent TSA guidelines and |
| 11:08:41 | 20 | criminal statutes. |
| 11:08:42 | 21 | The -- the offense is serious.  The |
| 11:08:48 | 22 | defendant attempted to board a flight at O'Hare |
| 11:08:51 | 23 | International.  He told officials at the TSA checkpoint |
| 11:08:56 | 24 | that he was an attorney and diplomat.  In the Court's |
| 11:08:59 | 25 | view, he knew he was not a diplomat.  And he presented |

11:09:03  1    his Michigan Bar card in false diplomatic credentials in

11:09:08  2    order to bolster or enhance entry into secured areas.

11:09:12  3            He also further stated that his diplomatic

11:09:16  4    pouch was not subject to TSA screening.  The Court

11:09:19  5    concludes, based on all of the evidence that I heard at

11:09:23  6    trial, that he knew otherwise.

11:09:25  7            The Court would also conclude that there are

11:09:33  8    other serious issues that are presented in this case,

11:09:38  9    including issues to the general public.

11:09:40  10           The defendant engaged in activity that

11:09:46  11   raises significant national security concerns.  The

11:09:49  12   defendant, along with others, developed a scheme to

11:09:51  13   exploit the weaknesses in TSA screening and airport

11:09:58  14   security to smuggle large amounts of cash through TSA

11:10:04  15   checkpoints.

11:10:05  16           The Court would conclude that a sentence of

11:10:09  17   14 months is required to achieve respect for the law, to

11:10:12  18   deter this defendant from committing the conduct going

11:10:14  19   forward, and to deter others from -- from committing

11:10:18  20   this type of conduct going forward.

11:10:20  21           The Court is also concerned that the

11:10:22  22   defendant presents a risk of flight, in light of his

11:10:26  23   sophistication as a lawyer, his prior history of using

11:10:33  24   claims of a diplomatic immunity to secure entries or

11:10:37  25   entryway into secured areas.  So the Court is going to

11:10:40 1 remand him to the custody of the United States Marshal

11:10:43 2 forthwith.

11:10:44 3     MR. NICOLAYSEN:  We were -- Your Honor, we

11:10:45 4 would be ask -- may I be heard on that?

11:10:47 5     THE COURT:  Yes, you can be heard.

11:10:48 6     MR. NICOLAYSEN:  He has an active law

11:10:50 7 practice.  He has pending cases for clients.  He needs

11:10:52 8 to unwind his practice.  And we do need a period of time

11:10:56 9 for that transition, Your Honor, and we would

11:10:58 10 respectfully ask for that.

11:10:59 11     I was going to ask if Your Honor would

11:11:01 12 consider January of 2020 so that he can use the

11:11:05 13 remainder of his calendar year to reassign his clients

11:11:08 14 to other attorneys and fulfill his ethical

11:11:13 15 responsibilities on pending matters.

11:11:15 16     THE COURT:  He had quite a bit of time to

11:11:18 17 already unwind his practice and prepare for the possible

11:11:22 18 consequence of incarceration.  The Court is going to

11:11:25 19 deny the request.  He's remanded forthwith.

11:11:39 20     Oh, you have a right to appeal your sentence

11:11:41 21 if you believe your sentence is contrary to law.  With

11:11:43 22 few exceptions, your notice of appeal must be filed

11:11:48 23 within 14 days from today's date.

11:11:48 24     MR. NICOLAYSEN:  Your Honor, bond

11:11:49 25 exonerated?

| | | |
|---|---|---|
| 11:11:50 | 1 | THE COURT:  Yes, bond is exonerated. |
| 11:11:54 | 2 | MR. YANNIELLO:  Thank you, Your Honor. |
| | 3 | (PROCEEDINGS CONCLUDED.) |

```
 1

 2

 3                  CERTIFICATE OF OFFICIAL REPORTER

 4

 5    COUNTY OF LOS          )
      ANGELES                )
 6                           )
      STATE OF
 7    CALIFORNIA

 8    I, SHERI S. KLEEGER, FEDERAL OFFICIAL COURT REPORTER, in

 9    and for the United States District Court for the Central

10    District of California, do hereby certify that pursuant

11    to Section 753, Title 28, United States Code that the

12    foregoing is a true and correct transcript of the

13    stenographically reported proceedings held in the

14    above-entitled matter and that the transcript page

15    format is in conformance with the regulations of the

16    Judicial Conference of the United States.

17

18    Date:  February 7, 2020

19

20

21

22            _/S/ SHERI S. KLEEGER_____

23            Sheri S. Kleeger, CSR No. 10340

24            Federal Official Court Reporter

25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## $

**$100** [1] - 36:2
**$148,000** [1] - 25:21
**$148,145** [1] - 11:21
**$170,000** [1] - 28:22
**$25** [1] - 36:4
**$8,000** [1] - 26:5

## /

**/S** [1] - 41:22

## 0

**0** [2] - 22:23, 32:19

## 1

**10** [1] - 15:10
**10340** [2] - 1:22, 41:23
**10:18** [2] - 1:16, 3:2
**11** [2] - 8:11, 35:21
**12th** [2] - 7:17, 12:17
**14** [6] - 8:12, 8:14, 35:23, 36:12, 38:17, 39:23
**14-month** [1] - 28:7
**15** [1] - 37:1
**16** [2] - 1:15, 3:1
**164** [1] - 6:14
**165** [1] - 27:9
**17-00697** [1] - 1:8
**18-10** [1] - 36:19
**1984** [1] - 36:9
**1ST** [1] - 1:23

## 2

**20** [1] - 9:13
**200** [1] - 2:14
**2016** [5] - 26:1, 28:16, 28:20, 31:6, 31:14
**2017** [4] - 9:14, 14:1, 17:4, 31:8
**2018** [1] - 6:7
**2019** [4] - 1:15, 3:1, 6:11, 29:15
**2020** [2] - 39:12, 41:18
**213** [1] - 2:10
**24** [1] - 6:11
**25** [1] - 17:4
**27** [2] - 6:7, 24:5

**27240** [1] - 2:13
**28** [1] - 41:11
**29** [1] - 29:15
**2B2.3** [1] - 21:21

## 3

**30** [1] - 24:6
**312** [1] - 2:9
**35** [1] - 16:25
**350** [1] - 1:23
**3553** [4] - 24:13, 24:18, 30:8, 37:15
**3553(a** [1] - 28:4

## 4

**4455** [1] - 1:23

## 5

**5** [1] - 3:5

## 6

**6** [3] - 14:7, 22:23, 32:19

## 7

**7** [3] - 14:7, 14:15, 41:18
**753** [1] - 41:11

## 8

**8** [3] - 8:12, 14:15, 35:22
**818** [1] - 2:15
**894-2434** [1] - 2:10
**8th** [1] - 27:11

## 9

**9** [1] - 15:10
**9-millisecond** [1] - 5:6
**90012** [1] - 2:10
**90012-4565** [1] - 1:24
**91355** [1] - 2:14
**970-7247** [1] - 2:15
**9th** [2] - 6:14, 6:15

## A

**A.M** [2] - 1:16, 3:2
**aberration** [1] - 23:22
**ability** [1] - 36:5
**able** [3] - 11:13, 27:15, 27:20
**above-entitled** [1] - 41:14
**abuse** [7] - 7:4, 13:7, 16:6, 23:2, 32:20, 34:10, 36:24
**acceptance** [2] - 16:18, 16:19
**accepted** [2] - 12:15, 16:4
**accepts** [1] - 12:19
**access** [2] - 13:20, 14:24
**accordance** [1] - 37:5
**accountability** [1] - 23:18
**achieve** [1] - 38:17
**acknowledge** [1] - 7:11
**acquire** [1] - 18:22
**Act** [1] - 36:8
**acted** [1] - 28:10
**action** [1] - 30:4
**active** [4] - 20:25, 32:22, 32:23, 39:6
**activities** [1] - 25:6
**activity** [1] - 38:10
**actual** [1] - 18:8
**addendum** [4] - 6:9, 6:11, 6:13, 6:21
**addition** [1] - 27:10
**address** [2] - 16:23, 26:14
**addressed** [1] - 13:14
**addresses** [1] - 21:1
**adequacy** [2] - 16:10, 32:9
**adequate** [2] - 14:19, 20:8
**adjustment** [1] - 7:7
**adjustments** [1] - 8:3
**adopted** [1] - 32:10
**affection** [1] - 23:12
**Africa** [1] - 10:15
**agency** [2] - 10:10, 37:10
**agent** [3] - 3:12, 5:16, 32:6
**Agent** [1] - 17:4
**agent's** [1] - 5:12

**agents** [1] - 11:19
**ago** [1] - 29:15
**agree** [1] - 34:21
**ahead** [1] - 13:11
**air** [1] - 27:5
**Airport** [1] - 9:15
**airport** [15] - 7:9, 8:8, 14:1, 16:13, 17:18, 18:23, 20:5, 20:11, 23:6, 27:17, 28:22, 29:8, 32:7, 38:13
**airports** [2] - 18:13, 19:13
**alcohol** [1] - 36:24
**allegations** [1] - 6:19
**allow** [2] - 10:3, 14:24
**allowed** [1] - 12:22
**alluded** [1] - 29:12
**almost** [2] - 15:14, 22:6
**alone** [1] - 25:4
**alternative** [2] - 3:25, 4:25
**ambiguity** [2] - 17:19, 25:10
**AMERICA** [1] - 1:5
**America** [1] - 3:6
**amiss** [1] - 26:6
**amount** [2] - 14:5, 36:6
**amounts** [1] - 38:14
**analytical** [1] - 21:3
**anchored** [1] - 25:14
**ANGELES** [5] - 1:2, 1:17, 1:24, 3:1, 41:5
**Angeles** [2] - 2:10, 23:19
**answer** [1] - 30:22
**anyway** [1] - 10:4
**apart** [4] - 7:19, 9:20, 25:25, 34:15
**apologize** [1] - 24:9
**appeal** [3] - 16:22, 39:20, 39:22
**appearances** [1] - 3:9
**APPEARANCES** [1] - 2:4
**appellate** [1] - 6:2
**applies** [4] - 13:24, 26:17, 34:20
**apply** [3] - 28:2, 35:8, 35:20
**appointment** [1] - 24:3
**approached** [1] - 26:22
**appropriate** [1] - 35:12

**appropriately** [1] - 17:21
**approval** [1] - 37:11
**arcane** [3] - 17:1, 17:15, 22:6
**area** [7] - 7:8, 11:7, 11:11, 16:13, 16:23, 17:2, 17:15
**areas** [2] - 38:2, 38:25
**argue** [1] - 22:1
**argued** [1] - 21:25
**argues** [1] - 7:13
**argument** [1] - 30:17
**arguments** [1] - 4:17
**arrest** [1] - 26:3
**arrested** [4] - 17:18, 31:6, 31:22, 31:24
**art** [1] - 30:19
**articulated** [2] - 4:21, 35:9
**ascertain** [1] - 18:7
**Asia** [1] - 10:14
**assertion** [1] - 32:2
**assessed** [1] - 29:17
**assessment** [7] - 13:22, 14:2, 14:16, 15:6, 32:1, 36:2, 37:5
**Assistant** [1] - 2:8
**associated** [2] - 9:25, 35:18
**Atlanta** [1] - 28:22
**attempted** [4] - 9:14, 18:16, 34:16, 37:22
**attempting** [2] - 34:22, 37:18
**attempts** [1] - 18:22
**attorney** [21] - 8:20, 10:16, 10:17, 13:23, 15:7, 15:24, 16:1, 18:5, 20:15, 20:16, 22:8, 23:3, 23:9, 27:2, 27:13, 27:24, 28:8, 29:16, 32:22, 34:18, 37:24
**Attorney** [2] - 2:7, 2:8
**attorney's** [2] - 17:9, 17:11
**attorney-client** [2] - 15:24, 27:24
**attorneys** [1] - 39:14
**audio** [2] - 4:10, 5:6
**August** [1] - 28:20
**authorized** [3] - 11:24, 13:3, 25:19
**authors** [1] - 3:19
**aware** [3] - 15:13, 23:18, 29:6

## B

**backpack** [1] - 26:5
**bag** [3] - 10:20, 11:22, 27:17
**bags** [2] - 25:21, 35:7
**balance** [1] - 36:2
**Bar** [7] - 10:17, 26:23, 26:24, 27:4, 34:18, 38:1
**base** [2] - 8:2, 16:12
**based** [5] - 13:8, 23:4, 28:12, 30:1, 38:5
**basis** [2] - 5:22, 22:3
**becomes** [1] - 35:11
**began** [2] - 17:20, 23:7
**behalf** [4] - 3:11, 6:17, 6:18, 7:12
**belief** [5] - 12:24, 30:16, 30:18, 31:5, 33:5
**best** [1] - 6:23
**between** [1] - 19:13
**bigger** [1] - 23:10
**bit** [4] - 9:12, 12:6, 25:18, 39:16
**board** [1] - 37:22
**bogus** [1] - 18:8
**bolster** [2] - 34:16, 38:2
**bona** [1] - 27:4
**bond** [4] - 3:16, 23:15, 39:24, 40:1
**booked** [1] - 10:23
**Border** [1] - 29:13
**bottom** [1] - 14:20
**brainer** [2] - 17:14, 17:15
**breach** [1] - 26:16
**break** [2] - 23:4
**breakdown** [1] - 18:14
**breathalyzer** [1] - 37:1
**brief** [3] - 12:5, 13:15, 24:24
**briefed** [1] - 16:14
**briefly** [2] - 4:20, 28:3
**brings** [1] - 25:11
**bureau** [1] - 17:6
**Bureau** [1] - 36:11
**BY** [1] - 2:13
**bypass** [1] - 14:25

## C

**CA** [1] - 1:24
**calculated** [1] - 8:1
**calculations** [1] - 7:3
**calendar** [1] - 39:13
**caliber** [1] - 20:10
**California** [3] - 2:10, 2:14, 41:10
**CALIFORNIA** [4] - 1:2, 1:17, 3:1, 41:7
**cannot** [1] - 26:7
**card** [8] - 10:6, 10:17, 26:23, 26:24, 26:25, 27:4, 34:18, 38:1
**Caribbean** [1] - 10:15
**Carolina** [3] - 9:5, 20:25, 23:17
**carry** [3] - 11:24, 25:19, 27:17
**carrying** [7] - 9:21, 11:3, 11:21, 25:18, 25:24, 29:3, 35:6
**case** [27] - 3:5, 5:13, 8:7, 9:11, 12:6, 12:7, 15:10, 15:14, 15:22, 15:25, 16:7, 16:21, 17:21, 21:8, 22:24, 23:7, 23:10, 24:5, 25:6, 27:10, 27:11, 29:23, 29:24, 34:11, 35:12, 38:8
**Case** [1] - 1:8
**cases** [5] - 16:20, 27:10, 30:7, 31:4, 39:7
**cash** [7] - 10:11, 21:7, 21:12, 21:14, 25:24, 35:6, 38:14
**causes** [1] - 10:13
**CBB** [1] - 23:8
**Central** [1] - 41:9
**CENTRAL** [1] - 1:2
**Century** [1] - 15:18
**certain** [5] - 6:19, 6:24, 8:6, 25:17, 31:4
**CERTIFICATE** [1] - 41:3
**certification** [1] - 37:9
**CERTIFIED** [1] - 1:6
**certify** [1] - 41:10
**change** [1] - 25:21
**changes** [1] - 35:21
**character** [2] - 23:23, 23:24
**charged** [1] - 32:18

**checkpoint** [3] - 9:15, 10:24, 37:23
**checkpoints** [1] - 38:15
**Chicago** [1] - 10:23
**chose** [2] - 35:2, 35:3
**Christensen** [6] - 15:9, 15:11, 15:13, 15:17, 15:22, 27:10
**Christensen's** [1] - 15:20
**Christopher** [1] - 13:18
**Circuit** [1] - 27:11
**circumstances** [2] - 17:20, 30:1
**circumvent** [1] - 37:19
**citation** [1] - 32:11
**cite** [1] - 13:15
**cited** [1] - 27:10
**City** [1] - 15:18
**civil** [2] - 29:20, 30:3
**claim** [6] - 29:17, 30:25, 33:15, 34:16, 35:1, 35:15
**claimed** [4] - 9:21, 11:2, 11:23, 28:15
**claiming** [2] - 25:19, 30:15
**claims** [5] - 12:19, 26:2, 28:9, 31:7, 38:24
**Clay** [1] - 13:24
**CLAY** [1] - 13:25
**clear** [8] - 9:23, 13:19, 14:15, 21:7, 22:8, 33:5, 33:17, 34:12
**clearly** [3] - 20:13, 22:16, 26:21
**CLERK** [1] - 3:5
**client** [11] - 6:17, 7:13, 15:21, 15:24, 24:25, 25:5, 26:10, 27:24, 29:21, 32:6, 32:22
**client's** [3] - 3:18, 18:1, 24:7
**clients** [3] - 21:3, 39:7, 39:13
**close** [2] - 25:7, 32:14
**closest** [1] - 5:15
**Code** [1] - 41:11
**collateral** [3] - 20:21, 22:11, 32:25
**collection** [1] - 37:12
**collectively** [1] -

14:21
**comment** [1] - 6:21
**comments** [1] - 32:4
**Commission** [2] - 10:1, 10:6
**commission** [2] - 21:23, 26:19
**commit** [1] - 36:20
**committed** [4] - 15:22, 21:19, 21:23, 36:10
**committing** [2] - 38:18, 38:19
**competence** [1] - 19:13
**complete** [1] - 24:19
**completely** [1] - 18:5
**completion** [1] - 22:14
**compliance** [2] - 9:8, 23:15
**complied** [1] - 23:19
**comply** [1] - 36:17
**compromising** [1] - 8:8
**conceal** [1] - 27:21
**concealment** [1] - 26:20
**concerned** [1] - 38:21
**concerning** [1] - 13:1
**concerns** [4] - 12:8, 26:11, 35:24, 38:11
**conclude** [5] - 24:15, 24:22, 34:20, 38:7, 38:16
**CONCLUDED** [1] - 40:3
**concludes** [1] - 38:5
**concluding** [1] - 5:22
**conclusion** [1] - 14:22
**condition** [1] - 23:20
**conditions** [2] - 9:9, 36:16
**conduct** [10] - 12:14, 18:1, 23:16, 25:17, 27:14, 28:5, 34:22, 35:3, 38:18, 38:20
**conducted** [1] - 15:12
**Conference** [1] - 41:16
**conformance** [1] - 41:15
**consequence** [1] - 39:18
**consequences** [3] - 20:21, 22:11, 32:25

**consider** [1] - 39:12
**consideration** [1] - 37:15
**considered** [1] - 7:18
**consistency** [1] - 30:6
**consistent** [2] - 5:7, 6:24
**consultation** [1] - 14:9
**contact** [1] - 29:4
**contained** [1] - 27:9
**contains** [1] - 21:21
**continue** [1] - 35:3
**continued** [1] - 12:12
**contradicted** [1] - 28:11
**contradictory** [1] - 29:24
**contrary** [2] - 23:23, 39:21
**Control** [1] - 29:14
**controlled** [1] - 36:22
**Convention** [3] - 30:13, 32:8, 32:9
**convicted** [4] - 22:18, 28:17, 32:15, 32:16
**conviction** [3] - 22:6, 22:10, 30:8
**cooperate** [1] - 37:12
**coram** [3] - 3:24, 4:24
**correct** [3] - 7:10, 9:6, 41:12
**Counsel** [2] - 3:8, 24:11
**COUNSEL** [1] - 2:4
**counsel** [11] - 3:12, 3:15, 7:12, 7:20, 10:10, 12:17, 27:1, 29:3, 29:5, 29:12, 30:11
**counsel's** [1] - 8:22
**Count** [1] - 36:10
**country** [1] - 33:15
**counts** [1] - 28:17
**COUNTY** [1] - 41:5
**courier** [14] - 9:18, 9:24, 10:3, 10:8, 10:10, 10:11, 11:2, 11:24, 12:9, 25:19, 25:23, 27:2, 29:2, 30:17
**couriers** [2] - 13:2, 35:6
**court** [1] - 17:8
**Court** [50] - 3:17, 3:18, 3:20, 4:4, 4:11,

4:12, 5:24, 6:1, 6:4, 6:16, 6:21, 6:23, 6:25, 7:15, 7:20, 8:9, 9:18, 12:7, 12:17, 15:16, 16:8, 16:18, 23:18, 26:7, 26:9, 27:8, 27:12, 28:9, 28:14, 28:23, 32:14, 32:25, 34:5, 34:11, 34:19, 35:4, 35:8, 35:20, 35:25, 36:9, 37:6, 37:15, 38:4, 38:7, 38:16, 38:21, 38:25, 39:18, 41:9, 41:24
**COURT** [42] - 1:1, 1:23, 3:21, 4:15, 4:18, 5:24, 6:15, 7:12, 8:19, 8:22, 8:25, 9:2, 9:8, 13:9, 13:11, 15:13, 17:25, 18:15, 18:21, 19:1, 19:4, 19:9, 24:14, 24:21, 25:1, 25:17, 30:15, 30:20, 30:22, 30:25, 31:6, 31:9, 31:12, 31:17, 31:19, 32:4, 33:1, 34:9, 39:5, 39:16, 40:1, 41:8
**Court's** [3] - 26:15, 37:17, 37:24
**Courthouse** [1] - 2:9
**cover** [1] - 24:21
**covered** [1] - 6:20
**CR** [1] - 1:8
**CR-17-00697** [1] - 3:6
**Creagh** [1] - 24:6
**CREAGH** [1] - 24:7
**credential** [1] - 27:5
**credentials** [6] - 11:12, 11:16, 12:11, 18:17, 26:25, 38:1
**credibility** [1] - 27:6
**crew** [2] - 21:9, 23:2
**crime** [5] - 15:22, 17:11, 21:18, 22:17, 25:9
**crimes** [1] - 17:13
**criminal** [4] - 8:11, 22:14, 35:22, 37:20
**cross** [5] - 4:7, 21:22, 22:2, 22:21, 23:1
**cross-examination** [1] - 4:7
**CSR** [2] - 1:22, 41:23
**currency** [2] - 11:21, 26:5
**custody** [3] - 35:12, 36:11, 39:1

**Customs** [1] - 29:13
**cut** [1] - 15:5
**CVB** [2] - 17:5, 17:8

### D

**danger** [1] - 23:1
**DANIEL** [1] - 1:8
**Daniel** [2] - 3:6, 29:4
**date** [2] - 6:8, 39:23
**Date** [1] - 41:18
**days** [2] - 37:1, 39:23
**debt** [1] - 36:7
**December** [1] - 6:7
**decided** [2] - 23:9, 29:19
**decision** [3] - 14:23, 17:10, 30:1
**decisions** [1] - 15:4
**DEFENDANT** [7] - 2:11, 8:18, 8:21, 8:24, 9:1, 9:7, 33:2
**defendant** [26] - 5:1, 5:4, 5:14, 7:2, 7:3, 7:23, 8:10, 9:14, 15:19, 26:18, 28:7, 28:18, 29:1, 29:3, 29:6, 34:12, 34:16, 36:9, 36:14, 37:4, 37:14, 37:22, 38:10, 38:12, 38:18, 38:22
**Defendant** [1] - 1:9
**defendant's** [3] - 3:23, 9:3, 36:24
**defense** [4] - 12:23, 31:2, 31:3, 31:5
**defer** [1] - 4:13
**degree** [1] - 4:9
**denied** [5] - 5:2, 5:25, 11:10, 11:12, 13:20
**deny** [3] - 6:23, 14:23, 39:19
**Department** [4] - 10:2, 18:10, 18:12, 19:18
**department** [3] - 12:12, 26:1, 26:4
**deputy** [1] - 28:15
**designated** [1] - 10:9
**detail** [1] - 4:17
**detention** [1] - 7:14
**deter** [2] - 38:18, 38:19
**determine** [1] - 14:12
**determined** [3] - 11:14, 11:20, 16:3
**developed** [1] - 38:12

**development** [1] - 10:12
**different** [1] - 4:25
**diligence** [5] - 18:6, 18:11, 20:2, 25:12, 32:13
**diplomat** [8] - 10:6, 12:4, 27:16, 29:6, 29:7, 34:17, 37:24, 37:25
**diplomatic** [45] - 9:16, 9:17, 9:21, 9:24, 10:3, 10:7, 10:8, 10:9, 10:10, 10:21, 11:1, 11:3, 11:16, 11:24, 11:25, 12:9, 13:2, 14:13, 18:13, 18:18, 19:23, 24:3, 25:19, 25:20, 25:23, 26:2, 26:3, 26:25, 27:1, 28:16, 28:18, 30:2, 30:16, 31:23, 32:2, 33:12, 33:14, 33:16, 34:14, 35:5, 38:1, 38:3, 38:24
**direction** [1] - 10:7
**discharging** [1] - 15:23
**disciplinary** [1] - 22:15
**disclose** [3] - 11:9, 27:23
**disclosed** [3] - 6:10, 6:12, 24:25
**discussion** [1] - 24:20
**disputes** [1] - 6:22
**distance** [1] - 23:16
**distinction** [1] - 15:11
**distinguish** [1] - 15:9
**district** [1] - 9:5
**District** [2] - 41:9, 41:10
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**DNA** [1] - 37:13
**Docket** [1] - 27:9
**Document** [1] - 6:14
**document** [2] - 15:6, 16:5
**documentation** [6] - 13:21, 14:4, 14:11, 14:18, 14:25, 16:10
**documents** [7] - 6:4, 16:3, 19:21, 20:7, 23:5, 30:2, 34:14
**donations** [1] - 10:12
**done** [6] - 18:11,

20:1, 20:15, 21:16, 22:19, 32:13
**doubt** [1] - 22:9
**Doug** [4] - 33:7, 33:8, 33:19, 33:23
**Douglas** [1] - 12:3
**draw** [4] - 19:1, 19:3, 19:4, 19:5
**driver's** [1] - 10:17
**driving** [1] - 16:11
**drove** [1] - 14:23
**drug** [1] - 37:2
**drugs** [1] - 17:14
**due** [6] - 18:6, 18:11, 20:2, 25:12, 32:13, 36:2
**dupe** [1] - 27:15
**duped** [1] - 12:20
**during** [5] - 19:19, 21:11, 27:22, 28:12, 36:3
**duties** [2] - 20:19

### E

**editing** [2] - 5:8, 5:10
**eight** [2] - 8:3, 37:3
**either** [2] - 14:23, 17:1
**eligibility** [1] - 18:13
**emphasize** [3] - 14:17, 21:6, 21:20
**employed** [2] - 37:7, 37:8
**end** [1] - 8:13
**ended** [1] - 28:16
**engaged** [2] - 15:18, 38:10
**engagement** [2] - 15:19, 21:6
**engaging** [1] - 34:22
**enhance** [1] - 38:2
**enhancement** [10] - 7:4, 13:14, 16:9, 16:13, 24:11, 26:16, 26:17, 28:1, 34:10, 34:20
**enormous** [1] - 23:11
**enter** [3] - 10:20, 11:7, 18:16
**enthusiastically** [1] - 25:7
**entire** [1] - 33:4
**entirely** [1] - 14:3
**entitle** [1] - 16:17
**entitled** [1] - 41:14
**entries** [1] - 38:24
**entry** [4] - 11:11,

11:13, 18:22, 38:2
**entryway** [1] - 38:25
**equally** [1] - 19:7
**error** [2] - 3:24, 11:15
**ESQUIRE** [1] - 2:13
**essence** [1] - 21:22
**ethical** [1] - 39:14
**event** [1] - 10:4
**events** [2] - 12:10, 29:24
**evidence** [7] - 4:8, 22:20, 26:9, 28:23, 32:18, 34:12, 38:5
**evidentiary** [3] - 4:4, 4:11, 4:22
**exactly** [4] - 16:24, 21:10, 27:14, 37:17
**examination** [1] - 4:7
**example** [3] - 30:14, 32:6, 32:12
**exceed** [1] - 37:2
**excellent** [1] - 23:16
**except** [1] - 12:16
**exceptions** [1] - 39:22
**excerpts** [1] - 14:14
**excused** [1] - 20:17
**execution** [1] - 27:3
**exempt** [2] - 9:22, 11:3
**exercise** [1] - 18:6
**Exhibit** [1] - 5:5
**exonerated** [2] - 39:25, 40:1
**expect** [3] - 19:12, 20:17, 35:5
**expectation** [1] - 19:14
**expectations** [1] - 32:24
**experience** [1] - 20:22
**experienced** [1] - 11:15
**expert** [5] - 4:5, 4:7, 4:8, 5:20, 20:4
**expertise** [1] - 37:19
**expired** [1] - 31:24
**explain** [1] - 33:21
**exploit** [1] - 38:13
**exploited** [1] - 29:8
**expressing** [1] - 20:12
**extent** [1] - 32:8

### F

**face** [1] - 21:18

**faces** [2] - 20:22, 22:14
**facie** [1] - 4:9
**facilitated** [3] - 26:19, 34:12, 34:19
**fact** [4] - 16:1, 23:23, 25:4, 25:11
**factor** [1] - 30:9, 32:25
**factors** [2] - 28:4, 37:15
**facts** [3] - 9:10, 9:19, 28:11
**factual** [2] - 6:19, 6:22
**failed** [6] - 18:5, 21:4, 25:12, 32:8, 34:3, 34:4
**failing** [1] - 20:4
**failure** [4] - 18:10, 20:2, 22:8, 32:12
**failures** [1] - 33:22
**fair** [1] - 14:5
**faith** [8] - 12:24, 13:3, 28:10, 30:16, 30:18, 31:1, 31:4, 33:5
**fake** [4] - 18:16, 19:21, 26:25
**false** [2] - 34:16, 38:1
**familiar** [1] - 9:19
**family** [6] - 7:21, 7:22, 23:12, 24:2, 25:7
**far** [1] - 33:2
**father** [3] - 3:18, 23:14, 34:4
**favorably** [1] - 22:22
**FBI** [15] - 3:13, 5:13, 5:15, 11:17, 11:19, 11:23, 12:1, 17:4, 19:20, 21:7, 21:11, 27:21, 28:12, 30:12, 33:17
**February** [1] - 41:18
**federal** [4] - 21:18, 22:14, 36:21, 37:10
**Federal** [1] - 41:24
**FEDERAL** [2] - 1:23, 41:8
**felony** [2] - 21:24, 22:25
**felt** [2] - 20:7, 33:25
**fence** [1] - 34:23
**few** [3] - 10:24, 29:15, 39:22
**fide** [1] - 27:4
**field** [1] - 20:4
**figure** [1] - 5:13
**file** [1] - 23:9

**filed** [7] - 6:14, 7:16, 7:24, 12:16, 16:15, 39:22
**final** [1] - 32:4
**financial** [1] - 35:4
**fine** [2] - 32:1, 36:5
**fines** [1] - 36:4
**first** [3] - 5:5, 12:7, 26:15
**Fitzhugh** [1] - 27:12
**flexibility** [1] - 16:19
**flight** [3] - 10:23, 37:22, 38:22
**flint** [1] - 32:11
**Flint** [44] - 3:7, 3:16, 3:18, 6:18, 7:16, 7:20, 8:16, 9:16, 9:23, 10:4, 10:9, 10:19, 10:20, 10:22, 11:5, 11:7, 11:12, 12:3, 12:8, 12:15, 12:18, 13:20, 14:1, 14:3, 14:4, 14:11, 14:12, 14:24, 15:5, 17:5, 17:16, 19:17, 19:22, 21:1, 21:16, 22:23, 24:7, 26:11, 26:22, 29:4, 30:12, 33:1, 36:10
**FLINT** [1] - 1:8
**flint's** [2] - 7:19, 13:23
**Flint's** [2] - 16:15, 21:6
**fly** [1] - 14:3
**follow** [1] - 6:1
**following** [1] - 36:15
**follows** [1] - 35:25
**footnote** [1] - 29:11
**FOR** [2] - 2:6, 2:11
**force** [1] - 16:11
**foregoing** [1] - 41:12
**forfeiture** [1] - 29:20, 30:3
**format** [1] - 41:15
**forth** [2] - 4:17, 18:3
**forthwith** [1] - 39:2, 39:19
**forward** [3] - 3:8, 38:19, 38:20
**four** [1] - 16:12
**fraud** [7] - 27:3, 27:19, 27:21, 31:20, 32:16, 34:13, 34:19
**frauds** [1] - 31:4
**fraudulent** [1] - 34:13
**free** [1] - 24:16
**friends** [5] - 7:22, 23:13, 24:2, 25:8
**fulfill** [1] - 39:14

**full** [1] - 23:15
**fully** [1] - 23:18
**fund** [1] - 10:12
**fundamental** [3] - 15:23, 23:22, 27:2

## G

**gain** [1] - 35:4
**Gayle** [1] - 24:7
**GAYLE** [1] - 24:8
**general** [4] - 10:10, 29:3, 29:5, 38:9
**General** [1] - 36:19
**generally** [2] - 25:5, 25:6
**generous** [1] - 23:25
**gentleman** [1] - 24:8
**given** [2] - 8:6, 17:16
**government** [1] - 14:21
**Government** [24] - 4:18, 4:21, 5:3, 5:17, 7:24, 7:25, 8:4, 8:9, 8:12, 14:6, 21:25, 22:20, 26:12, 27:7, 27:9, 27:25, 29:5, 29:11, 29:13, 29:17, 29:19, 29:25, 30:11, 35:10
**Government's** [3] - 8:25, 28:4, 28:25
**grant** [2] - 4:4, 28:24
**grants** [1] - 4:11
**gray** [2] - 16:23, 17:15
**Greg** [1] - 3:15
**GREGORY** [2] - 2:12, 2:13
**guess** [1] - 12:23
**guideline** [10] - 7:3, 7:5, 8:12, 8:13, 16:11, 21:21, 21:24, 22:3, 22:21, 35:22
**guidelines** [2] - 16:19, 37:19

## H

**Hampton** [12] - 12:3, 12:21, 28:22, 29:2, 29:7, 29:10, 29:12, 29:16, 29:18, 33:8, 33:9, 33:23
**handed** [2] - 26:22, 26:24
**HANNA** [1] - 2:7
**hardest** [1] - 33:3

**headquarters** [1] - 5:15
**health** [1] - 35:14
**healthcare** [1] - 10:13
**hear** [1] - 26:12
**heard** [5] - 4:1, 4:19, 38:5, 39:4, 39:5
**hearing** [5] - 4:4, 4:11, 4:13, 4:23, 17:21
**hearings** [1] - 22:15
**heart** [1] - 25:9
**hearts** [1] - 25:9
**held** [1] - 41:13
**hereby** [2] - 36:10, 41:10
**high** [1] - 8:13
**himself** [8] - 9:17, 10:16, 10:25, 12:1, 15:2, 27:5, 34:15, 34:17
**history** [6] - 8:11, 11:22, 12:6, 35:22, 36:24, 38:23
**holes** [1] - 34:23
**home** [1] - 7:13
**homework** [1] - 22:9
**Honor** [36] - 3:10, 3:15, 4:2, 4:16, 4:21, 5:18, 7:10, 8:18, 8:24, 9:7, 13:8, 13:13, 16:14, 17:1, 17:20, 18:2, 19:7, 20:21, 20:23, 21:1, 23:7, 24:19, 25:16, 26:13, 28:3, 28:20, 29:9, 31:8, 31:10, 32:22, 33:4, 39:3, 39:9, 39:11, 39:24, 40:2
**Honor's** [1] - 19:22
**HONORABLE** [1] - 1:3
**hopefully** [2] - 22:12, 35:18
**hours** [1] - 10:24
**housing** [1] - 10:12
**human** [1] - 23:25
**Human** [2] - 10:1, 10:6

## I

**IAN** [1] - 2:8
**Ian** [1] - 3:11
**ID** [1] - 18:16
**identified** [6] - 5:7, 9:17, 10:15, 10:25, 12:1, 12:3

**identify** [1] - 15:2
**identifying** [1] - 34:17
**IHRC** [3] - 10:8, 10:11, 18:7
**illegal** [1] - 15:20
**illegally** [1] - 15:19
**immediately** [2] - 10:22, 36:2
**immune** [1] - 31:7
**immunity** [6] - 10:3, 26:3, 33:13, 33:14, 33:16, 38:24
**impact** [1] - 22:12
**important** [5] - 15:8, 15:11, 25:4, 34:24, 34:25
**imposed** [2] - 32:21, 36:23
**imprisoned** [1] - 36:12
**imprisonment** [2] - 36:3, 36:13
**improper** [3] - 4:24, 5:1, 5:10
**inadequate** [2] - 13:21, 16:3
**incarceration** [1] - 39:18
**incident** [3] - 7:8, 23:21, 29:18
**incidental** [2] - 15:3, 16:2
**inclined** [1] - 19:2
**including** [3] - 8:7, 37:1, 38:9
**inconsistent** [1] - 25:22
**increase** [1] - 13:6
**indicative** [1] - 23:22
**Indictment** [1] - 36:11
**individual** [3] - 14:7, 23:10, 25:13
**inference** [2] - 19:1, 19:5
**information** [1] - 35:16
**informed** [3] - 12:10, 18:15, 18:17
**initiate** [1] - 29:20
**inquiry** [4] - 20:16, 20:20, 21:16, 29:4
**inside** [2] - 5:14, 11:21
**instance** [2] - 12:8, 16:4
**instances** [1] - 16:4
**insurance** [1] - 33:12
**integral** [1] - 15:20

**integrity** [1] - 34:5
**intentionally** [1] - 29:7
**interacted** [1] - 14:1
**intercepted** [2] - 11:18, 29:18
**Interception** [1] - 30:1
**interesting** [1] - 24:4
**internal** [1] - 17:10
**internally** [1] - 23:8
**international** [1] - 18:8
**International** [4] - 9:15, 10:1, 10:6, 37:23
**interrupting** [1] - 24:10
**interview** [6] - 17:17, 19:19, 21:11, 27:22, 28:12, 30:11
**interviewed** [1] - 12:1
**intimately** [1] - 9:19
**investigation** [3] - 6:6, 6:10, 8:16
**involved** [1] - 12:13
**involving** [2] - 35:14, 36:24
**issue** [8] - 6:1, 6:3, 6:20, 15:1, 16:20, 16:22, 20:1, 30:10
**issued** [2] - 10:18, 17:7
**issues** [8] - 8:6, 8:7, 9:11, 24:22, 34:25, 35:14, 38:8, 38:9
**item** [1] - 3:5
**itself** [1] - 17:23

**J**

**JAMES** [1] - 1:3
**January** [1] - 39:12
**jeopardy** [1] - 21:9
**Joe** [1] - 14:10
**jointly** [1] - 14:10
**JUDGE** [1] - 1:3
**judge** [1] - 19:5
**judgment** [3] - 13:21, 36:9, 37:5
**judicial** [2] - 29:20
**Judicial** [1] - 41:16
**July** [4] - 9:13, 14:1, 17:4
**June** [1] - 6:11

**K**

**kind** [3] - 5:10, 20:18, 27:5
**Kleeger** [1] - 41:23
**KLEEGER** [3] - 1:22, 41:8, 41:22
**knows** [3] - 16:18, 18:23
**Kotula** [1] - 13:18
**KOTULA** [1] - 13:18

**L**

**lack** [2] - 20:16, 30:6
**laminated** [2] - 10:5, 34:14
**Land** [1] - 10:12
**Lane** [1] - 2:13
**large** [1] - 38:14
**last** [2] - 27:7, 28:19
**law** [13] - 12:20, 12:25, 16:23, 17:2, 17:15, 20:25, 21:2, 35:17, 35:18, 36:21, 38:17, 39:6, 39:21
**LAW** [1] - 2:12
**laws** [1] - 33:15
**lawyer** [12] - 9:17, 11:1, 12:2, 13:10, 15:3, 15:17, 15:21, 15:22, 32:12, 37:16, 37:19, 38:23
**LAX** [4] - 11:18, 17:5, 17:17, 19:12
**lay** [2] - 4:9, 25:22
**least** [1] - 37:2
**left** [1] - 17:17
**legal** [4] - 17:23, 27:1, 31:2, 31:3
**legitimacy** [1] - 27:19
**legitimate** [4] - 10:17, 33:10, 33:18
**length** [2] - 13:14, 14:14
**lengths** [1] - 24:1
**less** [2] - 18:24, 36:4
**letter** [12] - 7:15, 10:8, 10:9, 12:16, 12:18, 16:16, 18:3, 21:10, 23:19, 28:9, 29:2, 29:14
**letterhead** [1] - 10:8
**letters** [8] - 3:20, 7:19, 7:21, 23:13, 23:24, 24:6, 24:24, 25:13

**level** [23] - 7:4, 7:7, 8:2, 8:9, 8:11, 13:6, 13:14, 16:8, 16:12, 19:12, 20:16, 24:11, 26:15, 28:1, 28:6, 32:9, 34:10, 34:20, 35:9, 35:20, 35:21, 37:18
**levels** [1] - 32:20
**liability** [2] - 31:3, 31:5
**license** [2] - 10:17, 32:24
**licensed** [5] - 20:20, 20:24, 22:8, 23:3, 37:16
**licenses** [1] - 22:13
**licensing** [1] - 37:9
**life** [2] - 22:12, 33:4
**light** [1] - 38:22
**line** [1] - 14:20
**listed** [2] - 29:1, 29:3
**listening** [1] - 33:4
**literally** [1] - 33:8
**litigation** [1] - 28:21
**live** [1] - 19:9
**loan** [1] - 36:7
**local** [2] - 36:20, 37:10
**located** [1] - 26:5
**look** [3] - 14:20, 17:19, 33:7
**looked** [3] - 16:4, 20:7, 23:5
**looking** [2] - 20:9, 33:6
**loose** [1] - 35:6
**Los** [2] - 2:10, 23:19
**LOS** [5] - 1:2, 1:17, 1:24, 3:1, 41:5
**lose** [1] - 32:23
**lower** [1] - 20:9

**M**

**magistrate** [1] - 17:8
**malfeasance** [1] - 5:10
**man** [1] - 34:4
**manager** [1] - 14:9
**manipulating** [1] - 23:3
**manipulation** [2] - 4:10, 5:22
**manner** [2] - 18:4, 26:18
**Marriott** [1] - 17:4
**Marshal** [1] - 39:1
**matter** [4] - 3:22,

**level** (continued) 9:10, 29:12, 41:14
**matters** [2] - 34:25, 39:15
**mean** [5] - 19:11, 23:17, 33:2, 33:20, 33:22
**means** [1] - 5:11
**members** [1] - 7:21
**mental** [1] - 35:14
**mentioned** [1] - 27:8
**mentor** [2] - 12:20, 35:17
**merely** [1] - 27:3
**merit** [1] - 5:25
**merits** [1] - 32:1
**met** [2] - 14:12, 26:21
**Michael** [1] - 3:13
**Michigan** [7] - 3:19, 10:16, 10:18, 20:24, 34:18, 34:20
**Midway** [10] - 10:23, 10:24, 10:25, 11:8, 11:9, 11:13, 11:15, 13:25, 14:9, 14:25
**might** [3] - 22:19, 24:17, 32:17
**misdemeanor** [6] - 17:7, 17:16, 23:8, 28:17, 31:13
**mistake** [1] - 20:18
**mitigating** [1] - 30:9
**mix** [1] - 22:16
**momentarily** [1] - 21:1
**MONDAY** [2] - 1:15, 3:1
**money** [2] - 29:18, 30:2
**month** [1] - 37:3
**months** [5] - 8:14, 29:15, 35:23, 36:12, 38:17
**moral** [1] - 25:14
**morning** [2] - 3:10, 3:14
**most** [1] - 35:5
**mother** [1] - 24:7
**motion** [6] - 3:23, 3:25, 4:14, 4:23, 5:25, 28:25
**moved** [1] - 8:9
**MR** [40] - 3:10, 3:14, 4:2, 4:16, 4:20, 5:19, 6:13, 7:10, 13:7, 13:10, 13:12, 15:15, 18:2, 18:19, 18:25, 19:2, 19:6, 19:11, 24:13, 24:17, 24:23, 25:3, 25:9, 30:18, 30:21, 30:24, 31:1, 31:8, 31:15, 31:18, 31:21, 32:5, 39:3, 39:6, 39:24

**N**

**named** [1] - 14:7
**national** [1] - 38:11
**need** [5] - 24:15, 24:21, 24:22, 39:8
**needs** [1] - 39:7
**never** [7] - 12:15, 16:25, 21:25, 22:2, 22:6, 22:21, 23:1
**new** [3] - 3:25, 10:23, 25:8
**next** [1] - 33:16
**NICOLA** [1] - 2:7
**nicolaysen** [1] - 32:4
**NICOLAYSEN** [35] - 2:12, 2:13, 3:14, 4:2, 4:16, 5:19, 6:13, 7:10, 13:7, 13:10, 13:12, 15:15, 18:2, 18:19, 18:25, 19:2, 19:6, 19:11, 24:13, 24:17, 24:23, 25:3, 25:9, 30:18, 30:21, 30:24, 31:1, 31:8, 31:15, 31:18, 31:21, 32:5, 39:3, 39:6, 39:24
**Nicolaysen** [7] - 3:15, 6:18, 13:4, 17:25, 18:15, 24:15, 30:20
**Nicolaysen's** [1] - 6:17
**nixes** [1] - 18:12
**no-brainer** [2] - 17:14, 17:15
**nobis** [2] - 3:24, 4:24
**noncontinuous** [1] - 5:8
**North** [4] - 2:9, 9:5, 20:24, 23:17
**note** [6] - 3:18, 8:5, 17:3, 27:20, 28:19, 29:1

29:9, 30:18, 30:21, 30:24, 31:1, 31:8, 31:10, 31:13, 31:15, 31:18, 31:21, 32:5, 39:3, 39:6, 39:24, 40:2
**must** [1] - 39:22
**mykuippo@aol.com** [1] - 1:24
**mysterious** [1] - 25:18
**mystery** [5] - 9:12, 12:6, 17:22, 17:23, 17:25

**noted** [2] - 28:14, 30:11
**notes** [1] - 5:3
**nothing** [3] - 5:9, 13:22, 21:17
**notice** [1] - 39:22
**notified** [1] - 11:17
**number** [1] - 31:20
**numerous** [2] - 4:25, 7:21

**O**

**O'Hare** [12] - 9:15, 10:5, 10:22, 11:1, 13:19, 13:20, 13:22, 14:24, 18:16, 19:17, 19:20, 37:22
**objection** [4] - 7:2, 7:7, 13:5, 34:9
**objections** [3] - 6:22, 6:25, 7:1
**objects** [2] - 6:18, 7:3
**obvious** [2] - 17:13, 35:4
**occur** [1] - 5:23
**occurred** [1] - 17:12
**OF** [7] - 1:2, 1:5, 1:13, 2:4, 41:3, 41:5, 41:6
**offense** [12] - 8:2, 8:11, 16:12, 21:23, 21:24, 22:18, 22:25, 26:20, 32:15, 32:19, 35:21, 37:21
**offer** [1] - 19:6
**offered** [2] - 7:20, 7:22
**Office** [1] - 36:18
**office** [4] - 9:4, 17:9, 17:11, 22:2
**officer** [7] - 6:20, 8:5, 13:19, 31:24, 33:11, 35:10, 37:11
**officers** [1] - 27:15
**OFFICES** [1] - 2:12
**OFFICIAL** [3] - 1:23, 41:3, 41:8
**Official** [1] - 41:24
**official** [1] - 25:23
**officials** [9] - 10:5, 10:19, 11:10, 11:14, 14:22, 15:5, 19:16, 20:6, 37:23
**once** [2] - 14:2, 25:10
**one** [15] - 3:19, 5:5, 7:11, 16:3, 16:17,

21:5, 21:20, 23:5, 24:18, 25:7, 27:11, 28:17, 28:19, 34:14, 36:25
**Ontario** [1] - 19:12
**openly** [1] - 24:25
**operate** [2] - 19:8, 35:6
**opinion** [3] - 5:5, 5:21, 20:12
**opportunity** [1] - 8:17
**opposition** [1] - 4:22
**Order** [1] - 36:19
**order** [3] - 6:1, 35:13, 38:2
**ordered** [1] - 36:1
**orders** [1] - 37:5
**ordinance** [1] - 36:21
**organization** [6] - 9:24, 10:2, 11:2, 18:8, 18:9, 19:18
**OTERO** [1] - 1:3
**otherwise** [3] - 5:8, 16:22, 38:6
**outcome** [2] - 4:14, 29:25
**outline** [1] - 28:5
**overrule** [1] - 6:25
**own** [2] - 33:15, 33:25

**P**

**Pacer** [1] - 6:14
**page** [1] - 41:14
**pages** [4] - 14:7, 14:15, 15:10, 24:5
**paid** [1] - 36:3
**paper** [1] - 25:21
**papers** [8] - 4:17, 11:9, 16:15, 17:3, 21:21, 24:1
**parameters** [1] - 32:15
**part** [4] - 15:23, 18:10, 20:2, 24:4
**pass** [1] - 9:14
**passenger** [1] - 21:9
**passengers** [1] - 23:2
**passport** [3] - 10:21, 18:18, 19:23
**past** [1] - 23:16
**paused** [1] - 5:11
**pay** [3] - 36:1, 36:5, 37:4
**payment** [1] - 31:25
**pending** [2] - 39:7,

39:15
**people** [1] - 35:5
**per** [3] - 32:16, 36:4, 37:3
**perfect** [1] - 19:9
**perhaps** [1] - 16:20
**period** [4] - 29:20, 29:22, 36:3, 39:8
**periodic** [1] - 37:2
**peripheral** [1] - 16:2
**permitted** [1] - 11:7
**perpetrating** [1] - 31:20
**person** [1] - 35:18
**person's** [1] - 25:22
**persons** [3] - 7:22, 18:24
**perspective** [2] - 25:23, 37:17
**petition** [6] - 3:24, 4:3, 4:6, 4:24, 5:20, 5:25
**phone** [2] - 5:12, 5:16
**phoney** [1] - 26:25
**picture** [1] - 23:10
**pivotal** [1] - 15:3
**place** [4] - 7:8, 8:10, 12:10, 26:7
**placed** [2] - 21:9, 36:14
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 2:6
**plastic** [1] - 11:22, 35:6
**pleading** [7] - 6:5, 6:17, 7:25, 8:23, 8:25, 9:20
**pleadings** [3] - 25:2, 28:4, 35:10
**plus** [1] - 16:12
**point** [4] - 11:6, 24:24, 26:15, 28:25
**points** [4] - 7:25, 8:4, 21:20, 26:14
**poke** [1] - 34:23
**police** [1] - 33:11
**portions** [1] - 13:15
**position** [5] - 13:7, 16:6, 32:20, 37:7, 37:8
**possible** [1] - 39:17
**pouch** [12] - 5:14, 9:16, 9:21, 11:3, 11:8, 11:20, 11:25, 14:12, 21:10, 25:20, 38:4
**pouchs** [1] - 13:2
**practice** [6] - 21:2, 32:23, 37:16, 39:7, 39:8, 39:17

**practices** [1] - 20:25
**preparation** [2] - 6:5, 6:7
**prepare** [1] - 39:17
**present** [1] - 3:16
**presented** [8] - 8:6, 9:11, 10:4, 14:4, 14:18, 21:11, 37:25, 38:8
**presentence** [3] - 6:6, 6:9, 8:15
**presenting** [5] - 10:16, 16:2, 20:10, 34:13, 34:18
**presents** [1] - 38:22
**preserve** [1] - 16:22
**presided** [2] - 9:18, 34:11
**presumably** [1] - 30:2
**presumption** [1] - 27:13
**pretrial** [3] - 9:3, 9:4, 23:20
**Pretrial** [1] - 36:18
**pretty** [1] - 35:4
**previously** [2] - 11:10, 28:15
**prima** [1] - 4:9
**Prisons** [1] - 36:11
**private** [1] - 16:7
**privilege** [1] - 27:24
**privileges** [1] - 28:16
**Probation** [1] - 36:18
**probation** [7] - 6:20, 7:13, 8:5, 22:1, 25:15, 35:10, 37:11
**procedurally** [1] - 4:23
**proceeding** [3] - 4:14, 6:5, 22:14
**PROCEEDINGS** [2] - 1:13, 40:3
**proceedings** [2] - 29:23, 41:13
**process** [2] - 15:6, 16:2
**professional** [1] - 22:12
**professionals** [1] - 20:20
**professor** [2] - 12:21, 35:17
**projects** [1] - 10:14
**prominent** [1] - 15:17
**proper** [1] - 32:11
**properly** [1] - 18:3
**property** [1] - 29:21
**prosecuted** [1] -

31:7
**prosecution** [1] - 31:7
**protects** [1] - 34:24
**protocol** [1] - 11:6
**provided** [3] - 14:11, 28:9, 35:16
**PSR** [6] - 6:19, 6:24, 8:1, 8:17, 13:13, 29:11
**public** [2] - 16:7, 38:9
**pulled** [1] - 33:12
**purification** [1] - 10:13
**purported** [2] - 9:25, 10:7
**purportedly** [1] - 9:16
**purporting** [1] - 19:17
**purpose** [1] - 26:23
**purposes** [2] - 3:22, 6:2
**pursuant** [2] - 36:8, 41:10
**puts** [2] - 16:11, 18:3

**Q**

**qualified** [1] - 19:7
**quarter** [1] - 36:4
**questioned** [3] - 11:18, 11:23, 17:5
**questions** [3] - 22:7, 25:4, 27:22
**quibbles** [1] - 6:23
**quickly** [1] - 8:1
**quite** [2] - 23:23, 39:16
**quote** [3] - 14:14, 24:3, 29:19
**quote-unquote** [1] - 24:3

**R**

**raised** [1] - 13:5
**raises** [5] - 22:7, 25:3, 25:4, 28:6, 38:11
**Raja** [1] - 14:7
**RAJA** [1] - 14:8
**range** [7] - 8:12, 8:13, 22:23, 23:12, 32:19, 32:21, 35:22
**rate** [1] - 36:4
**reactive** [1] - 5:13

7

**read** [3] - 7:17, 8:22, 25:1
**real** [1] - 27:16
**realize** [1] - 16:16
**really** [5] - 16:14, 17:11, 20:13, 22:7, 28:6
**reason** [3] - 13:20, 33:25, 35:2
**reasonable** [2] - 5:22, 19:14
**reasoned** [2] - 27:12, 28:23
**reasons** [3] - 4:21, 27:25, 35:9
**reassign** [1] - 39:13
**Rebecca** [1] - 17:4
**received** [3] - 7:15, 24:2, 28:10
**recently** [2] - 7:16, 12:17
**recognition** [1] - 18:4
**recognize** [3] - 19:19, 33:22, 34:1
**recognized** [4] - 10:2, 12:11, 18:9, 18:12
**recognizing** [1] - 4:5
**recommend** [1] - 13:13
**recommended** [2] - 8:13, 16:8
**record** [5] - 3:15, 5:17, 6:2, 28:11, 33:17
**recorded** [1] - 17:17
**recording** [3] - 5:7, 5:8, 5:11
**redo** [1] - 6:24
**redraft** [1] - 6:24
**reference** [5] - 9:2, 9:10, 13:5, 32:11, 34:9
**referenced** [4] - 12:2, 13:17, 23:1, 29:11
**referencing** [4] - 21:22, 22:2, 22:21, 31:11
**reflects** [3] - 6:7, 20:14, 25:10
**Reform** [1] - 36:8
**refrain** [1] - 36:21
**refused** [1] - 10:19
**regard** [5] - 4:3, 13:16, 14:5, 21:17, 29:10
**regarding** [2] - 14:12, 26:11

**registration** [1] - 31:25
**regrettable** [1] - 23:21
**regularity** [1] - 27:13
**regulation** [2] - 12:25, 13:1
**regulations** [2] - 36:17, 41:15
**reject** [1] - 16:8
**rejected** [2] - 10:22, 11:1
**related** [2] - 13:22, 31:22
**release** [5] - 9:3, 23:20, 36:13, 36:14, 37:1
**relevant** [1] - 13:15
**relied** [2] - 14:3, 35:16
**relief** [1] - 5:1
**remainder** [1] - 39:13
**remains** [1] - 36:7
**remand** [1] - 39:1
**remanded** [1] - 39:19
**reminds** [1] - 30:5
**remitted** [1] - 29:21
**repeatedly** [2] - 27:22, 28:8
**report** [7] - 4:5, 5:6, 5:19, 6:7, 6:10, 6:12, 8:16
**reported** [1] - 41:13
**REPORTER** [3] - 1:23, 41:3, 41:8
**Reporter** [1] - 41:24
**REPORTER'S** [1] - 1:13
**reports** [1] - 5:4
**represent** [1] - 19:18
**representation** [1] - 31:23
**represented** [1] - 27:1
**representing** [1] - 27:3
**represents** [1] - 21:2
**request** [3] - 4:3, 6:23, 39:19
**requesting** [1] - 4:12
**required** [5] - 4:23, 10:21, 19:23, 26:24, 38:17
**requirements** [1] - 14:13
**requires** [3] - 16:21, 37:8, 37:9
**research** [11] - 18:7, 20:5, 20:19, 28:10,

28:13, 30:10, 30:12, 32:7, 32:9, 33:24, 34:1
**researched** [5] - 19:25, 28:12, 28:13, 32:7, 33:23
**resolved** [1] - 31:25
**respect** [4] - 23:12, 24:11, 28:3, 38:17
**respected** [1] - 20:25
**respectfully** [1] - 39:10
**respects** [1] - 23:11
**respond** [1] - 29:10
**response** [1] - 27:7
**responsibilities** [2] - 20:15, 39:15
**responsibility** [3] - 12:15, 12:20, 18:6
**rest** [1] - 22:12
**result** [1] - 20:22
**resulted** [1] - 29:12
**returned** [1] - 30:3
**review** [2] - 8:17, 8:19
**reviewed** [4] - 6:4, 6:16, 14:11, 23:9
**revisit** [1] - 17:9
**revoked** [1] - 22:13
**Rights** [2] - 10:1, 10:6
**risk** [2] - 21:8, 38:22
**Robert** [1] - 33:9
**room** [1] - 5:16
**routinely** [1] - 17:24
**rules** [1] - 36:17

## S

**safe** [1] - 5:15
**safety** [1] - 21:13
**sample** [1] - 37:13
**save** [1] - 24:18
**scheme** [1] - 38:12
**school** [1] - 35:19
**screened** [1] - 11:11
**screening** [7] - 9:22, 11:4, 11:11, 11:16, 14:25, 38:4, 38:13
**scrupulous** [1] - 21:3
**se** [1] - 32:16
**search** [1] - 11:25
**second** [3] - 5:19, 6:11, 6:13
**Section** [1] - 41:11
**section** [1] - 21:22
**secure** [3] - 11:13, 16:13, 38:24

**secured** [3] - 7:8, 38:2, 38:25
**security** [14] - 8:8, 9:15, 11:6, 11:7, 12:25, 13:18, 14:8, 27:18, 29:8, 34:23, 34:24, 38:11, 38:14
**see** [10] - 6:12, 20:5, 20:11, 22:23, 23:10, 23:15, 24:5, 24:24, 26:24, 34:2
**seeking** [1] - 5:1
**seized** [2] - 29:19, 30:2
**seizure** [1] - 28:22
**self** [2] - 10:5, 34:14
**self-laminated** [2] - 10:5, 34:14
**sending** [1] - 29:14
**sense** [1] - 35:7
**sentence** [8] - 7:13, 25:16, 28:7, 35:12, 35:25, 38:16, 39:20, 39:21
**sentenced** [2] - 22:17, 28:7
**SENTENCING** [1] - 1:14
**Sentencing** [1] - 36:8
**sentencing** [4] - 3:23, 4:13, 6:3, 37:14
**separate** [4] - 7:19, 9:20, 25:25, 34:15
**SEPTEMBER** [2] - 1:15, 3:1
**September** [6] - 6:14, 6:15, 7:17, 12:18, 28:15, 31:14
**serious** [6] - 12:14, 34:22, 35:24, 37:21, 38:8
**service** [2] - 9:4, 15:21
**services** [3] - 15:18, 15:20, 15:24
**Services** [1] - 36:18
**set** [1] - 4:17
**several** [1] - 34:13
**shall** [10] - 24:18, 36:1, 36:3, 36:14, 36:17, 36:20, 36:25, 37:4, 37:8, 37:12
**Sheri** [1] - 41:23
**SHERI** [3] - 1:22, 41:8, 41:22
**sheriff's** [3] - 26:1, 26:4, 28:15
**shopping** [1] - 11:22
**shortcuts** [1] - 15:6

**shortly** [1] - 24:22
**show** [3] - 17:8, 24:8, 25:13
**showing** [2] - 4:9, 27:4
**shown** [1] - 30:2
**shows** [2] - 17:8, 28:6
**shrouded** [2] - 27:18
**Shumake** [1] - 33:9
**significant** [3] - 26:10, 36:6, 38:11
**significantly** [2] - 22:11, 26:19
**Simon** [1] - 3:13
**simply** [6] - 5:10, 6:21, 20:4, 20:10, 20:17, 35:15
**situation** [3] - 21:12, 25:11, 31:16
**SJO** [2] - 1:8, 3:6
**skills** [3] - 26:17, 26:18, 28:8
**slack** [1] - 15:5
**smuggle** [1] - 38:14
**sobering** [1] - 18:4
**soft** [1] - 11:6
**sole** [1] - 16:11
**someone** [5] - 20:3, 22:19, 23:17, 23:25, 25:15
**sophisticated** [1] - 18:24
**sophistication** [2] - 8:7, 38:23
**sorry** [5] - 10:15, 12:19, 34:2, 34:6, 34:8
**sort** [1] - 25:21
**soul** [1] - 33:8
**special** [4] - 3:12, 32:20, 36:1, 37:4
**specialized** [3] - 26:16, 26:17, 26:18
**specific** [2] - 5:21, 24:10
**specifically** [1] - 29:13
**Spring** [1] - 2:9
**standard** [2] - 17:23, 26:20
**start** [2] - 6:6, 13:4
**started** [3] - 17:3, 17:5, 17:16
**State** [5] - 10:2, 12:12, 18:10, 18:12, 19:18
**STATE** [1] - 41:6
**state** [4] - 3:9, 10:18, 36:21, 37:10

**STATES** [2] - 1:1, 1:5
**states** [2] - 5:6, 37:16
**States** [14] - 2:7, 2:8, 2:9, 3:6, 3:12, 10:14, 12:12, 13:1, 27:11, 32:10, 39:1, 41:9, 41:11, 41:16
**stating** [1] - 29:16
**status** [9] - 13:10, 13:23, 15:7, 18:13, 23:5, 27:2, 27:13, 31:23, 32:2
**statute** [2] - 16:25, 22:6
**statutes** [1] - 37:20
**stay** [1] - 32:14
**stenographically** [1] - 41:13
**step** [1] - 24:19
**stone** [1] - 14:17
**Stone** [1] - 14:10
**stop** [2] - 20:4, 31:22
**stopped** [3] - 26:1, 26:4, 33:16
**story** [1] - 24:5
**Street** [1] - 2:9
**STREET** [1] - 1:23
**student** [1] - 36:7
**subject** [3] - 11:25, 26:3, 38:4
**submit** [3] - 5:17, 28:1, 36:25
**submits** [1] - 29:5
**submitted** [9] - 3:20, 4:5, 4:8, 5:4, 5:20, 16:16, 23:14, 24:6, 27:7
**substance** [1] - 36:22
**substantial** [1] - 28:21
**substantive** [1] - 7:2
**succeed** [1] - 25:15
**sufficient** [2] - 4:8, 26:8
**sufficiently** [1] - 28:5
**suggest** [2] - 21:18, 26:7
**suggested** [3] - 22:2, 22:18, 32:17
**suggests** [1] - 5:9
**Suite** [1] - 2:14
**SUITE** [1] - 1:23
**summarize** [1] - 8:1
**summary** [1] - 12:5
**supervised** [1] - 36:14
**supervision** [1] - 9:4
**supervisor** [3] -

13:25, 14:10, 14:17
**support** [4] - 4:6, 5:20, 7:23, 23:11
**sustains** [1] - 22:10

## T

**table** [2] - 3:12, 16:12
**tags** [1] - 31:25
**tape** [1] - 4:10
**tax** [1] - 31:4
**term** [3] - 30:18, 36:12, 36:15
**terms** [4] - 9:9, 11:16, 29:24, 36:15
**test** [2] - 36:25, 37:1
**testified** [1] - 14:9
**testimony** [9] - 4:7, 13:17, 13:19, 13:24, 14:5, 14:14, 14:21, 19:15, 35:16
**tests** [2] - 37:2, 37:3
**THE** [48] - 2:6, 2:11, 3:5, 3:21, 4:15, 4:18, 5:24, 6:15, 7:12, 8:18, 8:19, 8:21, 8:22, 8:24, 8:25, 9:1, 9:2, 9:7, 9:8, 13:9, 13:11, 15:13, 17:25, 18:15, 18:21, 19:1, 19:4, 19:9, 24:14, 24:21, 25:1, 25:17, 30:15, 30:20, 30:22, 30:25, 31:6, 31:9, 31:12, 31:17, 31:19, 32:4, 33:1, 33:2, 34:9, 39:5, 39:16, 40:1
**therefore** [1] - 29:21
**thorough** [1] - 6:1
**thoroughly** [1] - 7:17
**threat** [1] - 21:13
**three** [5] - 8:9, 14:21, 35:9, 35:20, 36:15
**three-level** [1] - 35:9, 35:20
**thrust** [1] - 14:15
**ticket** [3] - 17:6, 17:7, 17:16
**Timothy** [1] - 3:18
**Title** [1] - 41:11
**today** [2] - 4:13, 17:21
**today's** [2] - 6:5, 39:23
**together** [1] - 24:18
**took** [3] - 5:15, 7:8, 12:10
**total** [3] - 8:2, 8:10,

35:21
**traffic** [3] - 31:16, 31:22, 31:24
**trafficking** [1] - 32:17
**transcript** [3] - 13:16, 41:12, 41:14
**TRANSCRIPT** [2] - 1:6, 1:13
**transcripts** [1] - 19:16
**transition** [1] - 39:9
**transport** [1] - 14:13
**transportation** [1] - 10:7
**transporting** [2] - 10:11, 17:14
**treatment** [1] - 30:6
**trial** [12] - 3:25, 9:18, 12:7, 13:15, 15:11, 16:16, 16:21, 16:22, 19:16, 20:14, 28:23, 38:6
**trick** [1] - 27:16
**true** [3] - 15:2, 18:25, 41:12
**trust** [5] - 7:4, 13:8, 16:7, 23:2, 34:10
**trusted** [1] - 33:7
**truth** [2] - 34:6, 34:7
**TSA** [37] - 9:14, 9:22, 10:5, 10:24, 11:6, 11:10, 11:11, 13:18, 13:25, 14:3, 14:8, 14:16, 14:22, 14:23, 15:4, 16:3, 16:4, 18:24, 19:7, 19:16, 20:6, 20:10, 21:6, 21:11, 23:3, 26:22, 27:15, 34:13, 34:19, 34:23, 37:19, 37:23, 38:4, 38:13, 38:14
**Turnberry** [1] - 2:13
**two** [19] - 5:4, 7:4, 7:7, 8:2, 13:6, 13:13, 16:8, 16:12, 23:16, 24:11, 26:14, 26:15, 28:1, 28:4, 32:20, 34:10, 34:20, 37:2, 37:16
**two-level** [6] - 16:8, 24:11, 26:15, 28:1, 34:10, 34:20
**type** [6] - 12:13, 12:25, 17:10, 17:19, 32:16, 38:20
**types** [1] - 30:6
**typically** [1] - 16:17

## U

**U.S** [8] - 1:3, 11:21, 17:9, 17:11, 23:9, 29:13, 29:25, 36:18
**ultimately** [2] - 21:14, 23:8
**under** [4] - 7:4, 9:4, 30:8, 36:15
**undermine** [1] - 30:7
**undertook** [1] - 25:6
**unfortunate** [1] - 25:11
**unique** [2] - 16:20, 17:20
**uniqueness** [1] - 17:23
**UNITED** [2] - 1:1, 1:5
**United** [14] - 2:7, 2:8, 2:9, 3:6, 3:11, 10:14, 12:11, 13:1, 27:11, 32:10, 39:1, 41:9, 41:11, 41:16
**unlawful** [1] - 36:21
**unlike** [1] - 17:13
**unpaid** [1] - 36:2
**unquote** [2] - 24:3, 29:22
**unscreened** [3] - 10:20, 11:8, 27:17
**unwind** [2] - 39:8, 39:17
**up** [2] - 17:8, 28:16
**upbringing** [1] - 25:15
**upward** [1] - 8:5
**uses** [1] - 26:18

## V

**vacate** [1] - 4:13
**Valencia** [1] - 2:14
**validity** [2] - 30:8, 32:3
**values** [1] - 25:14
**variance** [5] - 8:5, 8:10, 22:24, 35:9, 35:21
**various** [2] - 6:4, 7:21
**vehicle** [1] - 26:6
**venture** [1] - 25:8
**versus** [3] - 3:6, 19:12, 27:12
**Vienna** [1] - 30:13, 32:8, 32:9
**view** [3] - 19:7, 20:6, 37:25

**violating** [1] - 12:24
**violation** [3] - 12:25, 17:10, 36:20
**violations** [1] - 17:6
**virtue** [1] - 15:6
**visit** [1] - 17:24
**vs** [1] - 1:7
**vulnerable** [1] - 18:4

## W

**waived** [1] - 36:4
**warrant** [1] - 4:6
**warranted** [1] - 8:6
**warrants** [1] - 22:24
**water** [1] - 10:13
**ways** [2] - 4:25, 25:13
**weakness** [1] - 29:8
**weaknesses** [2] - 34:23, 38:13
**week** [1] - 27:8
**weigh** [2] - 20:23, 30:8
**weighed** [1] - 22:16
**weighing** [1] - 14:17
**weighs** [1] - 22:22
**weight** [1] - 26:8
**WEST** [1] - 1:23
**western** [1] - 9:5
**wide** [1] - 23:12
**wiretap** [1] - 15:19
**wish** [3] - 4:1, 4:18, 34:5
**witnesses** [1] - 14:22
**Wondrasek** [1] - 14:8
**WONDRASEK** [1] - 14:8
**world** [1] - 19:10
**writ** [1] - 3:24
**written** [1] - 37:10

## Y

**YANNIELLO** [8] - 2:8, 3:10, 4:20, 24:9, 26:13, 31:10, 31:13, 40:2
**Yanniello** [1] - 3:11
**year** [1] - 39:13
**years** [4] - 16:25, 23:16, 31:20, 36:15
**Yoksas** [1] - 13:25
**YOKSAS** [1] - 13:25
**yourself** [1] - 35:14
**youth** [1] - 10:13