COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Phone: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant/Appellant
DANIEL FLINT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff/Appellee,<br><br>    v.<br><br>DANIEL FLINT,<br><br>            Defendant/Appellant. | Case No. 17 Cr. 697 SJO<br><br>USCA No.  19-50300<br><br>ORDER RE: UNSEALING OF MATERIALS TO APPELLATE COUNSEL<br><br>Before the Hon. S. James Otero<br>United States District Judge |

1    Based upon the stipulation of the parties, and for good cause shown, IT IS
2  HEREBY ORDERED THAT the documents set forth below, which are currently
3  under seal, shall be unsealed for the limited purpose of providing them to
4  Defendant/ Appellant Daniel Flint's counsel of record, Ethan A. Balogh: ECF
5  Nos. 40, 41, 68-70, 75-76, and 86-87;

6    IT IS FURTHER ORDERED that if defendant uses or relies on any of these
7  documents in his appeal, he must either (a) provide those documents to the
8  Government; or (b) if defendant believes there is a basis to not disclose the
9  materials to the Government, then he will engage in a meet and confer with the
10 Government to discuss his position so that the Government may then seek an
11 Order for their disclosure if the parties cannot reach an agreement.

12   IT IS FURTHER ORDERED that the foregoing materials shall be unsealed
13 only for the limited purpose of providing them to Appellant's counsel, and solely
14 for counsel's use in the above-captioned appeal, and that these materials shall
15 remain sealed for all other purposes, including from the public, and that any
16 submission of these materials to the Court of Appeals must be made under seal.

17   **IT IS SO ORDERED**

18

19 DATED: May 22, 2020

20                         THE HONORABLE VIRGINIA A. PHILLIPS
                          CHIEF U.S. DISTRICT JUDGE
21

22

23

24 **CC: Court Reporters**

25

26

27

28

1