| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 7 2020 |
| | MOLLY C. DWYER, CLERK  |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.    19-50300 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00697-SJO-1 Central District of California, |
| v. | Los Angeles |
| DANIEL FLINT, | ORDER |
| Defendant-Appellant. | |

Before:  Peter L. Shaw, Appellate Commissioner.

The appellant's unopposed motion (Docket Entry No. 14) for a third extension of time to file the opening brief is granted.

The opening brief is due July 13, 2020.  Any further request for an extension of time to file this brief is disfavored.  The answering brief is due August 12, 2020.  The optional reply brief is due within 21 days after service of the answering brief.

tah/7.6.20/Pro Mo