FILED

JUL 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>DANIEL FLINT,<br><br>　　　　Defendant-Appellant. | No.　19-50300<br><br>D.C. No.<br>2:17-cr-00697-SJO-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

　　　Appellant Daniel Flint's unopposed motion to file under seal Volume 4 of the excerpts of record (Docket Entry No. 18) is granted. The Clerk shall publicly file the motion to file under seal, the opening brief, and Volumes 1 through 3 of the excerpts of record, and shall file under seal Volume 4 of the excerpts of record.

　　　The existing briefing schedule remains in effect.

MH/Appellate Commissioner