|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 30 2020 |
|  | MOLLY C. DWYER, CLERK 
U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   19-50300 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00697-SJO-1<br>Central District of California, |
| v. | Los Angeles |
| DANIEL FLINT, | ORDER |
| Defendant-Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The appellee's unopposed motion (Docket Entry No. 36) for a third extension of time to file the answering brief is granted.

The answering brief is due January 11, 2021. The optional reply brief is due within 21 days after service of the answering brief.

tah/10.26.20/Pro Mo