| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 12 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

DANIEL FLINT,

    Defendant-Appellant.

No. 19-50300

D.C. No. 2:17-cr-00697-SJO-1
Central District of California, Los Angeles

ORDER

Appellee's unopposed motion (Docket Entry No. 40) to file under seal Volume III of the supplemental excerpts of record is granted. The Clerk will publicly file the motion (Docket Entry No. 40-1), the answering brief (Docket Entry No. 38), and Volumes I and II of the supplemental excerpts of record (Docket Entry No. 39). The Clerk will file under seal Volume III of the supplemental excerpts of record (Docket Entry No. 40-2).

Appellee's motion to transmit an exhibit (Docket Entry No. 41) will be addressed by separate order.

The existing briefing schedule remains in effect.

                                      FOR THE COURT:
                                      Lisa B. Fitzgerald
                                      Interim Appellate Commissioner
                                      Ninth Circuit Rule 27-7

ml/Appellate Commissioner