| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | FILED<br>CLERK, U.S. DISTRICT COURT<br>3/9/21<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___WH___ DEPUTY | 2:17-CR-00697-SJO |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Daniel Flint | Central of California | Western |
| | NAME OF SENTENCING JUDGE | |
| | Hon. S. James Otero | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/9/2020 — TO 9/8/2023 |

**OFFENSE**

49 USC 46314(a),(b)(2): Entering an Airport Area in Violation of Security Requirements

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Eastern District of Missouri</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_3/9/21_                                                                   _[signature]_
_Date_                                                                     _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___EASTERN___ DISTRICT OF ___MISSOURI___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_                                                           _United States District Judge_