

# United States District Court
## Central District of California
### Office of the Clerk

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 10, 2021

Clerk, United States District Court

_EASTERN_ District of _MISSOURI_

United States Courthouse
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116

Re:  Transfer of Our Case No.  LA17CR000697-SKO
     Assigned Your Case No.
     Case Title:  US v. FLINT

Dear Sir/Madam:

[✓] Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter, which has been approved by this court. Please present to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please enter the number where indicated above, and return a copy of this letter as well.

[ ] Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By _Yvette Lewis_
   Deputy Clerk

cc:  Probation Office, Central District of California
     Probation Office, Transferee District

---

## Acknowledgment of Receipt

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

By _____
   Deputy Clerk

_____
Date

CR-22 (11/20)         **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**