FILED

JUN 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-50300 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00697-SJO-1 |
| v. | Central District of California, Los Angeles |
| DANIEL FLINT, | |
| Defendant-Appellant. | ORDER |

Before: KLEINFELD, WARDLAW, and GOULD, Circuit Judges.

Appellant's unopposed motion [Docket #64] for extension of time to file petition for rehearing and rehearing en banc is GRANTED. Any petition is due on or before July 8, 2021.