**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  19-50300 |
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00697-SJO-1 |
| v. | Central District of California, Los Angeles |
| DANIEL FLINT, | |
| Defendant-Appellant. | ORDER |

Before:  KLEINFELD, WARDLAW, and GOULD, Circuit Judges.

Appellant's unopposed motion [Docket #66] for a 14-day extension to file petition for rehearing and petition for rehearing en banc is GRANTED.  The petition shall be filed on or before July 19, 2021.  No further extensions will be granted.