FILED

JAN 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DANIEL FLINT, <br><br> Defendant - Appellant. | No. 24-1807 <br><br> D.C. No. 2:17-cr-00697-PA-1 <br> Central District of California, Los Angeles <br><br> ORDER |

Before:    CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Appellee's motion (Docket Entry No. 20) to summarily affirm the district court's order denying appellant's petition for writ of error coram nobis and alternative motion for a new trial is granted. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard). We agree with the district court that Flint is not entitled to coram nobis relief, *see United States v. Riedl*, 496 F.3d 1003, 1006 (9th Cir. 2007), or a new trial under Rule 33, *see* Fed. R. Crim. P. 33; *United States v. Hinkson*, 585 F.3d 1247, 1264-67 (9th Cir. 2009).

**AFFIRMED.**