| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | MAR 24 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

DANIEL FLINT,

    Defendant - Appellant.

No. 24-1807

D.C. No. 2:17-cr-00697-PA-1

Central District of California, Los Angeles

MANDATE

The judgment of this Court, entered January 28, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT